1  John T. Jasnoch (CA 281605)
2  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
   600 W. Broadway, Suite 3300
3  San Diego, CA 92101
   Tel.: 619-233-4565
4  Fax: 619-236-0508
5  jjasnoch@scott-scott.com

6  *Attorney for Plaintiff and the Proposed Class*

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9

10 RYAN HUEGERICH, Individually and on       | Case No.  2:22-cv-00163
   Behalf of All Others Similarly Situated,
11
                              Plaintiff,       | **DECLARATION REGARDING**
12                                             | **PROPER VENUE PURSUANT**
                                               | **TO CAL. CIVIL CODE §1780(d)**
13      v.

14 STEVE GENTILE, GIOVANNI
   PERONE, JUSTIN FRENCH,
15 KIMBERLY KARDASHIAN, FLOYD
16 MAYWEATHER, JR., PAUL PIERCE,
   DEFENDANT "X", and JOHN DOES 1-
17 10,

18                            Defendants.
19

20      I, John T. Jasnoch, declare as follows:

21      1.     I am an attorney with Scott+Scott Attorneys at Law LLP and I

22 represent Plaintiff Ryan Huegerich in the above-entitled action.  This declaration is

23 submitted pursuant to C.C.P. §1780(d).

24      2.     Venue for this action is proper in the County of Los Angeles because

25 Defendants are doing business in this County, and a substantial portion of the

26 transactions at issue in the Complaint took place, and are taking place, in this

27

28

---
DECLARATION REGARDING PROPER VENUE PURSUANT TO CAL. CIVIL CODE
§1780(d)
1

1  County.  Furthermore, some of the Defendants live and/or conduct business in the

2  County of Los Angeles.

3       3.     Venue is therefore proper in the County of Los Angeles pursuant to

4  C.C.P. §1780(d).

5       I declare under penalty of perjury under the laws of the State of California

6  that the foregoing is true and correct.  Executed on January 7, 2022, at San Diego,

7  California.

8                     /s/ *John T. Jasnoch*

9                     John T. Jasnoch

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28