NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
John T. Jasnoch (CA 281605)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
jjasnoch@scott-scott.com

ATTORNEY(S) FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HUEGERICH, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff(s),<br>v.<br><br>STEVE GENTILE, GIOVANNI PERONE, JUSTIN FRENCH, KIMBERLY KARDASHIAN, FLOYD MAYWEATHER, JR., PAUL PIERCE, DEFENDANT "X", and JOHN DOES 1-10,<br>Defendant(s) | CASE NUMBER: **2:22-cv-00163**<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff Ryan Huegerich _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ryan Huegerich | Plaintiff |
| Steve Gentile | Defendant |
| Giovanni Perone | Defendant |
| Justin French | Defendant |
| Kimberly Kardashian | Defendant |
| Floyd Mayweather, Jr. | Defendant |
| Paul Pierce | Defendant |
| Defendant "X" | Defendant |
| John Does 1-10 | Defendants |

1/7/2022
Date

/s/ John T. Jasnoch
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Ryan Huegerich