AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| Ryan Huegerich, Individually and on Behalf of All Others Similarly Situated, | ) |  |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:22-cv-00163 MWF (SKx) |
| Steve Gentile, Giovani Perone, Justin French, Kimberly Kardashian, Floyd Mayweather, Jr., Paul Pierce, Defendant "X", and John Does 1-10 | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attachment A.

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   John T. Jasnoch
   Scott+Scott Attorneys at Law LLP
   600 W. Broadway, Suite 3300
   San Diego, CA 92101
   Tel: 619-233-4565

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  1/10/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT A TO SUMMONS

STEVE GENTILE
19 Cutlers Farm Road
Monroe, CT 06468

GIOVANNI PERONE
c/o Alicia Temurcu (agent)
851 Northeast 1st Avenue
Miami, FL 33132

JUSTIN FRENCH
416 Pennington Loop
Myrtle Beach, SC 29588

KIMBERLY KARDASHIAN
24895 Long Valley Road
Hidden Hills, CA 91302

FLOYD MAYWEATHER, JR.
4020 Schiff Dr.
Las Vegas, NV 89103

PAUL PIERCE
18573 Doral Way
Ingelwood, CA 91356

DEFENDANT X
TBD

JOHN DOES 1-10
TBD