| Attorney or Party without Attorney: <br> John Jasnoch, Esq., Bar #281605 <br> Scott+Scott, Attorneys at Law, LLP <br> 600 West Broadway, Suite 3300 <br> San Diego, CA 92101 <br> Telephone No: 619-233-4565   FAX No: 619-233-0508 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Central District Of California |

| Plaintiff: Ryan Huegerich, et al. |
|---|
| Defendant: Steve Gentile, et al. |

| **PROOF OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV00163MWF(SKx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Appearance; Declaration Regarding Proper Venue; Notice of Assignment to U S Judges; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of A D R; Notice to Counsel re Consent to Proceed Before a U S Magistrate Judge

3. a. Party served:  Paul Pierce
   b. Person served:  Paul Pierce, Personally

4. Address where the party was served:  18573 Doral Way
   Tarzana, CA  91356

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Jan. 12, 2022 (2) at: 4:04PM

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. James Figueroa
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

   d. **The Fee for Service was:**
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  3204
      (iii) County:  Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date:  Wed, Jan. 12, 2022

   Judicial Council Form                 PROOF OF SERVICE              (James Figueroa)            jojas.228131
   Rule 2.150.(a)&(b) Rev January 1, 2007    Summons & Complaint