| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| John Jasnoch, Esq., Bar #281605 <br> Scott+Scott, Attorneys at Law, LLP <br> 600 West Broadway, Suite 3300 <br> San Diego, CA 92101 <br> Telephone No: 619-233-4565    FAX No: 619-233-0508 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Central District Of California | | | | |
| Plaintiff: Ryan Huegerich, et al. <br> Defendant: Steve Gentile, et al. | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV00163MWF(SKx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Appearance; Declaration Regarding Proper Venue; Notice of Assignment to U S Judges; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of A D R; Notice to Counsel re Consent to Proceed Before a U S Magistrate Judge

3. a. Party served:           Steve Gentile
   b. Person served:          Steve Gentile, Personally

4. Address where the party was served:    19 Cutlers Farm Road
                                          Monroe, CT 06468

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat., Jan. 15, 2022 (2) at: 12:00PM

7. **Person Who Served Papers:**
   a. Eric J. Rubin
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*

   I Declare under penalty of perjury under the laws of the State of CONNECTICUT that the foregoing is true and correct.

   1.18.2022
   _____          _____
   (Date)                     (Signature)

8. STATE OF CONNECTICUT, COUNTY OF  HARTFORD

   Subscribed and sworn to (or affirmed) before me on this  18  day of  January  by Eric J. Rubin

   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AFFIDAVIT OF SERVICE
   Summons & Complaint

   (Notary Signature)
   AMY J. CHANTRY  #228127
   NOTARY PUBLIC
   MY COMMISSION EXPIRES 3/31/2023