| Attorney or Party without Attorney:<br>John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>*Telephone No:* 619-233-4565   *FAX No:* 619-233-0508 | For Court Use Only |
|---|---|
| *Attorney for:* Plaintiff   *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Central District Of California | |
| *Plaintiff:* Ryan Huegerich, et al.<br>*Defendant:* Steve Gentile, et al. | |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV00163MWF(SKx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Appearance; Declaration Regarding Proper Venue; Notice of Assignment to U S Judges; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of A D R; Notice to Counsel re Consent to Proceed Before a U S Magistrate Judge

3. a. Party served:   Giovanni Perone

4. Address where the party was served:   2 2nd Street, Apt 1908
   Jersey City, NJ 07302

5. I served the party:
   b. **by substituted service.** On: Wed., Jan. 12, 2022 at: 7:13AM by leaving the copies with or in the presence of:
      Loiren Rahaman, Conceirge at Defendants Building
   (2) **(Home)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. Marnie Suscreba
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of NEW JERSEY that the foregoing is true and correct.

   1·14·22   (Date)   (Signature)

```
LAUREN IAVARONE
Commission # 50027563
Notary Public, State of New Jersey
My Commission Expires
November 20, 2025
```

8. STATE OF NEW JERSEY, COUNTY OF _Bergen_
   Subscribed and sworn to (or affirmed) before me on this _14_ day of _January 2022_ by Marnie Suscreba
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AFFIDAVIT OF SERVICE
   Summons & Complaint             (Notary Signature)        *jojas.228128*

| Attorney or Party without Attorney:<br>John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br><br>Telephone No: 619-233-4565   FAX: No: 619-233-0508<br>Attorney for: Plaintiff | | | | Ref. No or File No.: | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | | |
| Plaintiff: Ryan Huegerich, et al.<br>Defendant: Steve Gentile, et al. | | | | | |
| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV00163MWF(SKx) | |

1. I, Ai Legal Svcs, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Giovanni Perone as follows:

2. *Documents:* Summons In A Civil Action; Class Action Complaint; Civil Cover Sheet; Notice Of Interested Parties; Notice Of Appearance; Declaration Regarding Proper Venue; Notice Of Assignment To U S Judges; Notice To Parties Of Court-Directed Adr Program; Notice To Parties: Court Policy On Settlement And Use Of A D R; Notice To Counsel Re Consent To Proceed Before A U S Magistrate Judge.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 01/12/22 | 7:11am | Home | I spoke with the conceirge in the lobby of the defendants building. He called Mr. Perone and spoke with him on the phone. Mr. Perone told the conceirge that he and his wife were in Florida but he asked the doorman to accept the documents on his behalf. Attempt made by: Marnie Suscreba. Attempt at: 2 2nd Street, Apt 1908 Jersey City, NJ 07302. |
| Wed | 01/12/22 | 7:13am | Home | Substituted Service on: Giovanni Perone Home - 2 2nd Street, Apt 1908 Jersey City, NJ 07302 by leaving a copy of the document(s) with: Loiren Rahaman, Conceirge at Defendants Building. Served by: Marnie Suscreba |

3. *Person Executing*
   a. Ai Legal Svcs
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   d. *The Fee for service was:*
   e. *I am:* (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of New Jersey and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Jan. 12, 2022

   (Ai Legal Svcs)

   sc04.228128

**Affidavit of Reasonable Diligence**

| Attorney or Party without Attorney: <br> John Jasnoch, Esq., Bar #281605 <br> Scott+Scott, Attorneys at Law, LLP <br> 600 West Broadway, Suite 3300 <br> San Diego, CA 92101 <br> Telephone No: 619-233-4565    FAX No: 619-233-0508 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Central District Of California | |
| Plaintiff: Ryan Huegerich, et al. | |
| Defendant: Steve Gentile, et al. | |

| **AFFIDAVIT OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV00163MWF(SKx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Appearance; Declaration Regarding Proper Venue; Notice of Assignment to U S Judges; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of A D R; Notice to Counsel re Consent to Proceed Before a U S Magistrate Judge

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Wed., Jan. 12, 2022
   b. Place of Mailing:        Penryn, CA 95663
   c. Addressed as follows:    Giovanni Perone
                               2 2nd Street, Apt 1908
                               Jersey City, NJ 07302

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Jan. 12, 2022 in the ordinary course of business.

5. Person Serving                                    Fee for Service:
   a. Janis Dingman
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of NEW JERSEY and under the laws of the United States Of America that the foregoing is true and correct.

                        AFFIDAVIT OF SERVICE              (Janis Dingman)        jojas.228128
                              By Mail