| Attorney or Party without Attorney:<br>John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone No: 619-233-4565   FAX No: 619-233-0508 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | |
| Plaintiff: Ryan Huegerich, et al. | | | | |
| Defendant: Steve Gentile, et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV00163MWF(SKx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Appearance; Declaration Regarding Proper Venue; Notice of Assignment to U S Judges; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of A D R; Notice to Counsel re Consent to Proceed Before a U S Magistrate Judge

3. a. Party served:        Justin French
   b. Person served:       Justin French, Personally

4. Address where the party was served:   416 Pennington Loop
                                         Myrtle Beach, SC 29588

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Jan. 12, 2022 (2) at: 1:15PM

7. Person Who Served Papers:
   a. Edward Milligan
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:

I Declare under penalty of perjury under the laws of the State of SOUTH CAROLINA that the foregoing is true and correct.

1/19/22      Edward Milligan
(Date)                (Signature)

8. **STATE OF SOUTH CAROLINA, COUNTY OF** _Horry_

   Subscribed and sworn to (or affirmed) before me on this __19__ day of __JAN__ __2022__ by Edward Milligan proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AFFIDAVIT OF SERVICE
   Summons & Complaint                    (Notary Signature)                 jojas.228129

   DAVID P MILLIGAN
   NOTARY PUBLIC
   State of South Carolina
   My Commission Expires Apr. 25, 2026