CRAIG CARPENITO (pro hac vice forthcoming)
ccarpenito@kslaw.com
ANDREW MICHAELSON (pro hac vice forthcoming)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

MEGHAN H. STRONG (SBN 324503)
mstrong@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

*Attorneys for Defendant Giovanni Perone*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HUEGERICH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STEVE GENTILE, GIOVANNI PERONE, JUSTIN FRENCH, KIMBERLY KARDASHIAN, FLOYD MAYWEATHER, JR., PAUL PIERCE, DEFENDANT "X", and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-00163-MWF-SK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: January 12, 2022<br>Current response date: February 2, 2022<br>New response date: March 4, 2022 |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff Ryan Huegerich and Defendant Giovanni Perone, through their undersigned counsel, hereby agree and stipulate to extend the time for Mr. Perone to respond to Plaintiff's complaint. The current response date is February 2, 2022. The parties hereby stipulate to a 30-day extension, extending the deadline to **March 4, 2022**.

Pursuant to Local Rule 8-3, because there are no prior stipulations and this stipulation does not extend the time to respond by more than thirty days from the date the response initially would have been due, this stipulation need not be approved by the Court.

DATED: January 27, 2022         KING & SPALDING LLP

                                By:  */s/ Meghan H. Strong*
                                     Meghan H. Strong

                                     CRAIG CARPENITO (pro hac vice forthcoming)
                                     ccarpenito@kslaw.com
                                     ANDREW MICHAELSON (pro hac vice forthcoming)
                                     amichaelson@kslaw.com
                                     **KING & SPALDING LLP**
                                     1185 Avenue of the Americas, 34th Floor
                                     New York, NY 10036
                                     Tel: (212) 556-2100; Fax: (212) 556-2222

                                     MEGHAN H. STRONG (SBN 324503)
                                     mstrong@kslaw.com
                                     **KING & SPALDING LLP**
                                     50 California Street, Suite 3300
                                     San Francisco, CA 94111
                                     Tel: (415) 318-1200; Fax: (415) 318-1300

                                     *Attorneys for Defendant Giovanni Perone*

| | | |
|---|---|---|
| 1 | DATED:  January 27, 2022 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |

s/ *John T. Jasnoch*
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-236-0508
jjasnoch@scott-scott.com

*Counsel for Plaintiff Ryan Huegerich*

**ATTESTATION**

I, Meghan H. Strong, hereby attest that all other signatories listed above and on whose behalf this filing is submitted concur in this filing's content and have authorized me to file on their behalf.

*/s/ Meghan H. Strong*
Meghan H. Strong