1  John T. Jasnoch (CA 281605)
2  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
   600 W. Broadway, Suite 3300
3  San Diego, CA 92101
   Tel.: 619-233-4565
4  Fax: 619-236-0508
5  jjasnoch@scott-scott.com

6  *Attorney for Plaintiff and the Proposed Class*

7  [Additional Counsel on Signature Page.]

8              **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**
9

10 RYAN HUEGERICH, Individually and on | Case No. 2:22-cv-00163-MWF-SK
   Behalf of All Others Similarly Situated,
11
                                         |
12                      Plaintiff,       | **STIPULATION TO EXTEND
                                         | TIME FOR DEFENDANT PAUL
13        v.                             | PIERCE TO RESPOND TO
                                         | COMPLAINT PURSUANT TO
14 STEVE GENTILE, GIOVANNI               | LOCAL RULE 8-3**
   PERONE, JUSTIN FRENCH,
15 KIMBERLY KARDASHIAN, FLOYD
16 MAYWEATHER, JR., PAUL PIERCE,         | Complaint served:  1/12/2022
   DEFENDANT "X", and JOHN DOES 1-       | Current response date:  2/2/2022
17 10,                                   | New response date:  3/4/2022
18
                       Defendants.
19

20

21

22

23

24

25

26

27

---

28  STIPULATION TO EXTEND TIME FOR DEFENDANT PAUL PIERCE TO RESPOND TO COMPLAINT
                     PURSUANT TO LOCAL RULE 8-3
                     Case No. 2:22-cv-00163-MWF-SK

1    Plaintiff Ryan Huegerich and Defendant Paul Pierce, through their

2  undersigned counsel, hereby stipulate and agree to extend the time for Mr. Pierce

3  to respond to Plaintiff's complaint, filed January 7, 2022.  The current responde

4  date is February 2, 2022.  The parties hereby stipulate to a 30-day extension,

5  extending the deadline to March 4, 2022.

6    Pursuant to Local Rule 8-3, because there are no prior stipulations and this

7  stipulation does not extend the time to respond by more than 30 days from the date

8  the response would have initially been due, this stipulation need not be approved

9  by the Court.

10

11  DATED:  January 28, 2022        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

12                                 s/ *John T. Jasnoch*

13                                 John T. Jasnoch (CA 281605)
                                   600 W. Broadway, Suite 3300

14                                 San Diego, CA 92101
                                   Tel.: 619-233-4565

15                                 Fax: 619-236-0508

16                                 jjasnoch@scott-scott.com

17                                 *Counsel for Plaintiff and the Proposed Class*

18

19  DATED:  January 28, 2022        **KATTEN MUCHIN ROSENMAN LLP**

20                                 s/ *Joel R. Weiner*

21                                 Joel R. Weiner (CA 139446)
                                   2029 Century Park East, Suite 2600

22                                 Los Angeles, CA 90067
                                   Tel.: 310-788-4522

23                                 Fax: 310-712-8414

24                                 joel.weiner@katten.com

25                                 *Counsel for Defendant Paul Pierce*

26

27

28
                                        1

1

## <u>ATTESTATION</u>

2       I, John T. Jasnoch, hereby attest that all other signatories listed above, and

3   on whose behalf this filing is submitted, concur in this filing's content and have

4   authorized me to file on their behalf.

5

6                                 s/ *John T. Jasnoch*

7                                 John T. Jasnoch

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME FOR DEFENDANT PAUL PIERCE TO RESPOND TO COMPLAINT
PURSUANT TO LOCAL RULE 8-3
Case No. 2:22-cv-00163-MWF-SK

1
2
## CERTIFICATE OF SERVICE

3      I, John T. Jasnoch, hereby certify that on January 28, 2022, I caused the
4 foregoing to be filed with the Clerk of the Court using the CM/ECF system, which
5 will send notification of such filing to the email addresses denoted on the
6 Electronic Mail Notice List.

7      Executed on January 28, 2022, at San Diego, California.

8

9                                    s/ *John T. Jasnoch*
                                     John T. Jasnoch
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME FOR DEFENDANT PAUL PIERCE TO RESPOND TO COMPLAINT
PURSUANT TO LOCAL RULE 8-3
Case No. 2:22-cv-00163-MWF-SK