| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Michael G. Rhodes (116127) |
| (rhodesmg@cooley.com) |
| Cooley LLP |
| 3 Embarcadero Center, 20th Floor |
| San Francisco, CA 94111-4004 |
| Telephone: 415-693-2000 |
| Facsimile: 415-693-2222 |

ATTORNEY(S) FOR: Defendant Kim Kardashian West

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Ryan Huegerich et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-CV-00163-MWF-SK |
| v. | |
| Steve Gentile et al., | CERTIFICATION AND NOTICE |
| Defendant(s) | OF INTERESTED PARTIES |
| | (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Defendant Kim Kardashian West__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ryan Huegerich | Plaintiff |
| Steve Gentile | Defendant |
| Giovanni Perone | Defendant |
| Justin French | Defendant |
| Kimberley Kardashian | Defendant |
| Floyd Mayweather Jr. | Defendant |
| Paul Pierce | Defendant |

| 1/31/2022 | /s/ Michael G. Rhodes |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Kim Kardashian West