| | |
|---|---|
| 1 | MARIE C. BAFUS (CSB No. 258417) |
|   | mbafus@fenwick.com |
| 2 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor San |
| 3 | Francisco, CA  94104 Telephone: |
|   | 415.875.2300 |
| 4 | Fax:  415.281-1350 |

*Attorneys for Defendant Steve Gentile*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HUEGERICH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STEVE GENTILE, GIOVANNI PERONE, JUSTIN FRENCH, KIMBERLY KARDASHIAN, FLOYD MAYWEATHER, JR., PAUL PIERCE, DEFENDANT "X", and JOHN DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-00163-MWF-SK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: January 15, 2022<br>Current response date: February 7, 2022<br>New response date: March 9, 2022 |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff Ryan Huegerich and Defendant Steve Gentile, through their undersigned counsel, hereby agree and stipulate to extend the time for Mr. Gentile to respond to Plaintiff's complaint. The current response date is February 7, 2022. The parties hereby stipulate to a 30-day extension, extending the deadline to **March 9, 2022.**

Pursuant to Local Rule 8-3, because there are no prior stipulations and this stipulation does not extend the time to respond by more than thirty days from the date the response initially would have been due, this stipulation need not be approved by the Court.

Dated: February 1, 2022          FENWICK & WEST LLP

By: /s/ Marie C. Bafus
MARIE C. BAFUS (CSB No. 258417)

555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Fax:  415.281-1350
mbafus@fenwick.com

*Attorneys for Defendant Steve Gentile*

Dated: February 1, 2022          SCOTT+SCOTT ATTORNEYS AT LAW LLP

By: /s/ John T. Jasnoch
JOHN T. JASNOCH (CSB No. 281605)

600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone:  619.233.4565
Fax:  619.236-0508
jjasnoch@scott-scott.com

*Attorneys for Plaintiff Ryan Huegerich*

## **ATTESTATION**

I, Marie C. Bafus, hereby attest that all other signatories listed above, and on whose behalf this filing is submitted, concur in this filing's content and have authorized me to file on their behalf.

*/s/ Marie C. Bafus*
MARIE C. BAFUS