| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Meghan H. Strong<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Tel: (415) 318-1200; Fax (415) 318-1300 | |
| ATTORNEY(S) FOR: Giovanni Perone | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RYAN HUEGERICH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br>v.<br>STEVE GENTILE, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:22-CV-00163-MWF-SK<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Giovanni Perone_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ryan Huegerich | Plaintiff |
| Steve Gentile | Defendant |
| Giovanni Perone | Defendant |
| Justin French | Defendant |
| Kimberley Kardashian | Defendant |
| Floyd Mayweather Jr. | Defendant |
| Paul Piece | Defendant |

| 2/2/2022 | /s/ Meghan H. Strong |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Giovanni Perone