# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HUEGERICH, Individually and on Behalf of All Others Similarly Situated,<br><br>                                       Plaintiff(s)<br>      v.<br>STEVE GENTILE, et al.<br><br>                                     Defendant(s). | **CASE NUMBER**<br><br>CV 22-163-MWF (SKx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Michaelson, Andrew** of **KING & SPALDING LLP / 1185 Avenue of the Americas / 34th Floor / New York, NY 10036**

*Applicant's Name (Last Name, First Name & Middle Initial)*    *Firm/Agency Name & Address*

(212) 790-5358    (212) 556-2222

*Telephone Number*    *Fax Number*

amichaelson@kslaw.com

*E-Mail Address*

for permission to appear and participate in this case on behalf of

**Giovanni Perone**

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____

and designating as Local Counsel

**Willingham, David K.** of **KING & SPALDING LLP / 633 West Fifth Street / Suite 1600 / Los Angeles, CA 90071**

*Designee's Name (Last Name, First Name & Middle Initial)*    *Firm/Agency Name & Address*

198874    (213) 443-4355    (213) 443-4310

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

dwillingham@kslaw.com

*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**

☐ **DENIED:** ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated **February 7, 2022**

                                                                          */s/ Michael W. Fitzgerald*
                                                                          **U.S. District Judge**