John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508
jjasnoch@scott-scott.com

*Attorney for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HUEGERICH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STEVE GENTILE, GIOVANNI PERONE, JUSTIN FRENCH, KIMBERLY KARDASHIAN, FLOYD MAYWEATHER, JR., PAUL PIERCE, DEFENDANT "X", and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-00163-MWF-SK<br><br>**JOINT STIPULATION FOR CONSOLIDATION; APPOINTMENT OF LEAD COUNSEL; SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND RESPONSES THERETO** |
| JONATHAN SEMERJIAN, NABIL NAHLAH, TILL FREEMAN, and MARKO CIKLIC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE GENTILE, GIOVANNI PERONE, JUSTIN FRENCH, KIMBERLY KARDASHIAN, FLOYD MAYWEATHER, JR., PAUL PIERCE, DEFENDANT "X", and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-00400-PA-JEM |

1       Plaintiffs Ryan Huegerich, Jonathan Semerjian, Nabil Nahlah, Till Freeman,

2   and Marko Ciklic ("Plaintiffs"), and Defendants Steve Gentile, Giovanni Perone,

3   Kimberly Kardashian, and Paul Pierce (the "Stipulating Defendants" and

4   collectively with Plaintiffs, the "Parties"), by and through their respective counsel

5   of record, submit this stipulation and [proposed] order.

6       WHEREAS, on January 5, 2022 and January 19, 2022, Plaintiffs filed the

7   above-captioned class actions in this Court (the "Actions");

8       WHEREAS, the Actions are both brought as class actions which seek to

9   recover damages against the all Defendants for the alleged promotion and sale of

10  cryptocurrency token, EthereumMax;

11      WHEREAS, Plaintiffs in the Actions agree that the Actions contain nearly

12  identical factual and legal contentions, and that the efficient administration of justice

13  would be best served by consolidating the Actions and appointing Lead Counsel as

14  set forth herein:

15      WHEREAS, without waiving any rights, arguments, or defenses, the

16  Stipulating Defendants agree that the Actions should be consolidated and take no

17  position regarding appointment of Lead Counsel; and

18      WHEREAS, the Parties wish to set a schedule for the filing of a consolidated

19  complaint and Defendants' responses thereto.

20      **IT IS HEREBY STIPULATED** by and between the Parties hereto, through

21  their undersigned counsel, as follows:

22                            **CONSOLIDATION**

23      1.    The following Actions be consolidated for all purposes:

24

| ABBREVIATED CASE NAME | CASE # | DATE FILED |
|---|---|---|
| Huegerich v. Gentile, et al. | 2:22-cv-00163 | January 7, 2022 |
| Semerjian v. Gentile, et al. | 2:22-cv-00400 | January 19, 2022 |

27

28

JOINT STIPULATION FOR CONSOLIDATION; APPOINTMENT OF LEAD COUNSEL; SCHEDULE FOR
FILING OF CONSOLIDATED COMPLAINT AND RESPONSES THERETO
Case No. 2:22-cv-00163-MWF-SK

1    2.    Defendants are not required to take any action with respect to the

2    complaints filed in the Actions, including answering or otherwise responding.

3    3.    The Actions are hereby consolidated for all purposes, including pretrial

4    proceedings, trial, and appeal, and are referred to herein as the "Consolidated

5    Action."

6    4.    Every pleading filed in the Consolidated Action, or in any separate

7    action included herein, shall bear the following caption:

8    UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA

10    WESTERN DIVISION

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION | ) Lead Case No. 2:22-cv-00163 |
| | ) |
| | ) |
| This Document Relates To: | ) |
| ALL ACTIONS. | ) |
| | ) |
| | ) |

17    5.    The files of the Consolidated Action will be maintained in one file

18    under Master File No. 2:22-cv-00163.

19    6.    When a document being filed pertains to all of the actions included

20    within the Consolidated Action, the phrase "All Actions" shall appear immediately

21    after the phrase "This Document Relates To."  When a pleading applies only to

22    some, but not all, of the actions included within the Consolidated Action, the

23    document shall list, immediately after the phrase "This Document Relates To," the

24    docket number for each individual action to which the document applies, along with

25    the name of the first listed plaintiff in said action (*e.g.*, "Case No. 2:22-cv-00400

26    ("Semerjian")).

27

28

7.     When any related action is filed in this Court, transferred to this Court, or removed to this Court that appears to meet the definition of requirements of Local Rule 83-1.3.1(a)-(d) with respect to the Consolidated Action (a "Related Case") or should be considered as a Related Case (and therefore be consolidated with, and into, the Consolidated Action), Lead Counsel (as defined herein) shall, upon notice of the existence of the Related Case, promptly file a Notice of Related Case in both the Consolidated Action and in the Related Case, serve a copy of the entered version of the [Proposed] Order (the "Notice") upon counsel of record for the plaintiff(s) in the Related Case and any defendants in such Related Shareholder Derivative Case that have not previously been named in the Actions (the "Related Case Parties"), and file a proof of service in the Consolidated Action that such Notice has been given.

