| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>MARIE C. BAFUS (CSB No. 258417)<br>FENWICK & WEST LLP<br>555 California St., 12th Floor<br>San Francisco, CA 94104<br>Tel.: 415.875-2300; Fax: 415.281.1350 | |
| ATTORNEY(S) FOR: Defendant Steve Gentile | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION | CASE NUMBER:<br>Lead Case No. 2:22-CV-00163-MWF-SK |
| This Document Relates To:<br>  ALL ACTIONS. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant Steve Gentile_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ryan Huegerich | Plaintiff |
| Steve Gentile | Defendant |
| Giovanni Perone | Defendant |
| Justin French | Defendant |
| Kimberly Kardashian | Defendant |
| Floyd Mayweather Jr. | Defendant |
| Paul Pierce | Defendant |

| | |
|---|---|
| March 3, 2022<br>Date | /s/ Marie C. Bafus<br>Signature |
| | Attorney of record for (or name of party appearing in pro per):<br>Defendant Steve Gentile |