# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS. | **CASE NUMBER**<br>Lead Case No. CV 22-163-MWF (SKx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Feder, David W.**
*Applicant's Name (Last Name, First Name & Middle Initial)*

212.430.2600           650.938.5200
*Telephone Number       Fax Number*

dfeder@fenwick.com
*E-Mail Address*

of  Fenwick & West LLP
    902 Broadway, Suite 14
    New York, NY  10010-6035
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
**Steve Gentile**

*Name(s) of Party(ies) Represented*        ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel
**Lawton, Melissa L.**
*Designee's Name (Last Name, First Name & Middle Initial)*

225452            310.434.5400       650.938.5200
*Designee's Cal. Bar No.  Telephone Number   Fax Number*

mlawton@fenwick.com
*E-Mail Address*

of  Fenwick & West LLP
    228 Santa Monica Boulevard
    Santa Monica, CA  90401
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☒ be refunded ☐ not be refunded.

Dated  March 7, 2022                      /s/ Michael W. Fitzgerald
                                          Michael W. Fitzgerald, U.S. District Judge

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1