Name and address:

David K. Willingham (SBN 198874)
KING & SPALDING LLP
633 W. Fifth Street, Suite 1600
Los Angeles, CA 90071

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION | CASE NUMBER |
| | Lead Case No. 2:22-CV-00163-MWF (SKx) |
| This Document Relates To: ALL ACTIONS | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Carpenito, Craig                              of   KING & SPALDING LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   1185 Avenue of the Americas
(212) 556-2142            (212) 556-2222                      34th Floor
*Telephone Number*        *Fax Number*                         New York, NY 10036
ccarpenito@kslaw.com
*E-Mail Address*                                               *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Giovanni Perone

*Name(s) of Party(ies) Represented*      ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

and designating as Local Counsel

Willingham, David K.                         of   KING & SPALDING LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   633 West Fifth Street
198874           (213) 443-4355    (213) 443-4310             Suite 1600
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*   Los Angeles, CA 90071
dwillingham@kslaw.com
*E-Mail Address*                                               *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____                                           _____
                                                       **U.S. District Judge/U.S. Magistrate Judge**