# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Ethereummax Investor Litigation,<br><br>PLAINTIFF(S)<br>v.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 22-163 MWF (SKx)<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 03/15/2022 | 36 | Application to Appear Pro Hac Vice (C. Carpenito) |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by March 25, 2022 .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

See Local Rule 5-4.4.2 regarding submission of proposed Orders.

Clerk, U.S. District Court

Dated: March 18, 2022        By: Rita Sanchez/sjm
                                 Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge