| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone No: 619-233-4565    FAX No: 619-233-0508 | | | | | |
| Attorney for: Plaintiff(s) | | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | | |
| Plaintiff(s): In re: Ethereummax Investor Litigation<br>Defendant: | | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | | Case Number:<br>22CV00163MWF(SKx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action on Consolidated Class Action Complaint; Consolidated Class Action Complaint

3. a. Party served:            Justin Maher
   b. Person served:           Justin Maher, Personally

4. Address where the party was served:    49 Munson Street
                                           Milton, CT 06461

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Apr. 28, 2022 (2) at: 5:35PM

7. **Person Who Served Papers:**
   a. Ethan Yade
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of CONNECTICUT that the foregoing is true and correct.

   5/2/2022
   *(Date)*                          *(Signature)*

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/2023

8. **STATE OF CONNECTICUT, COUNTY OF** Hartford
   *Subscribed and sworn to (or affirmed) before me on this* 2nd *day of* May 2022 *by Ethan Yade*
   *proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

   AFFIDAVIT OF SERVICE                    *(Notary Signature)*

   jojas 232838