| Attorney or Party without Attorney:<br>John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone No: 619-233-4565  FAX No: 619-233-0508<br><br>Attorney for: Plaintiff(s) | | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | | |
| Plaintiff(s): In re: Ethereummax Investor Litigation | | | | | |
| Defendant: | | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | | Dept/Div: | Case Number:<br>22CV00163MWF(SKx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action on Consolidated Class Action Complaint; Consolidated Class Action Complaint

3. a. Party served: Mike Speer
   b. Person served: Party in item 3a

4. Address where the party was served: 371 Sportsman Drive
   Lorena, TX 76655

5. I served the party:
   b. **by substituted service.** On: Thu., Apr. 28, 2022 at: 4:00PM by leaving the copies with or in the presence of:
   Chelsey Speer, Wife / Co-Occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**
   a. Lewis L. Burks
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of TEXAS that the foregoing is true and correct.

   5/4/22  (Signature)  PSC3404  Exp: 12-31-23

8. STATE OF TEXAS, COUNTY OF MCLENNAN
   Subscribed and sworn to (or affirmed) before me on this 4th day of May by Lewis L. Burks
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   BRENDA ATTEBERRY
   Notary Public, State of Texas
   Comm. Expires 09-16-2023
   Notary ID 10275070

   AFFIDAVIT OF SERVICE  Brenda Atteberry (Notary Signature)  jojas.232837