# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION,<br><br>Plaintiff(s)<br>v.<br><br>This Document Relates To:<br>ALL ACTIONS.<br>Defendant(s) | CASE NUMBER<br><br>2:22-cv-00163-MWF (SKx)<br><br>ORDER ON REQUEST FOR APPROVAL<br>OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__Steve Gentile__     ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  __Corey E. Klein, Kendall Brill & Kelly LLP__  who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

__10100 Santa Monica Boulevard, Suite 1725__
*Street Address*

__Los Angeles, CA 90067__                    __cklein@kbkfirm.com__
*City, State, Zip*                                     *E-Mail Address*

__310-556-2700__              __310-556-2705__              __130070__
*Telephone Number*           *Fax Number*                  *State Bar Number*

as attorney of record instead of __Marie C. Bafus, Michael S. Dicke, David W. Feder, Melissa Lawton, Fenwick & West LLP__
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**     ☒ **GRANTED**     ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  __May 25, 2022__

*(signature)*
MICHAEL W. FITZGERALD
United States District Judge

G-01 ORDER (09/17)     ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY