| Attorney or Party without Attorney: <br> John Jasnoch, Esq., Bar #281605 <br> Scott+Scott, Attorneys at Law, LLP <br> 600 West Broadway, Suite 3300 <br> San Diego, CA 92101 <br> Telephone No: 619-233-4565   FAX No: 619-233-0508 | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Central District Of California | | | | |
| Plaintiff(s): In re: Ethereummax Investor Litigation | | | | |
| Defendant: | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV00163MWF(SKx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action on Consolidated Class Action Complaint; Consolidated Class Action Complaint

3. a. Party served:  Russell Davis
   b. Person served: Russell Davis, Personally

4. Address where the party was served:  24 Anderson Avenue
   Milford, CT 06460

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat., May. 21, 2022 (2) at: 9:37AM

7. **Person Who Served Papers:**
   a. Ethan Yade
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of CONNECTICUT that the foregoing is true and correct.

5/25/2022
(Date)           (Signature)

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/23

8. STATE OF CONNECTICUT, COUNTY OF Hartford
Subscribed and sworn to (or affirmed) before me on this 25 day of May, 2022 by Ethan Yade
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

AFFIDAVIT OF SERVICE           (Notary Signature)           jojus_232836