CRAIG CARPENITO (pro hac vice)
ccarpenito@kslaw.com
ANDREW MICHAELSON (pro hac vice)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

DAVID K. WILLINGHAM (CA 198874)
dwillingham@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355; Fax: (213) 443-4310

MEGHAN H. STRONG (CA 324503)
mstrong@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

*Attorneys for Defendant Giovanni Perone*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:22-cv-00163-MWF-SK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO CONSOLIDATED CLASS ACTION COMPLAINT** |

Plaintiffs Ryan Huegerich, Jonathan Semerjian, Nabil Nahlah, Till Freeman, Marko Ciklic, Tunisia Brignol, Milan Puda, Neil Shah, and Christopher DeLuca ("Plaintiffs") together with Defendants Steve Gentile, Giovanni Perone, Kimberly Kardashian, and Paul Pierce ("Defendants" and, collectively with Plaintiffs, the "Parties"), through their respective counsel of record, submit this stipulation and [proposed] order.

WHEREAS on March 2, 2022 the Parties filed (ECF No. 28), and the Court approved (ECF No. 29), a Joint Stipulation for Consolidation; Appointment of Lead Counsel; Schedule for Filing of Consolidated Complaint and Responses Thereto;

WHEREAS pursuant to that stipulation Plaintiffs filed a Consolidated Complaint on April 18, 2022;

WHEREAS pursuant to that stipulation the deadline for Defendants Gentile, Perone, Pierce, and Kardashian to respond to the Consolidated Complaint is currently June 2, 2022;

WHEREAS Plaintiffs' Consolidated Complaint added new Defendants to this action;

WHEREAS Plaintiffs have served three of the new Defendants—Justin Maher, Mike Speer, and Russell Davis—whose deadlines to respond to the Consolidated Complaint now differ from the deadline for Defendants Gentile, Perone, Pierce, and Kardashian to respond, and additional Defendants remain to be served;

WHEREAS, in the interest of efficiency, the Parties seek to set a schedule by which all Defendants respond to the Consolidated Complaint on the same date;

**IT IS HEREBY STIPULATED** by and between the Parties hereto, through their undersigned counsel, that the deadline for Defendants to answer or respond to the Consolidated Complaint, and any related briefing, is extended as follows:

1. Defendants shall serve and file any answer or response to the Consolidated Complaint by July 15, 2022.

2. Should Defendants move to dismiss the Consolidated Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure, Plaintiffs shall serve and file any opposition within 30 days after service of the Rule 12 motion.

3. Defendants shall serve and file any reply to Plaintiffs' opposition within 21 days after service of the opposition.

**IT IS SO STIPULATED**.

DATED:  May 27, 2022   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

s/ *John T. Jasnoch*
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-236-0508
jjasnoch@scott-scott.com

*Counsel for Plaintiffs and the Proposed Class*

DATED:  May 27, 2022   **KING & SPALDING LLP**

s/ *Meghan H. Strong*
MEGHAN H. STRONG (CA 324503)
50 California Street, Suite 3300
San Francisco, CA 94111
Tel.: 415-318-1200
Fax: 415-318-1300
mstrong@kslaw.com

*Counsel for Defendant Giovanni Perone*

DATED:  May 27, 2022   **COOLEY LLP**

s/ *Michael G. Rhodes*
Michael G. Rhodes (CA 116127)

|   |   |
|---|---|
| 1 | Travis LeBlanc (CA 251097) |
| 2 | Joseph D. Mornin (CA 307766) |
| 3 | 3 Embarcadero Center, 20th Fl. |
|   | San Francisco, CA 94111 |
| 4 | Tel.: 415-693-2000 |
|   | Fax: 415-693-2222 |
| 5 | rhodesmg@cooley.com |
| 6 | tleblanc@cooley.com |
|   | jmornin@cooley.com |
| 7 |   |
| 8 | *Counsel for Defendant Kimberly Kardashian* |

9  DATED: May 27, 2022   **KENDALL BRILL & KELLY LLP**

s/ *Corey E. Klein*
COREY E. KLEIN (CA 130070)
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067
Tel.: 310-556-2700
Fax: 310-556-2705
cklein@kbkfirm.com

*Counsel for Defendant Steve Gentile*

17  DATED: May 27, 2022   **KATTEN MUCHIN ROSENMAN LLP**

s/ *Joel R. Weiner*
JOEL R. WEINER (CA 139446)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel.: 310-788-4522
Fax: 310-712-8414
joel.weiner@katten.com

*Counsel for Defendant Paul Pierce*

STIPULATION TO EXTEND TIME TO RESPOND TO CONSOLIDATED COMPLAINT                4                Case No. 2:22-cv-00163-MWF-SK

**ATTESTATION**

I, Meghan H. Strong, hereby attest that all other signatories listed above and on whose behalf this filing is submitted concur in this filing's content and have authorized me to file on their behalf.

                                          */s/ Meghan H. Strong*
                                          Meghan H. Strong

**CERTIFICATE OF SERVICE**

I, Meghan H. Strong, hereby certify that on May 27, 2022, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on May 27, 2022, at San Francisco, California.

                                          */s/ Meghan H. Strong*
                                          Meghan H. Strong