# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE ETHEREUMMAX INVESTOR LITIGATION | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-00163-MWF (SKx) |
| v. | |
| This Document Relates To: ALL ACTIONS. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Zeitlin, Andrew M.
*Applicant's Name (Last Name, First Name & Middle Initial*

203-324-8100
*Telephone Number*

203-324-8199
*Fax Number*

azeitlin@goodwin.com
*E-Mail Address*

of

Shipman & Goodwin LLP
300 Atlantic Street, Third Floor
Stamford, Connecticut 06901
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Stephen Gentile
*Name(s) of Party(ies) Represent*

☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Klein, Corey E.
*Designee's Name (Last Name, First Name & Middle Initial*

130070
*Designee's Cal. Bar No.*

310-556-2700
*Telephone Number*

5562-705
*Fax Number*

cklein@kbkfirm.com
*E-Mail Address*

of

Kendall Brill & Kelly LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: May 27, 2022

*/s/ Michael W. Fitzgerald*
**MICHAEL W. FITZGERALD, U.S. District Judge**