1  CRAIG CARPENITO (pro hac vice)
   ccarpenito@kslaw.com
2  ANDREW MICHAELSON (pro hac vice)
   amichaelson@kslaw.com
3  KING & SPALDING LLP
   1185 Avenue of the Americas, 34th Floor
4  New York, NY 10036
   Tel: (212) 556-2100; Fax: (212) 556-2222
5
   DAVID K. WILLINGHAM (CA 198874)
6  dwillingham@kslaw.com
   KING & SPALDING LLP
7  633 West Fifth Street, Suite 1600
   Los Angeles, CA 90071
8  Tel: (213) 443-4355; Fax: (213) 443-4310

9  MEGHAN H. STRONG (CA 324503)
   mstrong@kslaw.com
10 KING & SPALDING LLP
   50 California Street, Suite 3300
11 San Francisco, CA 94111
   Tel: (415) 318-1200; Fax: (415) 318-1300
12
   *Attorneys for Defendant Giovanni Perone*
13
                **UNITED STATES DISTRICT COURT**
14
                **CENTRAL DISTRICT OF CALIFORNIA**
15

16

17 | IN RE ETHEREUMMAX INVESTOR LITIGATION | Lead Case No. CV 22-163-MWF (SKx) |
   | --- | --- |
18 | This Document Relates To: | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO CONSOLIDATED CLASS ACTION COMPLAINT** |
19 | ALL ACTIONS | |
20 | | Current response date: June 2, 2022 |
21 | | New response date: July 7, 2022 |

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO CONS. COMPL.

Case No. CV 22-163-MWF (SKx)

Presently before the Court is a Stipulation to Extend Time to Respond to Consolidated Class Action Complaint (the "Stipulation"). Having considered the Stipulation, and for GOOD CAUSE shown, the Court hereby rules as follows:

**IT IS HEREBY ORDERED** that the deadline for Defendants to answer or respond to the Consolidated Complaint, and any related briefing, is extended as follows:

1. Defendants shall serve and file any answer or response to the Consolidated Complaint by July 15, 2022.

2. Should Defendants move to dismiss the Consolidated Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure, Plaintiffs shall serve and file any opposition within 30 days after service of the Rule 12 motion.

3. Defendants shall serve and file any reply to Plaintiffs' opposition within 21 days after service of the opposition.

**IT IS SO ORDERED.**

Dated: May 31, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge