1  CRAIG CARPENITO (pro hac vice)
   ccarpenito@kslaw.com
2  ANDREW MICHAELSON (pro hac vice)
   amichaelson@kslaw.com
3  KING & SPALDING LLP
   1185 Avenue of the Americas, 34th Floor
4  New York, NY 10036
   Tel: (212) 556-2100; Fax: (212) 556-2222
5
   DAVID K. WILLINGHAM (CA 198874)
6  dwillingham@kslaw.com
   KING & SPALDING LLP
7  633 West Fifth Street, Suite 1600
   Los Angeles, CA 90071
8  Tel: (213) 443-4355; Fax: (213) 443-4310

9  MEGHAN H. STRONG (CA 324503)
   mstrong@kslaw.com
10 KING & SPALDING LLP
   50 California Street, Suite 3300
11 San Francisco, CA 94111
   Tel: (415) 318-1200; Fax: (415) 318-1300
12
   *Attorneys for Defendant Giovanni Perone*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. CV 22-163-MWF( SKx)<br><br>**ORDER GRANTING STIPULATION REGARDING PAGE LIMITS FOR DEFENDANTS' MOTIONS TO DISMISS** |

Presently before the Court is a Stipulation Regarding Page Limits for Defendants' Motions to Dismiss (the "Stipulation"). Having considered the Stipulation, and for GOOD CAUSE shown, the Court hereby rules as follows:

**IT IS HEREBY ORDERED** that the page limits for Defendants' motions to dismiss are modified as follows:

1. Defendants may jointly submit an omnibus motion to dismiss supported by a memorandum of points and authorities that shall not exceed 40 pages in length, excluding indices and exhibits.

2. In addition, each individual Defendant may submit a separate motion to dismiss supported by a memorandum of points and authorities that shall not exceed 13 pages in length, excluding indices and exhibits.

**IT IS SO ORDERED.**p

Dated: July 26, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge