Joel R. Weiner (SBN 139446)
joel.weiner@katten.com
Mark A. Wooster (SBN 123461)
mark.wooster@katten.com
Sarah J Lee (SBN 335501)
sarah.lee@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant
PAUL PIERCE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. CV 22-163 MWF (SKx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PAUL PIERCE'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Hearing Date: October 17, 2022<br>Time: 10:00 p.m.<br>Courtroom: 5A – First St. Courthouse<br>Judge: Michael W. Fitzgerald<br><br>Complaint Filed: January 7, 2022<br>Trial Date: Not Scheduled |
|---|---|

CV 22-163 MWF (SKx)

**[PROPOSED] ORDER GRANTING DEFENDANT PIERCE'S MOTION TO DISMISS THE CONSOLIDATED CLASS COMPLAINT**

153882415

On July 29, 2022, Defendant Paul Pierce ("Pierce") moved to dismiss all claims raised in the Consolidated Class Action Complaint (ECF No. 41) pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(2), and 12(b)(6) due to Plaintiffs' failure to adequately plead fraud, lack of personal jurisdiction over Pierce for Plaintiffs' non-California claims, and failure to state any claim upon which relief may be granted.

After considering the briefs in support of and in opposition to Pierce's motion, arguments of counsel, and other matters of record, the Court rules as follows:

1. The First Cause of Action in the Complaint for California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.* fails to state a claim upon which relief can be granted.

2. The Second Cause of Action in the Complaint for California Consumer Legal Remedies Act, Cal. Civ. Code § 17200 fails to state a claim upon which relief can be granted.

3. The Third Cause of Action in the Complaint for aiding and abetting under California common law fails to state a claim upon which relief can be granted.

4. The Fourth Cause of Action in the Complaint for the federal Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961, *et seq.* fails to state a claim upon which relief can be granted.

5. The Fifth Cause of Action in the Complaint for common law conspiracy fails to state a claim upon which relief can be granted.

6. The Seventh Cause of Action in the Complaint for the Florida Deceptive and Unfair Trade Practices Act, Ch. 501, § 17200, Fla. Stat. Ann. fails to state a claim upon which relief can be granted.

7. The Eighth Cause of Action in the Complaint for the New York General Business Law, Art. 22-A, § 349, *et seq.* fails to state a claim upon which relief can be granted.

**[PROPOSED] ORDER GRANTING DEFENDANT PIERCE'S MOTION TO DISMISS THE CONSOLIDATED CLASS COMPLAINT**

153882415

8. The Ninth Cause of Action in the Complaint for the New Jersey Consumer Fraud Act, NJSA 56:8-1, *et seq.* fails to state a claim upon which relief can be granted.

9. The Tenth Cause of Action in the Complaint for unjust enrichment/restitution fails to state a claim upon which relief can be granted.

10. The Court lacks personal jurisdiction over Pierce for the Seventh, Eighth, and Ninth Causes of Action in the Complaint.

11. The Complaint, and each claim asserted therein, fails to adequately plead with particularity circumstances constituting fraud.

12. The requests for judicial notice stated in the motion are granted.

13. Amendment of the Complaint would be futile as to Pierce.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. Pierce's Motion to Dismiss is **GRANTED**; and

2. The Complaint and all claims for relief therein alleged against Pierce, are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE