John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-236-0508

*Attorney for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. CV 22-163-MWF(SKx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND TO ENLARGE PAGE LIMITATIONS** |

Presently before the Court is a Stipulation to Extend Time to Respond to Defendants' Motion to Dismiss and Enlarging Page Limits for the Opposition Brief and Reply (the "Stipulation"). Having considered the Stipulation, and for GOOD CAUSE shown, the Court hereby rules as follows:

**IT IS HEREBY ORDERED** that the deadline for Plaintiffs to respond to the Motion to Dismiss is extended and that the page limits are modified as follows:

1. Plaintiffs shall serve and file any answer or response to Defendants' Motion to Dismiss by September 16, 2022.

2. Plaintiffs may submit an omnibus opposition brief supported by a memorandum of points and authorities that shall not exceed 40-pages in length, excluding indices and exhibits.

3. Plaintiffs may submit separate opposition briefs supported by memorandum of points and authorities that shall not exceed 13-pages in length each, excluding indices and exhibits, in response to the Individual Defendants' separate

memoranda.

4. Defendants shall serve and file any replies to Plaintiffs' opposition briefs by October 14, 2022.

5. Defendants may jointly submit an omnibus reply supported by a memorandum of points and authorities that shall not exceed 40-pages in length, excluding indices and exhibits.

6. In addition, each individual Defendant may submit a separate reply supported by a memorandum of points and authorities that shall not exceed 13-pages in length, excluding indices and exhibits.

7. The hearing on the Motions ([65] [66] [67] [68] and [69]) is **CONTINUED** from October 17, 2022 to **November 7, 2022 at 10:00 a.m**.

**IT IS SO ORDERED.**

Dated: August 26, 2022

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE