KENDALL BRILL & KELLY LLP
Corey E. Klein (130070)
  cklein@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

SHIPMAN & GOODWIN LLP
Andrew M. Zeitlin (Admitted *Pro Hac Vice*)
  azeitlin@goodwin.com
Alison P. Baker (Admitted *Pro Hac Vice*)
  abaker@goodwin.com
300 Atlantic Street, Third Floor
Stamford, Connecticut 06901
Telephone: 203-324-8100
Facsimile: 203-324-8199

*Attorneys for Defendant Stephen Gentile*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS | Lead Case No. 2:22-cv-00163-MWF- SK<br><br>**DEFENDANT STEPHEN GENTILE'S APPLICATION FOR HIS COUNSEL TO APPEAR VIA REMOTE MEANS AT MOTION TO DISMISS HEARING**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Date: November 07, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 5A<br>          First Street Courthouse<br><br>Judge: Michael W. Fitzgerald<br>Courtroom: 5A |

603358483

APPLICATION TO APPEAR VIA REMOTE MEANS

On November 7, 2022 at 10:00 a.m., the Court is scheduled to hear oral argument on Defendant Stephen Gentile's Motion to Dismiss the Consolidated Class Action Complaint (ECF 67, 76, 87), the Defendants' [including Mr. Gentile's] Omnibus Motion to Dismiss the Consolidated Class Action Complaint (ECF 65), as well as motions to dismiss filed on behalf of other individual defendants. Mr. Gentile respectfully requests that his counsel be permitted to participate in oral arguments remotely by Zoom in accordance with Your Honor's Procedures and the Court's Guidelines for Zoom Courtroom Proceedings. Mr. Gentile further requests permission for sponsoring counsel to appear by Zoom. Counsel for Plaintiffs has consented to allowing all counsel for Mr. Gentile to appear by remote means.

There is good cause for granting the relief requested. Mr. Gentile is a Connecticut resident, and counsel for Mr. Gentile who will argue the motions on Mr. Gentile's behalf, Alison P. Baker (admitted *pro hac vice*), is based in Stamford, Connecticut. Appearing in person will impose an undue hardship on Mr. Gentile because he necessarily would incur substantial additional costs and fees associated with having his counsel travel across the country to California (including airfare and attorneys' fees for travel time). Mr. Gentile respectfully requests that counsel be afforded the opportunity to appear and argue in support of the Motion to Dismiss remotely. Defending against the claims asserted in this action has presented a serious economic hardship for Mr. Gentile. Mr. Gentile is of limited financial means, and as set forth in his Declaration in Support of Motion to Dismiss (ECF 67-1), he lost – not gained – money through investing in EMAX Tokens.

For the same reason, in order to avoid paying additional legal fees, Mr. Gentile respectfully requests that sponsoring attorney Corey E. Klein be permitted to appear by Zoom as well. While Attorney Klein is local to California, requiring his attendance in person will still incur additional costs, and impose an undue financial hardship on Mr. Gentile.

Counsel for Plaintiffs consents to allowing all counsel for Mr. Gentile to

1 participate in the oral arguments by Zoom.

3  DATED:  October 25, 2022        KENDALL BRILL & KELLY LLP

                                   By: _____
                                        Corey E. Klein
                                        Attorneys for Defendant Stephen Gentile

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603358483

3
APPLICATION TO APPEAR VIA REMOTE MEANS