UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 22-163-MWF(SKx)**                    Dated: **November 7, 2022**

Title:     In Re Ethereummax Investor Litigation

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

Rita Sanchez                          Amy Diaz
Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

John T. Jasnoch                       Michael Rhodes
                                      Corey Klein
                                      Joel R. Weiner
                                      Carla Wirtschafter/James L. Sanders
                                      Alison Baker
                                      Meghan Strong

PROCEEDINGS:     **ZOOM DEFENDANTS' MOTION TO DISMISS THE
                 CONSOLIDATED CLASS ACTION COMPLAINT [65];
                 DEFENDANT GIOVANNI PERONE'S MOTION TO
                 DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION
                 COMPLAINT [66]; DEFENDANT STEPHEN GENTILE'S
                 MOTION TO DISMISS THE CONSOLIDATED CLASS
                 ACTION COMPLAINT [67]; DEFENDANT KIM
                 KARDASHIAN'S MOTION TO DISMISS THE
                 CONSOLIDATED CLASS ACTION COMPLAINT [68];
                 DEFENDANT PAUL PIERCE'S MOTION TO DISMISS THE
                 CONSOLIDATED CLASS ACTION COMPLAINT [69];
                 MOTION TO DISMISS THE CONSOLIDATED CLASS
                 ACTION COMPLAINT [80]**

Initials of Deputy Clerk   rs

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

:45 min