Michael V Schafler (Bar No. 212164)
Email: mschafler@cohen-williams.com
Brittany L. Lane (Bar No. 323440)
Email: blane@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendant Jona Rechnitz

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION | Case No. 2:22-cv-00163-MWF-SK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT** |

Presently before the Court is a Stipulation to Extend Time to Respond to Second Amended Class Action Complaint ("Stipulation"). Having considered the Stipulation, and for GOOD CAUSE shown, the Court hereby rules as follows:

**IT IS HEREBY ORDERED** that the deadline for Defendant Jona Rechnitz to answer or respond to the Second Amended Class Action Complaint is extended as follows:

Defendant Jona Rechnitz shall serve and file any answer or response to the Second Amended Class Action Complaint by February 23, 2023.

**IT IS SO ORDERED.**

Dated: January 20, 2023

_____
The Honorable Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE