DAVID K. WILLINGHAM (CA 198874)
dwillingham@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355; Fax: (213) 443-4310

MEGHAN H. STRONG (CA 324503)
mstrong@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

CRAIG CARPENITO (pro hac vice)
ccarpenito@kslaw.com
ANDREW MICHAELSON (pro hac vice)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

*Attorneys for Defendant Giovanni Perone*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:22-cv-00163-MWF-SK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE AND PAGE LIMITS** |

1   Plaintiffs Ryan Huegerich, Jonathan Semerjian, Nabil Nahlah, Till Freeman,
2   Marko Ciklic, Tunisia Brignol, Milan Puda, Neil Shah, Michael Buckley, and
3   Christopher DeLuca ("Plaintiffs") together with Defendants Giovanni Perone,
4   EMAX Holdings LLC, Kimberly Kardashian, Paul Pierce, and Floyd Mayweather,
5   Jr. ("Defendants" and, collectively with Plaintiffs, the "Parties"), through their
6   respective counsel of record, submit this stipulation and [proposed] order.
7       WHEREAS Plaintiffs filed their Second Amended Class Action Complaint
8   on December 22, 2022, ECF No. 102;
9       WHEREAS the deadline for Defendants Perone, Kardashian, Pierce, and
10  Mayweather to respond to the Second Amended Class Action Complaint is
11  currently February 6, 2023, *see* ECF No. 106;
12      WHEREAS the deadline for Defendant Jona Rechnitz to respond is
13  currently February 23, 2023, *see* ECF No. 115;
14      WHEREAS the deadline for Defendant EMAX Holdings, LLC to respond is
15  currently March 12, 2023, *see* ECF No. 108;
16      WHEREAS the Parties seek to align all Defendants' response dates and
17  agree on a common briefing schedule for efficiency purposes;
18      WHEREAS Defendants seek to submit an omnibus brief addressing
19  common defenses and submit shorter separate briefs by each Defendant addressing
20  unique defenses, also for efficiency purposes;
21      WHEREAS the Parties seek to set page limits for any omnibus brief and
22  individual Defendants' briefs that differ from the 25-page limit in Local Rule 11-6;
23      **IT IS HEREBY STIPULATED** by and between the Parties hereto, through
24  their undersigned counsel, that the deadline for Defendants to answer or respond to
25  the Second Amended Class Action Complaint, and any related briefing, is
26  extended as follows:
27      1.   Defendants shall serve and file any answer or response to the Second
28  Amended Class Action Complaint by February 23, 2023;

2. If Defendants file a motion to dismiss, Plaintiffs shall file their opposition, if any, by April 9, 2023;

3. Defendants shall file their reply, if any, by May 8, 2023; and

4. The hearing on any Motion to Dismiss shall be on May 22, 2023.

**IT IS HEREBY FURTHER STIPULATED** by and between the Parties hereto, through their undersigned counsel, that the page limits for Defendants' motions to dismiss and any briefing in opposition or reply are modified as follows:

5. Defendants may jointly submit an omnibus motion to dismiss supported by a memorandum of points and authorities that shall not exceed 50 pages in length, excluding indices and exhibits;

6. In addition, each individual Defendant may submit a separate motion to dismiss supported by a memorandum of points and authorities that shall not exceed 13 pages in length, excluding indices and exhibits;

7. Plaintiffs may submit an opposition to any omnibus motion to dismiss supported by a memorandum of points and authorities that that shall not exceed 50 pages in length, excluding indices and exhibits;

8. In addition, Plaintiffs may submit an opposition to any individual Defendants' separate motion to dismiss supported by a memorandum of points and authorities that shall not exceed 13 pages in length, excluding indices and exhibits;

9. Defendants may submit an omnibus reply supported by a memorandum of points and authorities that shall not exceed 40 pages in length, excluding indices and exhibits; and

10. In addition, each individual Defendant may submit a separate reply supported by a memorandum of points and authorities that shall not exceed 13 pages in length, excluding indices and exhibits.

//
//
//

1     **IT IS SO STIPULATED**.

3     DATED: January 23, 2023     **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

s/ *John T. Jasnoch*
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-236-0508
jjasnoch@scott-scott.com

*Counsel for Plaintiffs and the Proposed Class*

DATED: January 23, 2023     **KING & SPALDING LLP**

s/ *Meghan H. Strong*
Meghan H. Strong (CA 324503)
50 California Street, Suite 3300
San Francisco, CA 94111
Tel.: 415-318-1200
Fax: 415-318-1300
mstrong@kslaw.com

*Counsel for Defendants Giovanni Perone and EMAX Holdings, LLC*

DATED: January 23, 2023     **COOLEY LLP**

s/*Michael G. Rhodes*
Michael G. Rhodes (CA 116127)
Travis LeBlanc (CA 251097)
3 Embarcadero Center, 20th Fl.
San Francisco, CA 94111
Tel.: 415-693-2000
Fax: 415-693-2222
rhodesmg@cooley.com
tleblanc@cooley.com

*Counsel for Defendant Kimberly Kardashian*

| | | |
|---|---|---|
| 1 | DATED:  January 23, 2023 | **KATTEN MUCHIN ROSENMAN LLP** |
| 2 | | s/ *Joel R. Weiner* |
| | | Joel R. Weiner (CA 139446) |
| 3 | | 2029 Century Park East, Suite 2600 |
| 4 | | Los Angeles, CA 90067 |
| | | Tel.: 310-788-4522 |
| 5 | | Fax: 310-712-8414 |
| 6 | | joel.weiner@katten.com |
| 7 | | *Counsel for Defendant Paul Pierce* |
| 8 | | |
| 9 | DATED:  January 23, 2023 | **REED SMITH LLP** |
| 10 | | s/ *James L. Sanders* |
| | | James L. Sanders (CA 126291) |
| 11 | | Carla Wirtschafter (CA 292142) |
| 12 | | 1901 Avenue of the Stars, Suite 700 |
| | | Los Angeles, CA 90067 |
| 13 | | Tel.: 310-734-5200 |
| 14 | | Fax: 310-734-5299 |
| | | jsanders@reedsmith.com |
| 15 | | cwirtschafter@reedsmith.com |
| 16 | | |
| 17 | | *Counsel for Defendant Floyd Mayweather, Jr.* |

### ATTESTATION

I, Meghan H. Strong, hereby attest that all other signatories listed above and on whose behalf this filing is submitted concur in this filing's content and have authorized me to file on their behalf.

 */s/ Meghan H. Strong*
 Meghan H. Strong