NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. CV 22-163-MWF(SKx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE AND PAGE LIMITS** |

Presently before the Court is a Stipulation to Extend Time to Respond to Second Amended Class Action Complaint and Set Briefing Schedule and Page limits (the "Stipulation"). (Docket No. 116). Having considered the Stipulation, and for GOOD CAUSE shown, the Court hereby rules as follows:

**IT IS HEREBY ORDERED** that the deadline for Defendants to answer or respond to the Second Amended Class Action Complaint, and any related briefing, is extended as follows:

1. Defendants shall serve and file any answer or response to the Second Amended Class Action Complaint by **February 21, 2023**;

2. If Defendants file a motion to dismiss, Plaintiffs shall file their opposition, if any, by **April 3, 2023**;

3. Defendants shall file their reply, if any, by **May 1, 2023**; and

4. The hearing on any Motion to Dismiss shall be on **May 15, 2023**.

**IT IS HEREBY FURTHER ORDERED** that the page limits for Defendants' motions to dismiss and any briefing in opposition or reply are modified as follows:

5. Defendants may jointly submit an omnibus motion to dismiss supported by a memorandum of points and authorities that shall not exceed **40 pages** in length, excluding indices and exhibits;

6. In addition, each individual Defendant may submit a separate motion to dismiss supported by a memorandum of points and authorities that shall not exceed **10 pages** in length, excluding indices and exhibits;

7. Plaintiffs may submit an opposition to any omnibus motion to dismiss supported by a memorandum of points and authorities that that shall not exceed **40 pages** in length, excluding indices and exhibits;

8. In addition, Plaintiffs may submit an opposition to any individual Defendants' separate motion to dismiss supported by a memorandum of points and authorities that shall not exceed **10 pages** in length, excluding indices and exhibits;

9. Defendants may submit an omnibus reply supported by a memorandum of points and authorities that shall not exceed **25 pages** in length, excluding indices and exhibits; and

10. In addition, each individual Defendant may submit a separate reply supported by a memorandum of points and authorities that shall not exceed **5 pages** in length, excluding indices and exhibits.

**IT IS SO ORDERED.**

Dated: January 24, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge