```
 1  MEGHAN H. STRONG (CA 324503)
    mstrong@kslaw.com
 2  KING & SPALDING LLP
    50 California Street, Suite 3300
 3  San Francisco, CA 94111
    Tel: (415) 318-1200; Fax: (415) 318-1300
 4
    CRAIG CARPENITO (pro hac vice)
 5  ccarpenito@kslaw.com
    ANDREW MICHAELSON (pro hac vice)
 6  amichaelson@kslaw.com
    KING & SPALDING LLP
 7  1185 Avenue of the Americas, 34th Floor
    New York, NY 10036
 8  Tel: (212) 556-2100; Fax: (212) 556-2222

 9  DAVID K. WILLINGHAM (CA 198874)
    dwillingham@kslaw.com
10  KING & SPALDING LLP
    633 West Fifth Street, Suite 1600
11  Los Angeles, CA 90071
    Tel: (213) 443-4355; Fax: (213) 443-4310
12
13  Attorneys for Defendants Giovanni Perone
    and EMAX Holdings, LLC
14
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE ETHEREUMMAX INVESTOR LITIGATION | Lead Case No.CV 2:22-163 MWF (SKx) |
|---|---|
| | **[PROPOSED] ORDER GRANTING OMNIBUS MOTION TO DISMISS SECURITIES CLAIMS IN THE SECOND AMENDED CLASS ACTION COMPLAINT** |
| This Document Relates to: ALL ACTIONS. | |

On February 21, 2023, Defendants Giovanni Perone, Jona Rechnitz, Floyd Mayweather, and Paul Pierce moved to dismiss Plaintiffs' Eighth, Tenth, Eleventh, and Twelfth Causes of Action in their Second Amended Class Action Complaint pursuant to Federal Rules of Civil Procedure 8, 9(b) and 12(b)(6) due to Plaintiffs' failure to provide adequate notice of their claims, failure to adequately plead fraud, and failure to state any claim upon which relief may be granted.

After considering the briefs in support of and in opposition to Defendants' motion, arguments of counsel, and the evidence of record, the Court hereby **ORDERS** that Defendants' Omnibus Motion to Dismiss is **GRANTED**, and Plaintiffs' Eighth, Tenth, Eleventh, and Twelfth Causes of Action are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____   _____

The Honorable Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE