MEGHAN H. STRONG (CA 324503)
mstrong@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

CRAIG CARPENITO (pro hac vice)
ccarpenito@kslaw.com
ANDREW MICHAELSON (pro hac vice)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

DAVID K. WILLINGHAM (CA 198874)
dwillingham@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355; Fax: (213) 443-4310

*Attorneys for Defendants Giovanni Perone and EMAX Holdings, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE ETHEREUMMAX INVESTOR LITIGATION | Lead Case No.CV 2:22-163 MWF (SKx) |
|---|---|
| This Document Relates to: ALL ACTIONS. | **NOTICE OF WITHDRAWAL OF MEGHAN H. STRONG AS COUNSEL FOR DEFENDANTS PAUL PIERCE, FLOYD MAYWEATHER, JR., AND JONA RECHNITZ** |

On February 21, 2023, Meghan H. Strong, attorney of record for Defendants Giovanni Perone and EMAX Holdings, LLC, filed Defendants' Notice of Motion and Omnibus Motion to Dismiss Securities Claims in the Second Amended Class Action Complaint (ECF No. 120).  Due to a clerical error during the filing process, Ms. Strong was incorrectly designated as counsel for Defendants Paul Pierce, Floyd Mayweather, Jr. and Jona Rechnitz ("Pierce", "Mayweather", "Rechnitz").  Ms. Strong does not represent Pierce, Mayweather, and Rechnitz.  Ms. Strong only represents Giovanni Perone and EMAX Holdings, LLC.

Please remove Ms. Strong as attorney of record for Defendants Pierce, Mayweather, and Rechnitz.

DATED: February 22, 2023    /s/ Meghan H. Strong
**KING & SPALDING LLP**
MEGHAN H. STRONG (CA 324503)
DAVID K. WILLINGHAM (CA 198874)
CRAIG CARPENITO (pro hac vice)
ANDREW MICHAELSON (pro hac vice)

*Counsel for Defendants Giovanni Perone and EMAX Holdings, LLC*