```
COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone: +1 310 883 6527
Facsimile: +1 310 883 6500

ROBBY L.R. SALDAÑA (admitted pro hac vice)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: +1 202 776 2109
Facsimile: +1 202 842 7899
```

*Attorneys for Defendant Kim Kardashian*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Lead Case No. CV 22-163 MWF (SKx)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER ON DEFENDANTS' REQUEST FOR COUNSEL TO APPEAR VIA REMOTE MEANS AT MOTION TO DISMISS HEARING**<br><br>Judge: Hon. Michael W. Fitzgerald<br><br>Complaint Filed: January 7, 2022<br>Trial Date: Not Scheduled |

1  PLEASE TAKE NOTICE that, pursuant to Notice to Filer of Deficiencies in Electronically Filed Document (*see* ECF Nos. 151, 152), Defendant Kim Kardashian hereby lodges the attached [Proposed] Order on Defendants' Request for Counsel to Appear Via Remote Means at Motion to Dismiss Hearing.

Dated: May 8, 2023

COOLEY LLP

By: */s/ Michael G. Rhodes*
    Michael G. Rhodes

*Attorneys for Defendant
Kim Kardashian*