UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 22-163-MWF(SKx)**                                  Dated: **May 16, 2023**

Title:        In Re Ethereummax Investor Litigation

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| John T. Jasnoch | Michael Rhodes |
| | James L. Sanders |
| | Meghan Strong |
| | Mark Wooster |
| | Michael V. Schafler |
| | Brittany L. Lane |
| | Neil Jahss |

**PROCEEDINGS:**   **ZOOM DEFENDANTS' MOTION AND OMNIBUS MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT'S STATE CONSUMER LAW AND COMMON LAW CLAIMS [119]; DEFENDANTS' MOTION AND OMNIBUS MOTION TO DISMISS SECURITIES CLAIMS IN THE SECOND AMENDED CLASS ACTION COMPLAINT [120]; DEFENDANT KIM KARDASHIAN'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT [121]; DEFENDANT FLOYD MAYWEATHER, JR.'S JOINDER IN THE OMNIBUS MOTIONS TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT AND INDIVIDUAL MOTION TO DISMISS [122];**

Initials of Deputy Clerk   rs

:55 min

**DEFENDANTS EMAX HOLDINGS, LLC, GIOVANNI PERONE'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT [123]; DEFENDANT PAUL PIERCE'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT [124]; DEFENDANT JONA RECHNITZ'S INDIVIDUAL MOTION TO DISMISS [126]; MOTION OF DEFENDANT JONA RECHNITZ TO STRIKE PORTIONS OF SECOND AMENDED CLASS ACTION COMPLAINT [127]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk  rs

:55 min