| Attorney or Party without Attorney: <br> John Jasnoch, Esq., Bar #281605 <br> Scott+Scott, Attorneys at Law, LLP <br> 600 West Broadway, Suite 3300 <br> San Diego, CA 92101 <br> Telephone No: 619-233-4565   FAX No: 619-233-0508 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff(s) | Ref. No. or File No.: |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Central District Of California | |
| Plaintiff(s): In re: Ethereummax Investor Litigation <br> Defendant: | |
| **AFFIDAVIT OF SERVICE**   Hearing Date:   Time:   Dept/Div: | Case Number: <br> 22CV00163MWF(SKx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Third Amended Class Action Complaint

3. a. Party served:              Mike Speer
   b. Person served:            Mike Speer, Personally

4. Address where the party was served:    371 Sportsman Drive
                                          Lorena, TX 76655

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Jun. 28, 2023 (2) at: 3:20PM

7. Person Who Served Papers:
   a. Mark S. Burrow
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Date: 7/03/2023

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of TEXAS that the foregoing is true and correct.

   (Signature)
   Mark S. Burrow  PSC-275; Exp. 12/31/2024

8. STATE OF TEXAS, COUNTY OF McLENNAN

   Subscribed and sworn to (or affirmed) before me on this 6th day of July, 2023 by Mark S. Burrow proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   BRENDA ATTEBERRY
   Notary Public, State of Texas
   Comm. Expires 08-16-2027
   Notary ID 10275070

   AFFIDAVIT OF SERVICE     (Notary Signature) Brenda Atteberry

   jjas.250431