| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| John Jasnoch, Esq., Bar #281605<br>Scott+Scott, Attorneys at Law, LLP<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101 | | | | | |
| Telephone No: 619-233-4565 | FAX No: 619-233-0508 | | | | |
| Attorney for: Plaintiff(s) | | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | | |
| United States District Court - Central District Of California | | | | | |
| Plaintiff(s): In re: Ethereummax Investor Litigation | | | | | |
| Defendant: | | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV00163MWF(SKx) | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Third Amended Class Action Complaint

3. a. Party served:          Russell Davis
   b. Person served:         Russell Davis, Personally

4. Address where the party was served:   24 Anderson Avenue
                                         Milford, CT 06460

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Jun. 28, 2023 (2) at: 2:21PM

7. **Person Who Served Papers:**
   a. Ethan Yade
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of CONNECTICUT that the foregoing is true and correct.

7-5-2023
(Date)            (Signature)

8. STATE OF CONNECTICUT, COUNTY OF __HARTFORD__

Subscribed and sworn to (or affirmed) before me on this __5__ day of __July, 2023__ by Ethan Yade proved to me on the basis of satisfactory evidence to be the person who appeared before me.

AFFIDAVIT OF SERVICE                         (Notary Signature)
                                             jojas_250430
                                             AMY J. CHANTRY
                                             NOTARY PUBLIC
                                             My Commission Expires Mar. 31, 2028