Michael V Schafler (Bar No. 212164)
Email: mschafler@cohen-williams.com
Brittany L. Lane (Bar No. 323440)
Email: blane@cohen-williams.com
Neil S. Jahss (Bar No. 162744)
Email: njahss@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendant Jona Rechnitz

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION | Case No. 2:22-cv-00163-MWF-SK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE**<br><br>Judge:   Michael W. Fitzgerald<br><br>Complaint Filed: January 7, 2022<br>Trial Date: Not Scheduled |

Plaintiffs Ryan Huegerich, Jonathan Semerjian, Nabil Nahlah, Till Freeman, Marko Ciklic, Tunisia Brignol, Milan Puda, Neil Shah, Michael Buckley, and Christopher DeLuca ("Plaintiffs") together with Defendants Jona Rechnitz, Giovanni Perone, EMAX Holdings LLC, Kimberly Kardashian, Paul Pierce, and Floyd Mayweather, Jr. ("Defendants" and, collectively with Plaintiffs, the "Parties"), through their respective counsel of record, submit this stipulation and [proposed] order.

WHEREAS Plaintiffs filed their Third Amended Class Action Complaint on June 26, 2023, ECF No. 163;

WHEREAS the deadline for Defendants to respond to the Third Amended Class Action Complaint is currently July 17, 2023, *see* ECF No. 161;

WHEREAS the Third Amended Complaint is 164 pages and 522 paragraphs long and contains thirteen claims;

WHEREAS counsel for the parties have met and conferred on potential motions and are further exploring some of the matters discussed to potentially narrow the issues;

WHEREAS counsel for the Parties seek to agree on a briefing schedule and have conferred regarding a schedule that affords a reasonable amount of time to adequately brief any issues and accounts for counsels' schedules;

WHEREAS the Parties believe the requested relief is in the interests of justice and judicial efficiency, and that good cause exists for the requested relief;

**IT IS HEREBY STIPULATED** by and between the Parties hereto, through their undersigned counsel, that the deadline for Defendants to answer or respond to the Third Amended Class Action Complaint, and any related briefing, is extended as follows:

1. Defendants shall serve and file any answer or response to the Third Amended Class Action Complaint by August 1, 2023;

2. If Defendants file a motion in response to the Third Amended Class Action Complaint, Plaintiffs shall file their oppositions, if any, by August 22, 2023;

3. Defendants shall file their replies, if any, by September 6, 2023; and

4. The hearing on any responsive motions shall be held on September 25, 2023.

1   **IT IS HEREBY FURTHER STIPULATED** by and between the Parties hereto,
2 through their undersigned counsel, that the moving Defendants are not required to file
3 answers to the Third Amended Class Action Complaint until after the moving
4 Defendants' forthcoming responsive motions are resolved by the Court, and subject to
5 further Court order or agreement of the Parties.
6   **IT IS SO STIPULATED.**

7

8 Dated:  July 12, 2023                **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

9                                      By: */s/ John. T. Jasnoch*
10                                         John T. Jasnoch (CA 281605)
11                                         600 W. Broadway, Suite 3300
                                           San Diego, CA 92101
12                                         Tel.: 619-233-4565
13                                         Fax: 619-236-0508
                                           jjasnoch@scott-scott.com
14

15                                      *Counsel for Plaintiffs and the Proposed Class*

16 Dated:  July 12, 2023                **COHEN WILLIAMS LLP**
17
18                                      By: */s/ Brittany L. Lane*
                                           Michael V Schafler (CA 212164)
19                                         Brittany L. Lane (CA 323440)
20                                         724 South Spring Street, 9th Floor
                                           Los Angeles, CA 90014
21                                         Tel.: (213) 232-5160
22                                         Fax: (213) 232-5167
                                           mschafler@cohen-williams.com
23                                         blane@cohen-williams.com
24
                                        *Counsel for Defendant Jona Rechnitz*
25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: July 12, 2023 | **KING & SPALDING LLP** |
| 2 | | |
| 3 | | By: */s/ Meghan H. Strong* |
| | | Meghan H. Strong |
| 4 | | 50 California Street, Suite 3300 |
| | | San Francisco, CA 94111 |
| 5 | | Tel.: 415-318-1200 |
| 6 | | Fax: 415-318-1300 |
| | | mstrong@kslaw.com |
| 7 | | |
| 8 | | *Counsel for Defendants Giovanni Perone and EMAX Holdings, LLC* |
| 9 | | |
| 10 | Dated: July 12, 2023 | **COOLEY LLP** |
| 11 | | By: */s/ Michael G. Rhodes* |
| 12 | | Michael G. Rhodes |
| | | Travis LeBlanc |
| 13 | | 3 Embarcadero Center, 20th Fl. |
| 14 | | San Francisco, CA 94111 |
| | | Tel.: 415-693-2000 |
| 15 | | Fax: 415-693-2222 |
| 16 | | rhodesmg@cooley.com |
| | | tleblanc@cooley.com |
| 17 | | |
| 18 | | *Counsel for Defendant Kimberly Kardashian* |
| 19 | Dated: July 12, 2023 | **KATTEN MUCHIN ROSENMAN LLP** |
| 20 | | |
| 21 | | By: */s/ Joel R. Weiner* |
| | | Joel R. Weiner |
| 22 | | 2029 Century Park East, Suite 2600 |
| 23 | | Los Angeles, CA 90067 |
| | | Tel.: 310-788-4522 |
| 24 | | Fax: 310-712-8414 |
| 25 | | joel.weiner@katten.com |
| 26 | | *Counsel for Defendant Paul Pierce* |
| 27 | | |
| 28 | | |

4

STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE

1  Dated: July 12, 2023                    **REED SMITH LLP**

By: */s/ James L. Sanders*
James L. Sanders
Carla Wirtschafter
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Tel.: 310-734-5200
Fax: 310-734-5299
jsanders@reedsmith.com
cwirtschafter@reedsmith.com

*Counsel for Defendant Floyd Mayweather, Jr.*

### ATTESTATION

I, Brittany L. Lane, hereby attest that all other signatories listed above and on whose behalf this filing is submitted concur in this filing's content and have authorized me to sign and file on their behalf.

*/s/ Brittany L. Lane*
Brittany L. Lane