1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

16              UNITED STATES DISTRICT COURT
17             CENTRAL DISTRICT OF CALIFORNIA
18                    WESTERN DIVISION
19

| IN RE ETHEREUMMAX INVESTOR LITIGATION | Lead Case No. CV 22-163 MWF (SKx) |
|---|---|
| This Document Relates to: ALL ACTIONS. | **[PROPOSED] ORDER GRANTING DEFENDANT KIM KARDASHIAN'S MOTION TO DISMISS RE: THIRD AMENDED CLASS ACTION COMPLAINT** |

On August 1, 2023, Defendant Kim Kardashian moved pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss all requests for injunctive relief asserted against her in the Third Amended Class Action Complaint ("TAC") (ECF No. 163), for lack of Article III constitutional standing.  Defendant Kardashian also moved pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Cause of Action No. 1 in the TAC as to her for failure to state a claim upon which relief may be granted, insofar as the claim is predicated on alleged violations of state securities laws.

After considering the briefs in support of and in opposition to Defendant Kardashian's motion, the arguments of counsel, and the evidence of record, the Court hereby **ORDERS** that Defendant Kardashian's Motion to Dismiss is **GRANTED**. Plaintiffs' requests for injunctive relief in the TAC are **DISMISSED WITHOUT LEAVE TO AMEND** as to Defendant Kardashian, and Plaintiffs' Cause of Action No. 1 is **DISMISSED WITH PREJUDICE** as to Defendant Kardashian insofar as it is predicated on alleged violations of state securities laws.

**IT IS SO ORDERED.**

DATED: _____           _____
                                          The Honorable Michael W. Fitzgerald
                                          UNITED STATES DISTRICT JUDGE