John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-236-0508

*Attorney for Lead Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:22-cv-00163-MWF-SK<br><br>**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT KARDASHIAN'S MOTION TO DISMISS**<br><br>Judge: Honorable Michael W. Fitzgerald<br>Date:   September 25, 2023<br>Time:  10:00 am<br>Place:  First Street Court House, Courtroom 5<br><br>Complaint Filed: January 7, 2022<br>Trial Date: Not yet scheduled |
|---|---|

# NOTICE OF NON-OPPOSITION

Plaintiffs Ryan Huegerich, Jonathan Semerjian, Nabil Nahlah, Till Freeman, Marko Ciklic, Tunisia Brignol, Milan Puda, Neil Shah, Michael Buckley, and Christopher DeLuca (collectively, "Plaintiffs"), individually and on behalf of all other persons similarly situated hereby submit this Notice of Non-Opposition in response to the separate motion filed by Defendant Kimberly Kardashian.

In her motion, Defendant Kardashian seeks the Court's dismissal of: (i) claims against her for injunctive relief; and (ii) UCL Claims solely to the extent they are based on underlying securities law violations. After reviewing the motion and the cited authorities, the Plaintiffs, without adopting the factual averments made by the motion, do not oppose the ultimate relief sought by Defendant Kardashian.

In connection with Defendant Kardashian's settlement with the SEC, Kardashian agreed not to promote any crypto asset security for three years. Specifically, Kardashian agreed to "forego receiving or agreeing to receive any form of compensation or consideration, directly or indirectly, from any issuer, underwriter, or dealer, for directly or indirectly publishing, giving publicity to, or circulating any notice, circular, advertisement, newspaper, article, letter, investment service, or communication which, though not purporting to offer a crypto asset security for sale, describes such crypto asset security." *See* Order Instituting Cease-and-Desist Proceedings Pursuant to Section 8A of the Securities Act of 1933, Making Findings, and Imposing a Cease-and-Desist Order, Securities Act Release No. 11116 (Oct. 3, 2022). Given Kardashian's agreement with the SEC, Plaintiffs do not oppose the request by Kardashian to dismiss the claims against her solely for injunctive relief.

Consequently, the Plaintiffs respectfully request that the Court dismiss claims against Defendant Kardashian: (i) for injunctive relief; and (2) for violations of the UCL based solely on underlying securities law violations.

Dated: August 22, 2023                    Respectfully submitted,

*s/ John T. Jasnoch*
John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-236-0508
jjasnoch@scott-scott.com

*Attorney for Lead Plaintiffs*
*and the Proposed Class*

## CERTIFICATE OF SERVICE

I, John T. Jasnoch, hereby certify that on August 22, 2023, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on August 22, 2023, at San Diego, California.

*s/ John T. Jasnoch*
John T. Jasnoch