UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. CV 22-00163-MWF (SKx) | Date:  September 21, 2023 |
| Title:  In Re Ethereummax Investor Litigation | |

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                                              Court Reporter:
Rita Sanchez                                                Not Reported

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:
None Present                                          None Present

**Proceedings (In Chambers):**   ORDER GRANTING DEFENDANT KARDASHIAN'S MOTION TO DISMISS THIRD AMENDED COMPLAINT [169]

Before the Court is Defendant Kimberly Kardashian's Motion to Dismiss Plaintiffs' Third Amended Complaint filed on August 1, 2023 (the "Kardashian Motion"). (Docket No. 169).  Plaintiffs filed a Notice of Non-Opposition to the Kardashian Motion on August 22, 2023.  (Docket No. 176).

The Kardashian Motion is noticed to be heard on **September 25**, **2023**.  The Court read and considered the papers on the Kardashian Motion and deemed the matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.  The hearing is therefore **VACATED** and removed from the Court's calendar.  This Order does not impact the other Motions to Dismiss in this action, which remain scheduled to be heard on **September 25, 2023**.

Because Plaintiffs filed a Notice of Non-Opposition, the Kardashian Motion is **GRANTED**.  Specifically, the Motion as to Plaintiffs' request for injunctive relief as to Kardashian is **GRANTED** *without leave to amend*.  Plaintiffs' first claim for relief against Kardashian, to the extent it relies on violations of state securities law, is also **DISMISSED** *with prejudice*.

IT IS SO ORDERED.