UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-163-MWF(SKx)** | Dated: **September 25, 2023** |
| Title: | In Re Ethereummax Investor Litigation | |

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Rita Sanchez | Kathy Stride |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| John T. Jasnoch | James L. Sanders |
| | Meghan Strong |
| | Mark Wooster |
| | Brittany L. Lane |

**PROCEEDINGS:** ZOOM DEFENDANT FLOYD MAYWEATHER'S MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT [171]; DEFENDANTS GIOVANNI PERONE AND EMAX HOLDINGS, LLC'S MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT [172]; DEFENDANT PAUL PIERCE'S MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT [173]; DEFENDANT JONA RECHNITZ'S MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT [174]

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

:20 min