John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508
jjasnoch@scott-scott.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:22-cv-00163-MWF-SK<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Michael Fitzgerald<br>Date: June 16, 2025<br>Time: 10:00 a.m.<br>Place: First Street Courthouse, Courtroom 5A<br><br>Complaint Filed: January 7, 2022<br>Trial Date: January 27, 2026 |
|---|---|

# NOTICE OF MOTION AND MOTION

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiffs Ryan Huegerich, Jonathan Semerjian, Nabil Nahlah, Till Freeman, Marko Ciklic, Tunisia Brignol, Milan Puda, Neil Shah, Michael Buckley, and Christopher DeLuca, by and through their undersigned counsel, hereby move this Court in Courtroom 5A, of the United States District Court for the Central District of California, 350 West First Street, Los Angeles, California, 90012, on Thursday, June 16, 2025 at 10:00 a.m., or as soon thereafter as the matter may be heard, for the entry of an order: to certify the Classes and Subclasses defined in the Memorandum of Law.

This motion is based on this notice of motion, Plaintiffs' Memorandum of Law in Support of this Motion, the Declaration of John T. Jasnoch, Declaration of Claudiu Dimofte, PH.D., Declaration of Jeremy Clark, Ph.D., P.Eng., and all supporting documents and exhibits filed therewith, the pleadings and other files and records previously entered in this action, and such other written or oral argument as may be presented to the Court.

Dated: February 11, 2025            Respectfully submitted,

  *s/ John T. Jasnoch*
John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
jjasnoch@scott-scott.com

*Lead Counsel for Plaintiffs
and the Proposed Class*

## CERTIFICATE OF SERVICE

I, John T. Jasnoch, hereby certify that on February 11, 2025, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on February 11, 2025, at San Diego, California.

*/s/ John T. Jasnoch*
John T. Jasnoch