John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:22-cv-00163-MWF-SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Michael Fitzgerald<br>Date: June 16, 2025<br>Time: 10:00 a.m.<br>Place: First Street Courthouse, Courtroom 5A<br><br>Complaint Filed: January 7, 2022<br>Trial Date: January 27, 2026 |
|---|---|

Plaintiffs' Motion for Class Certification ("Motion") came on for hearing before this Court on June 16, 2025 at 10:00 a.m. Having considered all the papers filed by the Parties in connection with the Motion, the papers and records on file in this action, the Parties' arguments at the hearing on this matter, and other matters of which the Court may properly take judicial notice, the Court HEREBY ORDERS:

For good cause shown, Plaintiffs' Motion for Class Certification is Granted. Pursuant to Fed. R. Civ. P. 23(b)(3), the Court certifies a Class comprised of the following Classes and Subclasses:

**Nationwide Class:** All persons in the United States who, between May 14, 2021, and June 27, 2021, purchased EthereumMax tokens and were subsequently damaged thereby.

**California:** All persons in California who, between May 14, 2021, and June 27, 2021, purchased EthereumMax tokens and were subsequently damaged thereby.

**New York:** All persons in New York who, between May 14, 2021, and June 27, 2021, purchased EthereumMax tokens and were subsequently damaged thereby.

**Florida:** All persons in Florida who, between May 14, 2021, and June 27, 2021, purchased EthereumMax tokens and were subsequently damaged thereby.

**New Jersey:** All persons in New Jersey who, between May 14, 2021, and June 27, 2021, purchased EthereumMax tokens and were subsequently damaged thereby.

The Court further ORDERS that Plaintiffs Ryan Huegerich, Jonathan Semerjian, Nabil Nahlah, Till Freeman, Marko Ciklic, Tunisia Brignol, Milan Puda, Neil Shah, Michael Buckley, and Christopher DeLuca are appointed Class Representatives, and that their counsel Scott+Scott Attorneys at Law LLP, are appointed Class Counsel. *See* Fed. R. Civ. P. 23(g).

IT IS SO ORDERED.

Dated: _____, 2025

                                                                         Hon. Michael W. Fitzgerald
                                                                          United States District Judge