John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-236-0508
jjasnoch@scott-scott.com

*Attorney for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:22-cv-00163-MWF-SK<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
|---|---|

I, John T. Jasnoch, declare as follows:

1. I am an attorney with Scott+Scott Attorneys at Law LLP and I represent Plaintiffs in the above-entitled action. This declaration is submitted in support of Plaintiffs' Motion for Class Certification.

2. Attached hereto are true and correct copies of the following:

   **Ex. 1:** A document produced in this litigation bearing Bates number GP-SEC-024014.

   **Ex. 2:** A document produced in this litigation bearing Bates number GP-SEC-027747.

   **Ex. 3:** A document produced in this litigation bearing Bates number GP-SEC-025003.

**Ex. 4:** Excerpts from a document produced in this litigation bearing Bates number MAHER-000000177.

**Ex. 5:** A document produced in this litigation bearing Bates number GP-SEC-030482.

**Ex. 6:** A document produced in this litigation bearing Bates number GP-SEC-030806.

**Ex. 7:** A document produced in this litigation bearing Bates number GP-SEC-030895.

**Ex. 8:** The Declaration of Jeremy Clark in Support of Class Certification.

**Ex. 9:** The Expert Report of Claudiu V. Dimofte, PH.D.

**Ex. 10:** Scott+Scott Attorneys at Law Firm Résumé.

**Ex. 11:** Order to Show Cause and Temporary Restraining Order, *LCX AG v. John Doe Nos. 1-25*, Index No. 154644/2022 (N.Y. Sup. Ct. June 3, 2022)

**Ex. 12:** The combined Declarations from all Plaintiffs including Ryan Huegerich, Jonathan Semerjian, Nabil Nahlah, Till Freeman, Marko Ciklic, Tunisia Brignol, Milan Puda, Neil Shah, Michael Buckley, and Christopher DeLuca.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 11, 2025 at San Diego, California.

                    *s/ John T. Jasnoch*
                    John T. Jasnoch (CA 281605)