# EXHIBIT 1

# Document Filed Under Seal