# EXHIBIT 2

# Document Filed Under Seal