# EXHIBIT 4

# Document Filed Under Seal