# EXHIBIT 5

# Document Filed Under Seal