# EXHIBIT 6

# Document Filed Under Seal