# EXHIBIT 7

# Document Filed Under Seal