# EXHIBIT 12

1  John T. Jasnoch (CA 281605)
2  jjasnoch@scott-scott.com
   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
3  600 W. Broadway, Suite 3300
   San Diego, CA 92101
4  Tel.: 619-233-4565
   Fax: 619-233-0508
5
6
7
8              **UNITED STATES DISTRICT COURT**
9             **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION | Lead Case No. 2:22-cv-00163-MWF-SK |
| This Document Relates To: | **DECLARATION OF CHRISTOPHER DELUCA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| ALL ACTIONS | |

Docusign Envelope ID: 7CA3B8A6-A8E8-4BEB-89E5-A0B07D4EB406

I, Christopher DeLuca, hereby certify that the following is true and correct to the best of my knowledge and belief:

1.    I am one of the named Plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration. I could and would competently testify to these facts if called upon to do so.

2.    I purchased EthereumMax tokens via the US-based cryptocurrency exchange Uniswap.

3.    I am committed to continue to vigorously prosecute this litigation should I be appointed as a class representative. I intend to obtain the largest recovery for the Class consistent with good faith and sound judgment.

4.    Additionally, I believe that I have the ability to adequately and effectively represent the interest of all investors who purchased or acquired EthereumMax. I am not aware of any conflicts between myself and other class members.  My claims are typical of other investors.

5.    I have supervised and monitored the progress of this litigation. For example, I have (a) I received regular status reports and updates from my counsel; (b) communicated with counsel concerning significant developments in this litigation; (c) reviewed pleadings and filings in this matter; (d) responded to discovery requests from Defendants.  I intend to continue to provide fair and adequate representation by, among other things, working with proposed Class counsel.

6.    I selected proposed class counsel based on the firm's substantial experience and expertise including prosecuting securities and consumer class actions. I believe Scott+Scott possesses the necessary financial and human resources to prosecute this case effectively.

7.    I will continue to keep informed concerning the status and progress of this action, the strengths and weaknesses of the case, and the prospects for settlement. I will consult with counsel with respect to major litigation events, such as important

1  motions, settlement discussions, trial preparation, and trial. I understand that I owe a

2  fiduciary duty to the proposed Class and if appointed as Class representative, I will

3  take all necessary steps to vigorously fulfill that duty.

4      I declare under penalty of perjury under the laws of the State of California that

5  the foregoing is true and correct.

6

7  Executed on $\underline{\text{2/5/2025}\hspace{2cm}}$.

8

9  _____

10                                         Christopher DeLuca

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Docusign Envelope ID: DB4C82ED-BA42-451F-9F42-8124B035FB94

1  John T. Jasnoch (CA 281605)
2  jjasnoch@scott-scott.com
   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
3  600 W. Broadway, Suite 3300
   San Diego, CA 92101
4  Tel.: 619-233-4565
5  Fax: 619-233-0508

6

7

8              **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS | Lead Case No. 2:22-cv-00163-MWF-SK<br><br>**DECLARATION OF JON SEMERJIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Docusign Envelope ID: DB4C82ED-BA42-451F-9F42-8124B035FB94

I, Jon Semerjian, hereby certify that the following is true and correct to the best of my knowledge and belief:

1.      I am one of the named Plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration. I could and would competently testify to these facts if called upon to do so.

2.      I purchased EthereumMax tokens via the US-based cryptocurrency exchange Uniswap.

3.      I am committed to continue to vigorously prosecute this litigation should I be appointed as a class representative. I intend to obtain the largest recovery for the Class consistent with good faith and sound judgment.

4.      Additionally, I believe that I have the ability to adequately and effectively represent the interest of all investors who purchased or acquired EthereumMax. I am not aware of any conflicts between myself and other class members.  My claims are typical of other investors.

5.      I have supervised and monitored the progress of this litigation. For example, I have (a) I received regular status reports and updates from my counsel; (b) communicated with counsel concerning significant developments in this litigation; (c) reviewed pleadings and filings in this matter; (d) responded to discovery requests from Defendants.  I intend to continue to provide fair and adequate representation by, among other things, working with proposed Class counsel.

6.      I selected proposed class counsel based on the firm's substantial experience and expertise including prosecuting securities and consumer class actions. I believe Scott+Scott possesses the necessary financial and human resources to prosecute this case effectively.

7.      I will continue to keep informed concerning the status and progress of this action, the strengths and weaknesses of the case, and the prospects for settlement. I will consult with counsel with respect to major litigation events, such as important

1  motions, settlement discussions, trial preparation, and trial. I understand that I owe a

2  fiduciary duty to the proposed Class and if appointed as Class representative, I will

3  take all necessary steps to vigorously fulfill that duty.

