# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE ETHEREUMMAX INVESTOR LITIGATION | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-00163-MWF-SK |
| v. | |
| Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

_____   ☐ Plaintiff ☐ Defendant ☐ Other  _____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____
*Street Address*

_____   _____
*City, State, Zip*          *E-Mail Address*

_____   _____   _____
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

**is hereby** ☐ GRANTED   ☐ DENIED

☒ The Court hereby orders that the request of [Maribeth Annaguey; Jason Yuegin Kelly; Benjamin Kussman]
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for [Defendant Floyd Mayweather, Jr.]

**is hereby** ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)   **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**