**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In Re Ethereummax Investor Litigation

Plaintiff(s)

v.

Defendant(s)

CASE NUMBER

2:22-cv-00163-MWF-SK

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☒ The Court hereby orders that the request of:

Floyd Mayweather, Jr.
*Name of Party*
☐ Plaintiff ☒ Defendant ☐ Other

☒ to substitute Samuel A. Josephs - Spertus, Landes & Josephs, LLP who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

617 West 7th Street, Suite 200
*Street Address*

Los Angeles, CA 90017
*City, State, Zip*

sjosephs@spertuslaw.com
*E-Mail Address*

(213) 205-6520
*Telephone Number*

(213) 205-6521
*Fax Number*

284035
*State Bar Number*

as attorney of record instead of Felton T. Newell

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ GRANTED ☐ DENIED

☐ The Court hereby orders that the request of

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for

**is hereby** ☐ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY