# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HUEGERICH, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>STEVE GENTILE, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–00163–MWF–SK<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __4/18/2025__

Document No.:   __247__

Title of Document:   __Notice of Appearance or Withdrawal of Counsel G–123__

**ERROR(S) WITH DOCUMENT:**

The name of the attorney on the pleading does not match the name on their PACER account.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __April 24, 2025__        By:  __/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov__
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**