COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone: +1 310 883 6527
Facsimile: +1 310 883 6500

ROBBY L.R. SALDAÑA (356226)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: +1 202 776 2109
Facsimile: +1 202 842 7899

Attorneys for Defendant
KIM KARDASHIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Lead Case No. CV 22-163 MWF (SKx)<br><br>**DECLARATION OF MATTHEW D. CAPLAN IN SUPPORT OF DEFENDANT KIM KARDASHIAN'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

COOLEY LLP
ATTORNEYS AT LAW

CAPLAN DECL. ISO DEF. KARDASHIAN'S
OPP. TO PLS' MOT. FOR CLASS CERT.
LEAD CASE NO. CV 22-163 MWF (SKX)

I, Matthew D. Caplan, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at Cooley LLP. I am counsel for Defendant Kim Kardashian in this matter. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

2. Attached hereto as **Exhibit A** is the expert declaration of Dr. Sabrina Howell.

3. Attached hereto as **Exhibit B** is the expert declaration of Dr. Michael Hiscox.

4. Attached hereto as **Exhibit C** is the declaration of Remi Screen.

5. Attached hereto as **Exhibit D** is the declaration of Miranda Camozzi.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 28, 2025 in San Francisco, California.

*/s/ Matthew D. Caplan*
Matthew D. Caplan