# EXHIBIT C

COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone: +1 310 883 6527
Facsimile: +1 310 883 6500

ROBBY L.R. SALDAÑA (356226)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: +1 202 776 2109
Facsimile: +1 202 842 7899

Attorneys for Defendant
KIM KARDASHIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE ETHEREUMMAX INVESTOR LITIGATION | Lead Case No. CV 22-163 MWF (SKx) |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS. | **DECLARATION OF REMI SCREEN** |

I, Remi Screen, declare as follows:

1. My name is Remi Screen. I am above the age of eighteen (18) and am competent to testify in this matter. I am the social media coordinator for Defendant Kim Kardashian ("Ms. Kardashian"). The facts stated in this declaration are based on my personal knowledge, and if called upon to do so, I could and would competently testify to such matters.

2. In my role as Ms. Kardashian's social media coordinator, I have access to Ms. Kardashian's social media accounts, including her Instagram account, as well as the archives of these accounts. I am highly familiar with how these accounts operate and with what information is available in the account archives.

3. According to the information available through Ms. Kardashian's Instagram account, an Instagram story referencing EthereumMax was posted on her account on May 30, 2021. The story was posted at 11:00 AM PDT.

4. There is no Instagram story referencing EthereumMax from June 13 or June 14, 2021 available to view in the archives of Ms. Kardashian's Instagram account. This means that if there was such a story posted on either of those dates, the story was available to view on her profile for less than 24 hours.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on [April 21 2025] in [Los Angeles], California.

_____
Remi Screen

317607440