# EXHIBIT D

1 | COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone: +1 310 883 6527
Facsimile: +1 310 883 6500

ROBBY L.R. SALDAÑA (356226)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: +1 202 776 2109
Facsimile: +1 202 842 7899

Attorneys for Defendant
KIM KARDASHIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates to:<br><br>    ALL ACTIONS. | Lead Case No. CV 22-163 MWF (SKx)<br><br>**DECLARATION OF MIRANDA CAMOZZI** |

COOLEY LLP
ATTORNEYS AT LAW

1

M. CAMOZZI DECL.
LEAD CASE NO. CV 22-163 MWF (SKX)

I, Miranda Camozzi, hereby declare as follows:

1. I am above the age of eighteen (18). I am a Senior Litigation and E-Discovery Services Analyst at Cooley LLP ("Cooley"). I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

2. As part of my role at Cooley, I am regularly involved in the review and analysis of e-discovery related matters.

3. I reviewed documents produced by Plaintiffs in this litigation relating to their cryptocurrency transactions and used the digital wallet addresses included in the documents to retrieve publicly available information concerning the Plaintiffs' alleged cryptocurrency transactions.

4. Specifically, I used the following online blockchain explorers to generate corresponding data, including specific dates and times, for the cryptocurrency transactions associated with particular "wallet IDs" included in Plaintiffs' produced documents: Etherscan (https://etherscan.io), Snowtrace (https://snowtrace.io), Polygonscan (https://polygonscan.com), Arbiscan (https://arbiscan.io), FTMScan (https://ftmscan.com), and Optimistic Etherscan (https://optomistic.etherscan.io).

5. I understand that the data I generated from these online blockchain explorers was produced in this litigation bearing Bates-numbering KARD0000010–KARD0000029.

I declare under penalty of perjury under that the foregoing is true and correct. Executed on April 25, 2025 in San Diego, California.

*Miranda Camozzi*
Miranda Camozzi