COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone: +1 310 883 6527
Facsimile: +1 310 883 6500

ROBBY L.R. SALDAÑA (356226)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: +1 202 776 2109
Facsimile: +1 202 842 7899

Attorneys for Defendant
KIM KARDASHIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Lead Case No. CV 22-163 MWF (SKx)<br><br>**DEFENDANT KIM KARDASHIAN'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS FILED WITH KARDASHIAN'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: June 16, 2025<br>Time: 10:00 a.m.<br>Place: First Street Courthouse<br>Courtroom 5A<br>Judge: Hon. Michael W. Fitzgerald |

Pursuant to Civil Local Rule 79-5.2.2(b), the Procedures of the Honorable Michael W. Fitzgerald, and Section 12.3 of the Stipulated Protective Order (ECF No. 238) (the "Protective Order"), Defendant Kim Kardashian ("Kardashian") hereby applies to file under seal certain documents filed with Kardashian's Opposition to Plaintiffs' Motion for Class Certification. This request is based on the following statement and the concurrently filed Declaration of Max Sladek de la Cal in Support of Kardashian's Application for Leave to File Under Seal (the "Sladek Declaration"). The specific documents that Kardashian seeks the Court's permission to file under seal, attached to the Sladek Declaration as Exhibit 1 and Exhibit 2, are:

1. The unredacted version of Kardashian's Opposition to Plaintiffs' Motion for Class Certification (the "Opposition").

2. The unredacted version of the Declaration of Sabrina Howell ("Howell Declaration"), which is submitted as Exhibit A to the Declaration of Matthew D. Caplan in support of Kardashian's Opposition.

The redacted text in the Opposition and the Howell Declaration directly cites information from documents designated as Confidential by Plaintiffs in discovery pursuant to the Protective Order. Pursuant to Local Rule 79-5.2.2(b), counsel for Kardashian conferred with counsel for Plaintiffs concerning the need for filing these materials under seal by means of redaction. Kardashian takes no position on the appropriateness of sealing these materials.

## RELIEF REQUESTED

For the foregoing reasons and those set out in the accompanying Sladek Declaration, Kardasian requests leave to file the unredacted Opposition and Howell Declaration under seal. A proposed order granting that relief is submitted herewith.

//
//

| | | |
|---|---|---|
| 1 | Dated: April 28, 2025 | COOLEY LLP |
| 2 | | |
| 3 | | By: /s/ Matthew D. Caplan |
| 4 | | Matthew D. Caplan |
| 5 | | Attorneys for Defendant KIM KARDASHIAN |

COOLEY LLP
ATTORNEYS AT LAW