1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Lead Case No. CV 22-163 MWF (SKx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT KIM KARDASHIAN'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS FILED WITH KARDASHIAN'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
|---|---|

# [PROPOSED] ORDER

Before the Court is Defendant Kardashian's Application for Leave to File Under Seal Certain Documents Filed with Kardashian's Opposition to Plaintiffs' Motion for Class Certification (the "Application"). With this Application, Defendant Kardashian seeks to file under seal portions of her Opposition to Plaintiffs' Motion for Class Certification (the "Opposition") and the supporting Declaration of Sabrina Howell ("Howell Declaration") that directly reference materials designated as Confidential by Plaintiffs pursuant to the Stipulated Protective Order in this matter (ECF No. 238). The Application requests that the redacted portions of these documents at the following locations be placed under seal:

| DEFENDANT KARDASHIAN'S OPPOSITION ||
|---|---|
| **Page** | **Lines** |
| 4 | 18-21 |
| 14 | 23-28 |
| 15 | 1 |
| HOWELL DECLARATION ||
| **Page** | **Material** |
| 11 | Table 1 |
| 13-14 | Footnotes 28, 32, 40 |
| Appendix B, p. 3 | Text in lines 5-10 of table |
| Appendix D, p. 1-5 | Charts |
| Appendix E, p. 1-3 | Text in footnotes 3, 5, 7, 10, 11; and ¶¶ 4-5 |

Upon considering the Application and supporting documents, and good cause appearing, Defendant Kardashian's Application is hereby **GRANTED**. Accordingly, the Court ORDERS that the unredacted version of Kardashian's Opposition and the Howell Declaration be filed under seal.

1 **IT IS SO ORDERED.**

DATED: _____

                                              _____
                                              THE HONORABLE STEVEN KIM,
                                              UNITED STATES MAGISTRATE
                                              JUDGE