John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
jjasnoch@scott-scott.com

*Lead Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:22-cv-00163-MWF-SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge: Hon. Michael Fitzgerald<br>Date: June 16, 2025<br>Time: 10:00 a.m.<br>Place: First Street Courthouse, Courtroom 5A<br><br>Complaint Filed: January 7, 2022<br>Trial Date: January 27, 2026 |
|---|---|

1    After considering Plaintiffs' Application to File Under Seal, accompanying
2    documents, the arguments of counsel, and all other matters presented to the Court:
3    IT IS HEREBY ORDERED that Exhibits A through H attached to the Declaration
4    of John T. Jasnoch in Support of Plaintiffs' Replies in Support of Motion for Class
5    Certification and the unredacted versions of Plaintiffs' Replies in Support of Motion
6    for Class Certification are filed under seal.
7          IT IS SO ORDERED.
8    DATED: _____          _____
9                                   THE HONORABLE STEVE KIM
                                    UNITED STATES MAGISTRATE JUDGE