# EXHIBIT A

# DOCUMENT FILED UNDER SEAL