John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-236-0508
jjasnoch@scott-scott.com

*Lead Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:22-cv-00163-MWF-SK<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF PLAINTIFFS' REPLIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Michael Fitzgerald<br>Date: June 16, 2025<br>Time: 10:00 a.m.<br>Place: First Street Courthouse, Courtroom 5A<br><br>Complaint Filed: January 7, 2022<br>Trial Date: January 27, 2026 |
|---|---|

I, John T. Jasnoch, declare as follows:

1. I am an attorney with Scott+Scott Attorneys at Law LLP, and I represent Plaintiffs in the above-entitled action. This declaration is submitted in support of Plaintiffs' Motion for Class Certification.

2. Attached hereto are true and correct copies of the following:

   **Ex. A:** Declaration of Jeremy Clark in Response to Defendants' Oppositions to Plaintiffs' Motion for Class Certification.

   **Ex. B:** Excerpts of the Remote Zoom Videoconference Deposition of Joseph Englanoff, Volume I.

**Ex. C:** A document produced in this litigation bearing Bates number JR000405.

**Ex. D:** A document produced in this litigation bearing Bates number JR000407.

**Ex. E:** A document produced in this litigation bearing Bates number JR000462.

**Ex. F:** A document produced in this litigation bearing Bates number EMXPLS_000001.

**Ex. G:** A document produced in this litigation bearing Bates number EMXPLS_000002.

**Ex. H:** Excerpts from the Videotaped Deposition of Dr. Sabrina Howell.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 27, 2025 at San Diego, California.

    *s/ John T. Jasnoch*
John T. Jasnoch (CA 281605)