COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

MAX SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone: +1 310 883 6527
Facsimile: +1 310 883 6500

ROBBY L.R. SALDAÑA (356226)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: +1 202 776 2109
Facsimile: +1 202 842 7899

Attorneys for Defendant
KIM KARDASHIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS. | Lead Case No. CV 22-163 MWF (SKx)<br><br>**DEFENDANT KIM KARDASHIAN'S OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: June 16, 2025<br>Time: 10:00 a.m.<br>Place: First Street Courthouse<br>Courtroom 5A<br>Judge: Hon. Michael W. Fitzgerald<br>Trial Date: January 27, 2026<br>Action Filed: January 07, 2022 |

Defendant Kim Kardashian objects to the improper evidence Plaintiffs Ryan Huegerich, Jonathan Semerjian, Nabil Nahlah, Till Freeman, Marko Ciklic, Tunisia Brignol, Milan Puda, Neil Shah, Michael Buckley, and Christopher DeLuca ("Plaintiffs"), have newly submitted in support of their Reply In Response to Defendant Kardashian's Opposition and in Further Support of Plaintiffs' Motion for Class Certification (the "Reply") (ECF No. 258).  *See Wallace v. Countrywide Home Loans, Inc.*, No. SACV 08-1463 AG (MLGx), 2009 WL4349534, at *7 (C.D. Cal. Nov. 23, 2009) ("A district court may refuse to consider new evidence submitted for the first time in a reply if the evidence should have been presented with the opening brief.") (collecting cases); *Reyes v. Experian Info. Sols., Inc.*, No. SACV 16–00563 AG (AFMx), 2017 WL 3575468, *1 (C.D. Cal. Apr. 18, 2017) (same).

Plaintiffs' improper reply evidence includes:

- Section 2 ("Number and location of EMAX purchasers") of the Declaration of Jeremy Clark in Response to Defendants' Oppositions to Plaintiffs' Motion for Class Certification (Exhibit A to the Declaration of John T. Jasnoch) (ECF No. 263-1);
- Exhibit C to the Declaration of John T. Jasnoch (ECF No. 263-3);
- Exhibit D to the Declaration of John T. Jasnoch (ECF No. 263-4);
- Exhibit F to the Declaration of John T. Jasnoch (ECF No. 263-6);
- Exhibit G to the Declaration of John T. Jasnoch (ECF No. 263-7);
- Exhibit H to the Declaration of John T. Jasnoch (ECF No. 263-8).

Plaintiffs' submission of this evidence in the Reply deprives Defendant Kardashian of an adequate opportunity to respond.  *See Townsend v. Monster Beverage Corp.*, 303 F. Supp. 3d 1010, 1027-28 (C.D. Cal. 2018) (new evidence submitted on reply improperly deprives the defendant an adequate opportunity to respond).  Defendant Kardashian respectfully requests that the Court decline to consider these newly submitted Exhibits in deciding Plaintiffs' Motion for Class Certification.

Dated: June 9, 2025

COOLEY LLP

By: */s/ Matthew D. Caplan*
Matthew D. Caplan

Attorneys for Defendant
KIM KARDASHIAN