# EXHIBIT 1

**ThreadParticipants:** Alicia Principessa; Giovanni Perone (owner)
**ThreadFirst:** 2021-06-01 00:17:48
**ThreadLast:** 2021-06-01 22:11:30

---

**Giovanni Cell (owner)**

**06/01/21 12:17:48 AM**

~/Library/SMS/Attachments/df/15/1072F5B2-A0E3-4326-B13C-19857FC49EB2/Screenshot 2021-06-01 at 12.17.29 AM.png

~/Library/SMS/Attachments/df/15/1072F5B2-A0E3-4326-B13C-19857FC49EB2/Screenshot 2021-06-01 at 12.17.29 AM.png

**Alicia Principessa**

**06/01/21 01:26:53 AM**
Amore tutta posto?

**Giovanni Cell (owner)**

**06/01/21 01:31:26 AM**
Yeah

**Alicia Principessa**

**06/01/21 01:31:43 AM**


**Alicia Principessa**

**06/01/21 10:29:01 AM**
ras Toraman - ▇ wire coming Tuesday
Snapped Market at- ▇
Address -
▇

**Alicia Principessa**

**06/01/21 10:29:05 AM**
Aras

Alicia Principessa

**06/01/21 10:29:16 AM**
Send ▋ snapped at ▋

Alicia Principessa

**06/01/21 10:37:12 AM**
Its 100% fine and okay for people to take profits and money that's the goal we want that, but if you take large amounts you hurt themselves by selling in such big amounts. You make your average price go down. The best way to take profits is smaller sells spaced out, this way the price continues to rise, you get a higher average sale price, you won't get front run by bots, and you keep momentum high. It benefits for you to sell in that way because it has no affect on the general eMax market which helps you continue to sell at higher prices - when you dump big you hurt yourself I would suggest dumping 10-15 ETH at a time every hour.

So when you dump big you are moving the market against yourself and likely costing yourself 10's of thousands of dollars in the process. Just watch dextools and make sure your sells are offset by the buys coming in.

Alicia Principessa

**06/01/21 10:45:32 AM**
Aras Toraman - ▋ wire
Snapped Market at- ▋
Address -



Alicia Principessa

**06/01/21 10:55:27 AM**
https://etherscan.io/token

*~/Library/SMS/Attachments/44/04/B0C71729-226F-45F0-8B3A-BC24724CC67E/DF4D1968-1B9F-4709-BA54-3EDD10350932.pluginPayloadAttachment*

*~/Library/SMS/Attachments/44/04/B0C71729-226F-45F0-8B3A-BC24724CC67E/DF4D1968-1B9F-4709-BA54-3EDD10350932.pluginPayloadAttachment*

Alicia Principessa

**06/01/21 11:06:00 AM**
JAS

Alicia Principessa

**06/01/21 11:21:16 AM**

*~/Library/SMS/Attachments/bc/12/BC089E88-1453-4B02-B67C-E63843849CF7/IMG_1505.heic*

*~/Library/SMS/Attachments/bc/12/BC089E88-1453-4B02-B67C-E63843849CF7/IMG_1505.heic*

Alicia Principessa

**06/01/21 11:26:26 AM**
Red text - sell
yellow highlight - transfer out
green highlight - transfer in
blue - airdrop from fork

Confidential Treatment Requested by GP & Emax Holdings, LLC

**Alicia Principessa**

**06/01/21 12:15:07 PM**
Call -
Code -

**Alicia Principessa**

**06/01/21 12:15:28 PM**
Strategy meeting if you could jump on its quick

**Alicia Principessa**

**06/01/21 12:15:31 PM**
Kamil is on

**Giovanni Cell (owner)**

**06/01/21 12:25:26 PM**
Give me 2 mins

**Giovanni Cell (owner)**

**06/01/21 12:26:26 PM**
I'm on

**Giovanni Cell (owner)**

**06/01/21 12:26:30 PM**
I don't hear anyone talking

**Alicia Principessa**

**06/01/21 12:30:28 PM**
I need to know who he told. We don't have tickets left
*~/Library/SMS/Attachments/ab/11/E7D44EFB-9965-41D3-BE48-460B38456192/IMG_1508.jpeg*

~/Library/SMS/Attachments/ab/11/E7D44EFB-9965-41D3-BE48-460B38456192/IMG_1508.jpeg

**Alicia Principessa**

> 06/01/21 12:33:08 PM
> Put your phone on mute

**Giovanni Cell (owner)**

> 06/01/21 02:17:27 PM
> Hey - can you get the name of this for me
> ~/Library/SMS/Attachments/db/11/6B22FCF0-577A-4731-A19E-3CEDB8608FF2/Screenshot 2021-06-01 at 2.15.21 PM.png

> ~/Library/SMS/Attachments/db/11/6B22FCF0-577A-4731-A19E-3CEDB8608FF2/Screenshot 2021-06-01 at 2.15.21 PM.png