8.     The Related Case Parties shall have five business days following service of the Notice to confer with Lead Counsel and counsel for the Defendants. If, following such conferences, any of the Related Case Parties do not agree that the subject action meets the definition of a Related Case and shall be subject to all terms of the entered version of the [Proposed] Order, such Related Case Parties shall have, fifteen business days (from service of the Notice) within which to file a motion for entry of an order excepting such action from the terms of the entered version of the [Proposed] Order (the "Motion").  Such Motion shall be noticed for a hearing date by the Related Case Parties pursuant to a stipulated agreement with Lead Counsel and counsel for Defendants in the Consolidated Action as to such hearing date.  If, however, following Notice, none of the Related Case Parties filed a Motion within the timeframe and subject to the procedures set forth herein, the Court, after notice of such failure filed by Lead Counsel, shall proceed to conduct any necessary review and enter an order, as appropriate, directing that the Related Case be consolidated with, and into, the Consolidated Action and be subject to the terms of the entered version of the [Proposed] Order.

4

9.    All documents previously served or filed in any of the actions consolidated with, and into, the Consolidated Action are deemed part of the record in the Consolidated Action.

### APPOINTMENT OF INTERIM LEAD COUNSEL

11.    John T. Jasnoch of Scott+Scott Attorneys at Law LLP is hereby appointed as interim Lead Counsel in the Consolidated Action.

12.    Plaintiffs' Lead Counsel shall assume the following powers and responsibilities on behalf of all plaintiffs: coordinate and direct the preparation pleadings and other filings with the Court; coordinate and direct the briefing and argument of motions; coordinate and direct the conduct of discovery and other pretrial proceedings; coordinate the selection of counsel to act as plaintiffs' spokesperson at pretrial conferences; call meetings of plaintiffs' counsel as they deem necessary and appropriate from time to time; conduct any and all settlement negotiations with counsel for Defendants; coordinate and direct the preparation for trial and trial of this matter; to delegate work responsibilities to selected counsel as may be required; and coordinate and direct any other matters concerning the prosecution or resolution of the Consolidated Action.

13.    Any agreement reached between counsel for Defendants and any of Plaintiffs' Lead Counsel shall be binding on the other Lead Counsel, any other counsel for any plaintiff in the Consolidated Action, and on Plaintiffs.

### SCHEDULING

15.    Defendants need not respond to any of the initial complaints in the Actions.

16.    Plaintiffs shall file a Consolidated Complaint within 45 days of the entry of the [Proposed] Order.

17.    Defendants shall serve and file any answer or response to the Consolidated Complaint 45 days after service of the Consolidated Complaint.

18.     Should Defendants move to dismiss Plaintiffs' Consolidated Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure, Plaintiffs shall serve and file any opposition within 30 days after service of the Rule 12 motion.

19.     Defendants shall serve and file any reply to Plaintiffs' opposition within 21 days after service of the opposition.

**IT IS SO STIPULATED.**

DATED:  March 2, 2022          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

s/ *John T. Jasnoch*
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-236-0508
jjasnoch@scott-scott.com

*Counsel for Plaintiffs and the Proposed Class*

DATED:  March 2, 2022          **FENWICK & WEST LLP**

s/ *Marie C. Bafus*
Marie C. Bafus (CA 258417)
555 California Street, 12th Floor
San Francisco, CA 94104
Tel.: 415-875-2300
Fax: 415-281-1350
mbafus@fenwick.com

*Counsel for Defendant Steve Gentile*

DATED:  March 2, 2022          **KING & SPALDING LLP**

s/ *Meghan H. Strong*
Meghan H. Strong (CA 324503)
50 California Street, Suite 3300
San Francisco, CA 94111
Tel.: 415-318-1200
Fax: 415-318-1300
mstrong@kslaw.com

*Counsel for Defendant Giovanni Perone*

DATED:  March 2, 2022                    **COOLEY LLP**

                                         s/ *Michael G. Rhodes*
                                         Michael G. Rhodes (CA 116127)
                                         Joseph D. Mornin (CA 307766)
                                         Travis LeBlanc (CA 251097)
                                         3 Embarcadero Center, 20th Fl.
                                         San Francisco, CA 94111
                                         Tel.: 415-693-2000
                                         Fax: 415-693-2222
                                         rhodesmg@cooley.com
                                         jmornin@cooley.com
                                         tleblanc@cooley.com

                                         *Counsel for Defendant Kimberly Kardashian*

DATED:  March 2, 2022                    **KATTEN MUCHIN ROSENMAN LLP**

                                         s/ *Joel R. Weiner*
                                         Joel R. Weiner (CA 139446)
                                         2029 Century Park East, Suite 2600
                                         Los Angeles, CA 90067
                                         Tel.: 310-788-4522
                                         Fax: 310-712-8414
                                         joel.weiner@katten.com

                                         *Counsel for Defendant Paul Pierce*

## ATTESTATION

I, John T. Jasnoch, hereby attest that all other signatories listed above, and on whose behalf this filing is submitted, concur in this filing's content and have authorized me to file on their behalf.

                                         s/ *John T. Jasnoch*
                                         John T. Jasnoch

7

JOINT STIPULATION FOR CONSOLIDATION; APPOINTMENT OF LEAD COUNSEL; SCHEDULE FOR
FILING OF CONSOLIDATED COMPLAINT AND RESPONSES THERETO
Case No. 2:22-cv-00163-MWF-SK

## <u>CERTIFICATE OF SERVICE</u>

I, John T. Jasnoch, hereby certify that on March 2, 2022, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on March 2, 2022, at San Diego, California.

s/*John T. Jasnoch*
John T. Jasnoch

8