4          I declare under penalty of perjury under the laws of the State of California that

5  the foregoing is true and correct.

6

7  Executed on ___2/6/2025_____.

8

9  Jon Semerjian

10                                                       Jon Semerjian

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   John T. Jasnoch (CA 281605)
2   jjasnoch@scott-scott.com
    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
3   600 W. Broadway, Suite 3300
    San Diego, CA 92101
4   Tel.: 619-233-4565
    Fax: 619-233-0508
5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11  IN RE ETHEREUMMAX INVESTOR          Lead Case No. 2:22-cv-00163-MWF-SK
    LITIGATION
12                                       **DECLARATION OF MICHAEL**
    This Document Relates To:            **BUCKLEY IN SUPPORT OF**
13                                       **PLAINTIFFS' MOTION FOR**
        ALL ACTIONS                      **CLASS CERTIFICATION**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Docusign Envelope ID: 9AFDB44D-70A4-48E2-9048-45DE6D988CDF

I, Michael Buckley, hereby certify that the following is true and correct to the best of my knowledge and belief:

1.    I am one of the named Plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration. I could and would competently testify to these facts if called upon to do so.

2.    I purchased EthereumMax tokens via the US-based cryptocurrency exchange Uniswap.

3.    I am committed to continue to vigorously prosecute this litigation should I be appointed as a class representative. I intend to obtain the largest recovery for the Class consistent with good faith and sound judgment.

4.    Additionally, I believe that I have the ability to adequately and effectively represent the interest of all investors who purchased or acquired EthereumMax. I am not aware of any conflicts between myself and other class members.  My claims are typical of other investors.

5.    I have supervised and monitored the progress of this litigation. For example, I have (a) I received regular status reports and updates from my counsel; (b) communicated with counsel concerning significant developments in this litigation; (c) reviewed pleadings and filings in this matter; (d) responded to discovery requests from Defendants.  I intend to continue to provide fair and adequate representation by, among other things, working with proposed Class counsel.

6.    I selected proposed class counsel based on the firm's substantial experience and expertise including prosecuting securities and consumer class actions. I believe Scott+Scott possesses the necessary financial and human resources to prosecute this case effectively.

7.    I will continue to keep informed concerning the status and progress of this action, the strengths and weaknesses of the case, and the prospects for settlement. I will consult with counsel with respect to major litigation events, such as important

motions, settlement discussions, trial preparation, and trial. I understand that I owe a fiduciary duty to the proposed Class and if appointed as Class representative, I will take all necessary steps to vigorously fulfill that duty.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on <u>2/7/2025          </u>.

Michael Buckley

1  John T. Jasnoch (CA 281605)
2  jjasnoch@scott-scott.com
   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
3  600 W. Broadway, Suite 3300
   San Diego, CA 92101
4  Tel.: 619-233-4565
   Fax: 619-233-0508
5

6

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | IN RE ETHEREUMMAX INVESTOR LITIGATION | Lead Case No. 2:22-cv-00163-MWF-SK |

12 This Document Relates To:

   **DECLARATION OF MILAN PUDA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

13     ALL ACTIONS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Milan Puda, hereby certify that the following is true and correct to the best of my knowledge and belief:

1.      I am one of the named Plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration. I could and would competently testify to these facts if called upon to do so.

2.      I purchased EthereumMax tokens via the US-based cryptocurrency exchange Uniswap.

3.      I am committed to continue to vigorously prosecute this litigation should I be appointed as a class representative. I intend to obtain the largest recovery for the Class consistent with good faith and sound judgment.

4.      Additionally, I believe that I have the ability to adequately and effectively represent the interest of all investors who purchased or acquired EthereumMax. I am not aware of any conflicts between myself and other class members.  My claims are typical of other investors.

5.      I have supervised and monitored the progress of this litigation. For example, I have (a) I received regular status reports and updates from my counsel; (b) communicated with counsel concerning significant developments in this litigation; (c) reviewed pleadings and filings in this matter; (d) responded to discovery requests from Defendants.  I intend to continue to provide fair and adequate representation by, among other things, working with proposed Class counsel.

6.      I selected proposed class counsel based on the firm's substantial experience and expertise including prosecuting securities and consumer class actions. I believe Scott+Scott possesses the necessary financial and human resources to prosecute this case effectively.