**Alicia Principessa**

> 06/01/21 02:17:55 PM
> Of course

**Giovanni Cell (owner)**

> 06/01/21 02:18:52 PM
> Please need it soon

**Alicia Principessa**

> 06/01/21 02:27:25 PM
> Ok I'm asking

**Alicia Principessa**

> 06/01/21 02:27:29 PM
> Tried calling nick

**Alicia Principessa**

> 06/01/21 02:30:17 PM
> Finn dixon

**Alicia Principessa**

> 06/01/21 02:30:29 PM
> Andy Calamari is who we spoke to

**Giovanni Cell (owner)**
06/01/21 02:38:58 PM
Ok

**Giovanni Cell (owner)**
06/01/21 02:38:59 PM
Thx

**Alicia Principessa**
06/01/21 02:55:37 PM
I'm talking to Arvin

**Alicia Principessa**
06/01/21 02:56:26 PM
He has an amazing relation with jas he had no idea he was dumping. He said this is a flex he's so shocked he said we need to get him in more calls maybe to feel included

**Giovanni Cell (owner)**
06/01/21 02:58:59 PM
Yeah will call you

**Alicia Principessa**
06/01/21 02:59:02 PM
We have good news so we'll talk about it

**Giovanni Cell (owner)**
06/01/21 02:59:04 PM
I know what's going on

**Giovanni Cell (owner)**
06/01/21 02:59:05 PM
Ok

**Alicia Principessa**
06/01/21 02:59:09 PM
It's a power trip

▇▇▇▇▇ Alicia Principessa

**06/01/21 02:59:15 PM**
Arvin said jas is a great guy

▇▇▇▇▇ Alicia Principessa

**06/01/21 02:59:43 PM**
We're going to have a call later today you kamil and Arvin Arvin is going to lead into kamil that he needs to strictly deal with jona not you and you need to strictly focus with jazz and bring him in and a lot of these major decision calls so he can feel included and secure

▇▇▇▇▇ Alicia Principessa

**06/01/21 03:00:21 PM**
Also just wanted to let you know Arvin called me regarding the oven deal 1% and the founder and I told him ▇▇ ▇▇ coins right now

▇▇▇▇▇ Alicia Principessa

**06/01/21 03:00:51 PM**
Nothing more than ▇▇ - If the founders are upset I can give my 1%

We had to lock it in

▇▇▇▇▇ Alicia Principessa

**06/01/21 03:01:01 PM**
Otherwise we have nothing to show legitimacy

▇▇▇▇▇ Alicia Principessa

**06/01/21 03:34:39 PM**
Wire coming in from sam rice

▇▇▇▇▇ Alicia Principessa

**06/01/21 03:34:41 PM**
▇▇

Alicia Principessa

**06/01/21 03:34:42 PM**
Sent

Alicia Principessa

**06/01/21 03:34:59 PM**
Wire coming in from saracino

Alicia Principessa

**06/01/21 03:35:04 PM**
I have both locked

Alicia Principessa

**06/01/21 03:35:06 PM**
In price

Alicia Principessa

**06/01/21 05:44:05 PM**
Sam Rice - ▇ wire sent

Anthony Saracino - ▇ wire sent

Striked market at
His wallet - send ▇ to

BARTS Wallet - (send ▇)

Giovanni Cell (owner)

**06/01/21 06:46:37 PM**

*~/Library/SMS/Attachments/ba/10/15F739BF-B925-42DF-BE3F-C1469B175748/9E8BD696-E31F-4BFC-9529-EC027BBE07A3-list.pdf*

> ~/Library/SMS/Attachments/ba/10/15F739BF-B925-42DF-BE3F-C1469B175748/9E8BD696-E31F-4BFC-9529-EC027BBE07A3-list.pdf

**Alicia Principessa**

**06/01/21 06:46:59 PM**

*~/Library/SMS/Attachments/23/03/4E362C48-0175-44E2-B154-FE289C869DB2/IMG_1545.heic*

~/Library/SMS/Attachments/23/03/4E362C48-0175-44E2-B154-FE289C869DB2/IMG_1545.heic

**Alicia Principessa**

**06/01/21 06:49:37 PM**
He missed wire cut off. Coming tomorrow
*~/Library/SMS/Attachments/c6/06/977E456C-E27C-4FE3-AC34-BCE7F9FEAF00/IMG_1545.heic*

~/Library/SMS/Attachments/c6/06/977E456C-E27C-4FE3-AC34-BCE7F9FEAF00/IMG_1545.heic

**Alicia Principessa**

**06/01/21 06:50:50 PM**
So I'll remind you tomorrow

**Alicia Principessa**

**06/01/21 06:50:54 PM**
Sam Rice - ▇▇ sent wire
▇▇▇▇▇▇▇▇▇▇▇▇▇

Address-
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



Alicia Principessa

**06/01/21 10:11:30 PM**
Giovanni Perone

Account Number: Redacted - PII
Wiring Routing Number: Redacted - PII

Confidential Treatment Requested by GP & Emax Holdings, LLC            GP-SEC-024023