7.      I will continue to keep informed concerning the status and progress of this action, the strengths and weaknesses of the case, and the prospects for settlement. I will consult with counsel with respect to major litigation events, such as important

motions, settlement discussions, trial preparation, and trial. I understand that I owe a fiduciary duty to the proposed Class and if appointed as Class representative, I will take all necessary steps to vigorously fulfill that duty.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Executed on _2/5/2025_____.


DocuSigned by:

0E982509A398418...

Milan Puda

John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:22-cv-00163-MWF-SK<br><br>**DECLARATION OF NABIL NAHLAH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Nabil Nahlah, hereby certify that the following is true and correct to the best of my knowledge and belief:

1.      I am one of the named Plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration. I could and would competently testify to these facts if called upon to do so.

2.      I purchased EthereumMax tokens via the US-based cryptocurrency exchange Uniswap.

3.      I am committed to continue to vigorously prosecute this litigation should I be appointed as a class representative. I intend to obtain the largest recovery for the Class consistent with good faith and sound judgment.

4.      Additionally, I believe that I have the ability to adequately and effectively represent the interest of all investors who purchased or acquired EthereumMax. I am not aware of any conflicts between myself and other class members.  My claims are typical of other investors.

5.      I have supervised and monitored the progress of this litigation. For example, I have (a) I received regular status reports and updates from my counsel; (b) communicated with counsel concerning significant developments in this litigation; (c) reviewed pleadings and filings in this matter; (d) responded to discovery requests from Defendants.  I intend to continue to provide fair and adequate representation by, among other things, working with proposed Class counsel.

6.      I selected proposed class counsel based on the firm's substantial experience and expertise including prosecuting securities and consumer class actions. I believe Scott+Scott possesses the necessary financial and human resources to prosecute this case effectively.

7.      I will continue to keep informed concerning the status and progress of this action, the strengths and weaknesses of the case, and the prospects for settlement. I will consult with counsel with respect to major litigation events, such as important

motions, settlement discussions, trial preparation, and trial. I understand that I owe a fiduciary duty to the proposed Class and if appointed as Class representative, I will take all necessary steps to vigorously fulfill that duty.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  2/5/2025           .

Signed by:

*Nabil Nahlah*

1B8EB31DA3F54D8...

Nabil Nahlah

1  John T. Jasnoch (CA 281605)
2  jjasnoch@scott-scott.com
   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
3  600 W. Broadway, Suite 3300
   San Diego, CA 92101
4  Tel.: 619-233-4565
   Fax: 619-233-0508
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10
11  IN RE ETHEREUMMAX INVESTOR        Lead Case No. 2:22-cv-00163-MWF-SK
    LITIGATION
12                                     **DECLARATION OF NEIL SHAH IN**
    This Document Relates To:          **SUPPORT OF PLAINTIFFS'**
13                                     **MOTION FOR CLASS**
        ALL ACTIONS                    **CERTIFICATION**
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Neil Shah, hereby certify that the following is true and correct to the best of my knowledge and belief:

1.     I am one of the named Plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration. I could and would competently testify to these facts if called upon to do so.

2.     I purchased EthereumMax tokens via the US-based cryptocurrency exchange Uniswap.

3.     I am committed to continue to vigorously prosecute this litigation should I be appointed as a class representative. I intend to obtain the largest recovery for the Class consistent with good faith and sound judgment.

4.     Additionally, I believe that I have the ability to adequately and effectively represent the interest of all investors who purchased or acquired EthereumMax. I am not aware of any conflicts between myself and other class members.  My claims are typical of other investors.

5.     I have supervised and monitored the progress of this litigation. For example, I have (a) I received regular status reports and updates from my counsel; (b) communicated with counsel concerning significant developments in this litigation; (c) reviewed pleadings and filings in this matter; (d) responded to discovery requests from Defendants.  I intend to continue to provide fair and adequate representation by, among other things, working with proposed Class counsel.

6.     I selected proposed class counsel based on the firm's substantial experience and expertise including prosecuting securities and consumer class actions. I believe Scott+Scott possesses the necessary financial and human resources to prosecute this case effectively.

7.     I will continue to keep informed concerning the status and progress of this action, the strengths and weaknesses of the case, and the prospects for settlement. I will consult with counsel with respect to major litigation events, such as important

motions, settlement discussions, trial preparation, and trial. I understand that I owe a fiduciary duty to the proposed Class and if appointed as Class representative, I will take all necessary steps to vigorously fulfill that duty.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __2/5/2025_____.

DocuSigned by:

*Neil Shah*

C2D8F3B62988485...

Neil Shah

John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE ETHEREUMMAX INVESTOR LITIGATION | Lead Case No. 2:22-cv-00163-MWF-SK |
|---|---|
| This Document Relates To: | **DECLARATION OF RYAN HUEGERICH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| ALL ACTIONS | |

Docusign Envelope ID: F21675A7-B8E8-4D0B-8E96-EC7C184B0AB6

I, Ryan Huegerich, hereby certify that the following is true and correct to the best of my knowledge and belief:

1.     I am one of the named Plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration. I could and would competently testify to these facts if called upon to do so.

2.     I purchased EthereumMax tokens via the US-based cryptocurrency exchange Uniswap.

3.     I am committed to continue to vigorously prosecute this litigation should I be appointed as a class representative. I intend to obtain the largest recovery for the Class consistent with good faith and sound judgment.

4.     Additionally, I believe that I have the ability to adequately and effectively represent the interest of all investors who purchased or acquired EthereumMax. I am not aware of any conflicts between myself and other class members.  My claims are typical of other investors.

5.     I have supervised and monitored the progress of this litigation. For example, I have (a) I received regular status reports and updates from my counsel; (b) communicated with counsel concerning significant developments in this litigation; (c) reviewed pleadings and filings in this matter; (d) responded to discovery requests from Defendants.  I intend to continue to provide fair and adequate representation by, among other things, working with proposed Class counsel.

6.     I selected proposed class counsel based on the firm's substantial experience and expertise including prosecuting securities and consumer class actions. I believe Scott+Scott possesses the necessary financial and human resources to prosecute this case effectively.

7.     I will continue to keep informed concerning the status and progress of this action, the strengths and weaknesses of the case, and the prospects for settlement. I will consult with counsel with respect to major litigation events, such as important

motions, settlement discussions, trial preparation, and trial. I understand that I owe a fiduciary duty to the proposed Class and if appointed as Class representative, I will take all necessary steps to vigorously fulfill that duty.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on <u>2/5/2025</u>.

DocuSigned by:

*RYAN HUEGERICH*

4Z2DED1AEA354DB...

Ryan Huegerich

1  John T. Jasnoch (CA 281605)
2  jjasnoch@scott-scott.com
   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
3  600 W. Broadway, Suite 3300
4  San Diego, CA 92101
   Tel.: 619-233-4565
5  Fax: 619-233-0508

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | IN RE ETHEREUMMAX INVESTOR LITIGATION | Lead Case No. 2:22-cv-00163-MWF-SK |
   | --- | --- |
12 | This Document Relates To: | **DECLARATION OF TUNISIA** |
13 |    ALL ACTIONS | **BRIGNOL IN SUPPORT OF** |
14 |  | **PLAINTIFFS' MOTION FOR** |
15 |  | **CLASS CERTIFICATION** |

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Tunisia Brignol, hereby certify that the following is true and correct to the best of my knowledge and belief:

1.     I am one of the named Plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration. I could and would competently testify to these facts if called upon to do so.

2.     I purchased EthereumMax tokens via the US-based cryptocurrency exchange Uniswap.

3.     I am committed to continue to vigorously prosecute this litigation should I be appointed as a class representative. I intend to obtain the largest recovery for the Class consistent with good faith and sound judgment.

4.     Additionally, I believe that I have the ability to adequately and effectively represent the interest of all investors who purchased or acquired EthereumMax. I am not aware of any conflicts between myself and other class members.  My claims are typical of other investors.

5.     I have supervised and monitored the progress of this litigation. For example, I have (a) I received regular status reports and updates from my counsel; (b) communicated with counsel concerning significant developments in this litigation; (c) reviewed pleadings and filings in this matter; (d) responded to discovery requests from Defendants.  I intend to continue to provide fair and adequate representation by, among other things, working with proposed Class counsel.

6.     I selected proposed class counsel based on the firm's substantial experience and expertise including prosecuting securities and consumer class actions. I believe Scott+Scott possesses the necessary financial and human resources to prosecute this case effectively.

7.     I will continue to keep informed concerning the status and progress of this action, the strengths and weaknesses of the case, and the prospects for settlement. I will consult with counsel with respect to major litigation events, such as important

motions, settlement discussions, trial preparation, and trial. I understand that I owe a fiduciary duty to the proposed Class and if appointed as Class representative, I will take all necessary steps to vigorously fulfill that duty.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ___2/5/2025_____.

_____
Tunisia Brignol

1    John T. Jasnoch (CA 281605)
2    jjasnoch@scott-scott.com
     **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
3    600 W. Broadway, Suite 3300
     San Diego, CA 92101
4    Tel.: 619-233-4565
     Fax: 619-233-0508
5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   IN RE ETHEREUMMAX INVESTOR          Lead Case No. 2:22-cv-00163-MWF-SK
     LITIGATION
12                                        **DECLARATION OF TILL**
     This Document Relates To:           **FREEMAN IN SUPPORT OF**
13                                        **PLAINTIFFS' MOTION FOR**
          ALL ACTIONS                     **CLASS CERTIFICATION**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Docusign Envelope ID: EE613466 E6BD 46A8 9397 08C9AEE125D4

I, Till Freeman, hereby certify that the following is true and correct to the best of my knowledge and belief:

1.    I am one of the named Plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration. I could and would competently testify to these facts if called upon to do so.

2.    I purchased EthereumMax tokens via the US-based cryptocurrency exchange Uniswap.

3.    I am committed to continue to vigorously prosecute this litigation should I be appointed as a class representative. I intend to obtain the largest recovery for the Class consistent with good faith and sound judgment.

4.    Additionally, I believe that I have the ability to adequately and effectively represent the interest of all investors who purchased or acquired EthereumMax. I am not aware of any conflicts between myself and other class members.  My claims are typical of other investors.

5.    I have supervised and monitored the progress of this litigation. For example, I have (a) I received regular status reports and updates from my counsel; (b) communicated with counsel concerning significant developments in this litigation; (c) reviewed pleadings and filings in this matter; (d) responded to discovery requests from Defendants.  I intend to continue to provide fair and adequate representation by, among other things, working with proposed Class counsel.

6.    I selected proposed class counsel based on the firm's substantial experience and expertise including prosecuting securities and consumer class actions. I believe Scott+Scott possesses the necessary financial and human resources to prosecute this case effectively.

7.    I will continue to keep informed concerning the status and progress of this action, the strengths and weaknesses of the case, and the prospects for settlement. I will consult with counsel with respect to major litigation events, such as important

motions, settlement discussions, trial preparation, and trial. I understand that I owe a fiduciary duty to the proposed Class and if appointed as Class representative, I will take all necessary steps to vigorously fulfill that duty.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on <u>2/5/2025          </u>.

DocuSigned by:

_____
5CF0030932174F1...

Till Freeman

1    John T. Jasnoch (CA 281605)
2    jjasnoch@scott-scott.com
    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
3    600 W. Broadway, Suite 3300
    San Diego, CA 92101
4    Tel.: 619-233-4565
    Fax: 619-233-0508
5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION | Lead Case No. 2:22-cv-00163-MWF-SK |
| This Document Relates To: | **DECLARATION OF MARKO CIKLIC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
|      ALL ACTIONS | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Docusign Envelope ID: DC5BE6F7-ED65-48CF-8B2D-2E247D05D573

I, Marko Ciklic, hereby certify that the following is true and correct to the best of my knowledge and belief:

1.     I am one of the named Plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration. I could and would competently testify to these facts if called upon to do so.

2.     I purchased EthereumMax tokens via the US-based cryptocurrency exchange Uniswap.

3.     I am committed to continue to vigorously prosecute this litigation should I be appointed as a class representative. I intend to obtain the largest recovery for the Class consistent with good faith and sound judgment.

4.     Additionally, I believe that I have the ability to adequately and effectively represent the interest of all investors who purchased or acquired EthereumMax. I am not aware of any conflicts between myself and other class members.  My claims are typical of other investors.

5.     I have supervised and monitored the progress of this litigation. For example, I have (a) I received regular status reports and updates from my counsel; (b) communicated with counsel concerning significant developments in this litigation; (c) reviewed pleadings and filings in this matter; (d) responded to discovery requests from Defendants.  I intend to continue to provide fair and adequate representation by, among other things, working with proposed Class counsel.

6.     I selected proposed class counsel based on the firm's substantial experience and expertise including prosecuting securities and consumer class actions. I believe Scott+Scott possesses the necessary financial and human resources to prosecute this case effectively.

7.     I will continue to keep informed concerning the status and progress of this action, the strengths and weaknesses of the case, and the prospects for settlement. I will consult with counsel with respect to major litigation events, such as important

1    motions, settlement discussions, trial preparation, and trial. I understand that I owe a

2    fiduciary duty to the proposed Class and if appointed as Class representative, I will

3    take all necessary steps to vigorously fulfill that duty.

4         I declare under penalty of perjury under the laws of the State of California that

5    the foregoing is true and correct.

6

7    Executed on ___2/11/2025___.

8

9                       DocuSigned by:

                       _____

                       A2DF5CE098D4414...

10                           Marko Ciklic

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28