# EXHIBIT 5

**ThreadPartic** ▮▮▮▮▮▮▮▮ J$; ▮▮▮▮▮▮▮▮ Kamil - Money
**ipants:** Man; ▮▮▮▮▮▮▮▮ Giovanni Perone (owner)

**ThreadFirst:** 2021-06-08 00:05:18

**ThreadLast:** 2021-06-08 23:59:20

---

▮▮▮▮▮▮▮ J$

**06/08/21 12:05:18 AM**

I am sending you all my coins back -
not looking to hurt you but can't be
involved anymore. I can't vouch and
dodge calls when my own "family"
embarrassed me and shot talks me
and says I owe them money to Eric
and people. I'm truly upset and
fatigued.

I won't go out of my way to hurt the
coin but if anyone asks I'll simply say
I'm out. I can't be involved. I won't
actively send a text out though.
*~/Library/SMS/Attachments/41/01
/21F7F51C-FEB2-449D-B12F-
B0F98E578B43/Coinbase Wallet.jpeg*

~/Library/SMS/Attachments/41/01
/21F7F51C-FEB2-449D-B12F-
B0F98E578B43/Coinbase Wallet.jpeg

▮▮▮▮▮▮▮ J$

**06/08/21 12:08:41 AM**

*~/Library/SMS/Attachments/ee/14
/3C1C938F-51EE-4D26-
A019-6C98B5D15D17/Screenshot
2021-06-08 at 12.08.07 AM.jpeg*

~/Library/SMS/Attachments/ee/14
/3C1C938F-51EE-4D26-
A019-6C98B5D15D17/Screenshot
2021-06-08 at 12.08.07 AM.jpeg

Confidential Treatment Requested by GP & Emax Holdings, LLC

J$

**06/08/21 12:08:49 AM**

*~/Library/SMS/Attachments/b8/08
/A7F36D4C-6A60-4658-9313-
ECCDD8A02DCE/Screenshot
2021-06-08 at 12.08.37 AM.jpeg*

~/Library/SMS/Attachments/b8/08
/A7F36D4C-6A60-4658-9313-
ECCDD8A02DCE/Screenshot
2021-06-08 at 12.08.37 AM.jpeg

J$

**06/08/21 12:09:33 AM**

*~/Library/SMS/Attachments/47/07
/B940B7D0-C553-40C0-
AF31-605298207ED1/Screenshot
2021-06-08 at 12.09.20 AM.jpeg*

~/Library/SMS/Attachments/47/07
/B940B7D0-C553-40C0-
AF31-605298207ED1/Screenshot
2021-06-08 at 12.09.20 AM.jpeg

J$

**06/08/21 12:10:42 AM**

*~/Library/SMS/Attachments/a5/05
/3DAF3999-5CB2-45BE-
9A2F-8D9CD43CE969/Screenshot
2021-06-08 at 12.10.29 AM.jpeg*

~/Library/SMS/Attachments/a5/05
/3DAF3999-5CB2-45BE-
9A2F-8D9CD43CE969/Screenshot
2021-06-08 at 12.10.29 AM.jpeg

J$

**06/08/21 12:11:16 AM**
I won't tell people bad things if we walk away from eachother nicely here but don't you ever bas mouth me again. This is your one and final warning.

J$

**06/08/21 12:11:32 AM**

*~/Library/SMS/Attachments/46/06 /DDD91326-0489-4811-98C4-80CA64 659D0D/Screenshot 2021-06-08 at 12.11.19 AM.jpeg*

~/Library/SMS/Attachments/46/06 /DDD91326-0489-4811-98C4-80CA64 659D0D/Screenshot 2021-06-08 at 12.11.19 AM.jpeg

Kamil - Money Man

**06/08/21 12:11:49 AM**
Disliked an image

Giovanni Cell (owner)

**06/08/21 12:12:13 AM**
I have nothing but good things to tell you about the coin Jona. Happy to go over them if you would like.

Kamil - Money Man

**06/08/21 12:12:15 AM**
We had a good talk with Dave at the fight. That wasn't cool. Especially when he wants to help

Confidential Treatment Requested by GP & Emax Holdings, LLC

J$

**06/08/21 12:12:48 AM**

*~/Library/SMS/Attachments/46/06*
*/EAB07F13-9564-4016-9757-570125A*
*5ECAC/Screenshot 2021-06-08 at*
*12.12.36 AM.jpeg*

~/Library/SMS/Attachments/46/06
/EAB07F13-9564-4016-9757-570125A
5ECAC/Screenshot 2021-06-08 at
12.12.36 AM.jpeg

Kamil - Money Man

**06/08/21 12:13:18 AM**
You just did to amber lol

J$

**06/08/21 12:13:23 AM**
You think you can talk shit about me
and keep me as a friend ? I have you
a chance to apologize and you started
excuses

J$

**06/08/21 12:13:27 AM**
Ok Kamil. Bait me

J$

**06/08/21 12:13:29 AM**
Hold on

J$

**06/08/21 12:13:32 AM**
Watch this...

Giovanni Cell (owner)

**06/08/21 12:13:46 AM**
I would never talk shit about you Jona

Confidential Treatment Requested by GP & Emax Holdings, LLC

Giovanni Cell (owner)

**06/08/21 12:13:50 AM**
I value our friendship

Giovanni Cell (owner)

**06/08/21 12:14:10 AM**
I apologize for mentioning money in
front of Eric

J$

**06/08/21 12:15:09 AM**
Guys after research and a lot of
interaction with the EMax team and
going through the past week I want
you all to know that I sold all my
shares in EMax. I don't feel
comfortable with everything
surrounding the coin. If any of you
need to get cashed out I guarantee
you your principal since I pushed it.
Sorry for wasting your time. Jona

Kamil - Money Man

**06/08/21 12:15:27 AM**
Bro

Kamil - Money Man

**06/08/21 12:15:31 AM**
Cmon

Giovanni Cell (owner)

**06/08/21 12:15:36 AM**
Jona you know we love you

Giovanni Cell (owner)

**06/08/21 12:15:39 AM**
And value you

GP-SEC-030486

J$

**06/08/21 12:16:29 AM**
Group text being sent to everyone now

I'm not playing and not acting

I'm emotionally drained and hurt and you do this slick shit to me. ME? After everything I do ? And I bring it up and I don't get an apology and I get embarrassed? Jokes like jona did it again running odd with our money and jona owes me "x"?

I don't owe you shit anymore check your account have a good day

Giovanni Cell (owner)

**06/08/21 12:16:46 AM**
I am apologizing

Kamil - Money Man

**06/08/21 12:17:03 AM**
Disliked "Group text being sent to everyone now

I'm not playing and not acting

I'm emotionally drained and hurt and you do this slick shit to me. ME? After everything I do ? And I bring it up and I don't get an apology and I get embarrassed? Jokes like jona did it again running odd with our money and jona owes me "x"?

I don't owe you shit anymore check your account have a good day "

Giovanni Cell (owner)

**06/08/21 12:17:16 AM**
There was no chance that I would ever talk any sort of shit about you of all people

J$

**06/08/21 12:17:19 AM**

*~/Library/SMS/Attachments/2f/15
/BB768188-F2BC-4374-
BECD-2F694C4E77B9/Screenshot
2021-06-08 at 12.17.04 AM.jpeg*

~/Library/SMS/Attachments/2f/15
/BB768188-F2BC-4374-
BECD-2F694C4E77B9/Screenshot
2021-06-08 at 12.17.04 AM.jpeg

J$

**06/08/21 12:17:45 AM**
In a car full of people you said

J$

**06/08/21 12:17:49 AM**
It

Giovanni Cell (owner)

**06/08/21 12:17:50 AM**
I enjoy our calls and relationship
Jona. Happy to discuss further with
you

J$

**06/08/21 12:17:57 AM**
Think about who was in the car ...

Confidential Treatment Requested by GP & Emax Holdings, LLC

▇▇▇▇▇▇▇ J$

**06/08/21 12:19:06 AM**

*~/Library/SMS/Attachments/9c/12
/F25D22D3-3521-4221-8963-
B81B0D98E98B/IMG_7168.jpeg,
~/Library/SMS/Attachments/01/01
/7C5A174A-
001A-4C89-81F0-7A82C0D2389D
/IMG_7169.jpeg, ~/Library
/SMS/Attachments/e4/04
/63416642-80C9-4E41-8125-9527420
0CF0D/IMG_7170.jpeg*

~/Library/SMS/Attachments/9c/12
/F25D22D3-3521-4221-8963-
B81B0D98E98B/IMG_7168.jpeg

~/Library/SMS/Attachments/01/01
/7C5A174A-
001A-4C89-81F0-7A82C0D2389D
/IMG_7169.jpeg

~/Library/SMS/Attachments/e4/04
/63416642-80C9-4E41-8125-9527420
0CF0D/IMG_7170.jpeg

▇▇▇▇▇▇ J$

**06/08/21 12:19:20 AM**
Here you go. I can now say I'm out.
You have ALL my coins. I lost ▇▇▇
now.

▇▇▇▇▇ J$

**06/08/21 12:19:51 AM**
Peace out
*~/Library/SMS/Attachments/96/06
/5FE0EC9C-9EE1-41CF-908C-
D301D279991C/Screenshot
2021-06-08 at 12.19.37 AM.jpeg*

~/Library/SMS/Attachments/96/06
/5FE0EC9C-9EE1-41CF-908C-
D301D279991C/Screenshot
2021-06-08 at 12.19.37 AM.jpeg

J$

**06/08/21 12:20:28 AM**
Let's the games begin ...

Sending group text out now to
everyone in the car and Floyd and Kim
and Grutman and a few others. Hold
on

Giovanni Cell (owner)

**06/08/21 12:22:10 AM**
Jona I was just talking to Eric asking
him when you were leaving. It really
wasn't talking shit of any kind and I
apologize if you took it that way I
really do.

Giovanni Cell (owner)

**06/08/21 12:22:25 AM**
Pains me bc that was not the intention
at all

J$

**06/08/21 12:23:49 AM**
You can't survive this. I'm not Jas

Giovanni Cell (owner)

**06/08/21 12:26:21 AM**
Jona I can assure you I wasn't talking
shit of any kind or insinuating that you
weren't going to pay me. I know you
are a man of your word. I was just
talking to Eric not saying anything
else.

Confidential Treatment Requested by GP & Emax Holdings, LLC

J\$

**06/08/21 12:32:41 AM**

*~/Library/SMS/Attachments/aa/10
/505AAC67-6A00-454B-86BE-
E0E744712CBC/Screenshot
2021-06-08 at 12.32.29 AM.jpeg*

~/Library/SMS/Attachments/aa/10
/505AAC67-6A00-454B-86BE-
E0E744712CBC/Screenshot
2021-06-08 at 12.32.29 AM.jpeg

J\$

**06/08/21 12:34:42 AM**

*~/Library/SMS/Attachments/41/01
/2E72C0EF-E389-4DE5-8C2E-
8D7A68614D58/Screenshot
2021-06-08 at 12.34.25 AM.jpeg*

~/Library/SMS/Attachments/41/01
/2E72C0EF-E389-4DE5-8C2E-
8D7A68614D58/Screenshot
2021-06-08 at 12.34.25 AM.jpeg

J\$

**06/08/21 12:35:15 AM**

*~/Library/SMS/Attachments/78/08
/8A109BD8-5720-495F-
932A-61917AE1F99C/Screenshot
2021-06-08 at 12.34.58 AM.jpeg*

~/Library/SMS/Attachments/78/08
/8A109BD8-5720-495F-
932A-61917AE1F99C/Screenshot
2021-06-08 at 12.34.58 AM.jpeg

Confidential Treatment Requested by GP & Emax Holdings, LLC

▇▇▇▇▇▇ Giovanni Cell (owner)

**06/08/21 12:37:25 AM**
Jona - can we please speak? You know I didn't mean anything harmful by the comment

▇▇▇▇▇▇ Giovanni Cell (owner)

**06/08/21 12:39:39 AM**
And I really apologize honestly I feel terrible that you thought I meant anything by it other than having a conversation it was not in any way meant to talk any sort of shit. It really was just a statement not in any way meant to insinuate anything

▇▇▇▇▇▇ J$

**06/08/21 12:50:07 AM**
Fuck off

▇▇▇▇▇▇ Giovanni Cell (owner)

**06/08/21 01:02:37 AM**
Jona I did not in any way shape or form mean to offend you or make you upset and I apologize from the deepest portion of my heart. Forget about everything else but I feel bad that this is being categorized in any way other than genuine and I appreciate everything you did for us in going above and beyond every expectation that we could have had in this relationship. Never mind the business aspect of it, I appreciate the friendship that we forged and I think you are a kind hearted person and I hope that you can accept this apology. It definitely was not meant to come off in any other way besides just a convo I was having with Eric and it should have never been said.

Confidential Treatment Requested by GP & Emax Holdings, LLC

J$

**06/08/21 01:06:01 AM**

*~/Library/SMS/Attachments/11/01
/D91F0808-0B13-44F5-8F00-
ECD7022DCF73/Coinbase
Wallet.jpeg*

~/Library/SMS/Attachments/11/01
/D91F0808-0B13-44F5-8F00-
ECD7022DCF73/Coinbase Wallet.jpeg

Giovanni Cell (owner)

**06/08/21 01:07:08 AM**
Jona - I would be happy to offer up a
sign of apology to you in any way

J$

**06/08/21 01:07:41 AM**
I'm not for sale

J$

**06/08/21 01:07:46 AM**
Fuck off

J$

**06/08/21 01:07:57 AM**
I'm the last guy you should be talking
about

Giovanni Cell (owner)

**06/08/21 01:08:24 AM**
Honestly J I really wasn't talking
about you

J$

**06/08/21 01:08:28 AM**
Floyd and Kim are not happy right now
to say the least. They love me and
treat me like family as you'll learn

Confidential Treatment Requested by GP & Emax Holdings, LLC

Giovanni Cell (owner)

**06/08/21 01:08:30 AM**
It just came up in convo

J$

**06/08/21 01:08:37 AM**
Again... you say you didn't talk about
me

Giovanni Cell (owner)

**06/08/21 01:08:50 AM**
I'm saying it wasn't like I was talking
shit about you

Giovanni Cell (owner)

**06/08/21 01:08:55 AM**
I would never do that

Giovanni Cell (owner)

**06/08/21 01:09:03 AM**
I appreciate everything you did for us

Giovanni Cell (owner)

**06/08/21 01:09:10 AM**
And appreciate the relationship with
you

Giovanni Cell (owner)

**06/08/21 01:09:54 AM**
It was more just a conversation and I
wish I made a better decision to not
do it in public

Giovanni Cell (owner)

**06/08/21 01:10:02 AM**
And for that I beyond apologize

Confidential Treatment Requested by GP & Emax Holdings, LLC

█████████ J$

**06/08/21 01:10:17 AM**
You were worried about your money m
You got it back now plus the ███ back.
You're money is safe now

█████████ J$

**06/08/21 01:10:26 AM**
That's what's most important at the
end of the day. Money

█████████ Giovanni Cell (owner)

**06/08/21 01:10:40 AM**
I'm sorry man, that's not true. I just
been so stressed out.

█████████ Giovanni Cell (owner)

**06/08/21 01:10:53 AM**
This has been a crazy few weeks

█████████ Giovanni Cell (owner)

**06/08/21 01:11:02 AM**
I shouldn't have even been thinking
about it

█████████ Giovanni Cell (owner)

**06/08/21 01:11:07 AM**
I know your word is Hold

█████████ Giovanni Cell (owner)

**06/08/21 01:11:11 AM**
Gold

█████████ J$

**06/08/21 01:12:02 AM**
You worried I was going to duck you
after everything I did on behalf of you
and your company? Eric and you
friend for years having a deep convo
or you net him because of me through
me ? You talk my business like I owe
you money?

GP-SEC-030495

▓▓▓▓ Giovanni Cell (owner)

**06/08/21 01:13:26 AM**
I wasn't worried my man. It was more a logistics question bc I knew people were flying out that was all and it just happened to come up in convo

▓▓▓▓ Giovanni Cell (owner)

**06/08/21 01:14:10 AM**
I would never speak dirty about you like that. It came up but it wasn't meant to talk negatively about you it was just the statement but even for that I apologize

▓▓▓▓ Giovanni Cell (owner)

**06/08/21 01:14:19 AM**
Def not something I should have done

▓▓▓▓ J$

**06/08/21 01:14:57 AM**
Who's Mario Perone

▓▓▓▓ J$

**06/08/21 01:15:00 AM**
Your bro?

▓▓▓▓ Giovanni Cell (owner)

**06/08/21 01:15:11 AM**
Yeah

▓▓▓▓ J$

**06/08/21 01:15:14 AM**
Ok

▓▓▓▓ J$

**06/08/21 01:15:17 AM**
Gn

J$

**06/08/21 01:15:22 AM**
Best of luck

Giovanni Cell (owner)

**06/08/21 01:15:41 AM**
Jona come on man. I don't want you
and me to be on bad terms

Giovanni Cell (owner)

**06/08/21 01:15:52 AM**
Alicia and I really do love you bud

Giovanni Cell (owner)

**06/08/21 01:17:09 AM**
Honestly I really wish that wasn't said
in that setting. I again for the 100th
time apologize honestly.

Giovanni Cell (owner)

**06/08/21 01:17:58 AM**
You know how I feel about you bro

J$

**06/08/21 01:18:04 AM**
Sent you final $ left over
Peace out
*~/Library/SMS/Attachments/50/00
/F852B746-38EE-40BC-
A9AC-4D01AF3CBBF4/Coinbase
Wallet.jpeg*

~/Library/SMS/Attachments/50/00
/F852B746-38EE-40BC-
A9AC-4D01AF3CBBF4/Coinbase
Wallet.jpeg

Giovanni Cell (owner)

**06/08/21 01:18:24 AM**
Come on Jona. Don't ghost me like
that at least let me talk to you.

Confidential Treatment Requested by GP & Emax Holdings, LLC

▬▬▬▬ J$

**06/08/21 01:18:38 AM**
Fair

▬▬▬▬ J$

**06/08/21 01:18:41 AM**
One last convo

▬▬▬▬ J$

**06/08/21 01:18:49 AM**
But I'm not changing my mind

▬▬▬▬ Giovanni Cell (owner)

**06/08/21 01:18:55 AM**
I would appreciate that very much

▬▬▬▬ J$

**06/08/21 01:21:56 AM**
All day long
*~/Library/SMS/Attachments/b8/08*
*/62090D60-CECE-476F-B4F7-*
*CDC69C27C838/Screenshot*
*2021-06-08 at 1.21.15 AM.jpeg*

~/Library/SMS/Attachments/b8/08
/62090D60-CECE-476F-B4F7-
CDC69C27C838/Screenshot
2021-06-08 at 1.21.15 AM.jpeg

Confidential Treatment Requested by GP & Emax Holdings, LLC

Giovanni Cell (owner)

**06/08/21 01:24:39 AM**
Trust me I have been working since 8am doing everything in our power to roll out next steps and strategy to establish value. I hope that you can find it in your heart to forgive me given that I consider you a friend and think of it as a long term relationship and friendship and swear on anything sacred to me that it was not meant to harm you or talk negatively to you in any way. Alicia said to me this morning that we should invite you to our wedding and to know that I've made you so upset is really the last thing on earth I would ever want to do

Giovanni Cell (owner)

**06/08/21 01:24:59 AM**
Especially after everything you've done for us and the friendship that we have forged.

J$

**06/08/21 01:25:34 AM**
Stop we are done
Please I do not wish you harm let me be I'm out

Giovanni Cell (owner)

**06/08/21 01:26:33 AM**
Ok I'll do that. Hope you have a good night and again apologies.

J$

**06/08/21 01:33:42 AM**
Thx
Please tell people I have nothing to do with EMax I'll get the word out too through my celebs thx

J$

**06/08/21 01:37:53 AM**
For the record it was said in the car
and in the store as well...

J$

**06/08/21 01:39:53 AM**

*~/Library/SMS/Attachments/0e/14*
*/54B4022C-FB17-41FC-80B5-*
*C6BF9EA33A9C*
*/64482356227__F5C6F0BE-*
*4DF1-44DF-842E-*
*D1BFDA7E5634.MOV*

~/Library/SMS/Attachments/0e/14
/54B4022C-FB17-41FC-80B5-
C6BF9EA33A9C
/64482356227__F5C6F0BE-
4DF1-44DF-842E-
D1BFDA7E5634.MOV

Giovanni Cell (owner)

**06/08/21 01:40:34 AM**
😔

J$

**06/08/21 01:48:25 AM**
Gio. You really messed up with me.
You hurt me a lot here. I went to war
for you and had your back so big you
don't even know what I did or had
lined up for the future. You really spit
in my face and hard.

Confidential Treatment Requested by GP & Emax Holdings, LLC

J$

**06/08/21 01:51:27 AM**
That being said I like you and won't
harm you

We just go separate ways and make
sure to say I'm not involved and I'll tell
the necessary parties

If I'm asked why I'll say it's nobody's
business because I don't shot talk
friends

You're too slick for me - but I hope you
are successful.

I will never look in another means
pocket and be jealous. But sadly I
can't be proud for you either.

I will get word out tomorrow in a gentle
way don't worry but I need my people
to know.

I'm a reasonable guy but I don't work
with disloyal people. There are no
second chances with loyalty. Believe
me I am loyal. Kamil is loyal. You? Not
sure... even if you made a mistake it
was a disloyal one.

Wishing you and Alicia blessing Xx

J$

**06/08/21 01:52:22 AM**
Taking off now

J$

**06/08/21 01:52:25 AM**
🤏

J$

**06/08/21 02:01:26 AM**
Bro you killed me here

██████ J$

**06/08/21 02:01:35 AM**
I like you. I'm hurt you killed me

████████ Giovanni Cell (owner)

**06/08/21 02:02:49 AM**
I like you more

████████ Giovanni Cell (owner)

**06/08/21 02:03:03 AM**
And I never meant to hurt you in any
way

████████ Giovanni Cell (owner)

**06/08/21 02:03:06 AM**
I promise that

██████ Kamil - Money Man

**06/08/21 02:03:13 AM**
████████████████

██████ Kamil - Money Man

**06/08/21 02:03:18 AM**
Make it right Gio

████████ Giovanni Cell (owner)

**06/08/21 02:03:40 AM**
I appreciate the stance you are taking
but if there is any way I can show you
a token of my apology I would do that

J$

**06/08/21 02:11:19 AM**

I mean Kim writes to me don't ever bring something like this to me again I think it's a scam and I get pissed with her and fight the world for you and this is what I get in return? Then I tell you I'm out send me your wallet and you quickly sent it. You're true colors came out looking. Ugly to me. I'm just fed up from all the EMax saga bro

Giovanni Cell (owner)

**06/08/21 06:02:48 AM**

Jona - again I really apologize and I hope you can tell how contrite I am that I never meant any harm from that conversation but I realize it hurt you and it shouldn't have been a conversation I was having. Again I really didn't mean anything negative by it, but I just sent you something as a token of my apologies.

J$

**06/08/21 07:19:51 AM**

*~/Library/SMS/Attachments/86/06 /D7F00A2F-B3F8-4E92-881E- 435AF6C1A23D/Screenshot 2021-06-08 at 4.09.12 AM.jpeg*

~/Library/SMS/Attachments/86/06 /D7F00A2F-B3F8-4E92-881E- 435AF6C1A23D/Screenshot 2021-06-08 at 4.09.12 AM.jpeg

Confidential Treatment Requested by GP & Emax Holdings, LLC

J$

**06/08/21 07:22:03 AM**

*~/Library/SMS/Attachments/b6/06
/FBD542AC-B201-4219-
BBAE-7EB76D6E0CBE
/IMG_7183.jpeg, ~/Library
/SMS/Attachments/0e/14/065F128E-
F06B-49DF-856A-9BEC4A4090AF
/IMG_7182.jpeg, ~/Library
/SMS/Attachments/25/05/1C750848-
C3C2-49F0-89A1-3B380A3064C7
/IMG_7181.jpeg*

~/Library/SMS/Attachments/b6/06
/FBD542AC-B201-4219-
BBAE-7EB76D6E0CBE
/IMG_7183.jpeg

~/Library/SMS/Attachments/0e/14
/065F128E-F06B-49DF-
856A-9BEC4A4090AF/IMG_7182.jpeg

~/Library/SMS/Attachments/25/05
/1C750848-
C3C2-49F0-89A1-3B380A3064C7
/IMG_7181.jpeg

J$

**06/08/21 07:22:32 AM**
I sent you all your coins back. You
clearly missed the whole point. I don't
need ▮▮▮ in coins from you

J$

**06/08/21 07:22:39 AM**
You missed my entire point

J$

**06/08/21 07:22:48 AM**
Kamil call me
Shit is going down today

Confidential Treatment Requested by GP & Emax Holdings, LLC

████████████ J$

**06/08/21 07:22:53 AM**
In the next few hours

████████ J$

**06/08/21 07:22:57 AM**
Sell out

████████ J$

**06/08/21 07:22:59 AM**
Listen to me

████████ J$

**06/08/21 07:41:47 AM**
You just stole from me also. It's crazy.
It doesn't stop.

I owed you the coins for ████ at the
tune when I took them which because
about ████.

You kept my entire account balance I
sent you last night and then sent me
████ like I'm some bitch.

So now on top of everything I got
robber ████████.

Every time You asked for the ████ I
said let's wait for coin to bounce back.
You said no I need the coins I'll take
the loss.

Now you not only get your coins but
you also took and extra ████ or so on
top of it.

Game over

████████ J$

**06/08/21 07:42:25 AM**
Gio you shocked me. I'm usually a
good judge of character. Wow

Confidential Treatment Requested by GP & Emax Holdings, LLC

J$

**06/08/21 07:43:09 AM**
I sent you back your ▮▮▮ "tip"

J$

**06/08/21 07:48:20 AM**
And let's be clear this whole saga is
not about money.

Giovanni Cell (owner)

**06/08/21 08:12:25 AM**
Jona look I'm trying to do anything
possible in my power to make this
right and let you see that I never
intended in any way to hurt you or
speak in reference to you. That was a
mistake having a conversation that
should be been handled 1 on 1 with
you and nobody else.

Giovanni Cell (owner)

**06/08/21 08:13:01 AM**
I just want to do anything possible to
be all settled up and to make sure you
are happy

J$

**06/08/21 08:13:41 AM**
Call me. This is my last call with you to
try and explain.

J$

**06/08/21 08:13:50 AM**
I haven't slept it's 5am I'm livid

J$

**06/08/21 03:49:12 PM**

*~/Library/SMS/Attachments/a8/08
/8F51CB57-8946-4D29-9B19-
F82FC0C0CCA5/IMG_8467.mov*

Confidential Treatment Requested by GP & Emax Holdings, LLC

~/Library/SMS/Attachments/a8/08/8F51CB57-8946-4D29-9B19-F82FC0C0CCA5/IMG_8467.mov

J$

**06/08/21 04:39:58 PM**
Guys we need to have a call to discuss:

1) our relationship moving forward
2) Floyd press conference ▮
3) Rodman
4)▮ you gave me and took back

I am on the fence and getting so much pressure. I'm being open with you.

J$

**06/08/21 04:48:57 PM**
I'm not in a good place emotionally about all this right now and I don't want to harm you but we need to talk ASAP

▮Giovanni Cell (owner)

**06/08/21 05:04:25 PM**
Jona tried you on the line. Give me a ring ASAP.

J$

**06/08/21 05:21:25 PM**
Guys I'm losing patience very quickly

J$

**06/08/21 05:21:33 PM**
When you need me I'm available when I need you we can't even get on a call

J$

**06/08/21 05:21:40 PM**
Don't bother calling anymore I'm sending all the coins back now

Confidential Treatment Requested by GP & Emax Holdings, LLC

J$

**06/08/21 05:21:44 PM**
Please confirm once you receive it

J$

**06/08/21 05:27:02 PM**
Sending them all back now

J$

**06/08/21 05:27:06 PM**
Please confirm receipt

J$

**06/08/21 05:27:39 PM**

J$

**06/08/21 05:27:44 PM**
Pls confirm this is address

J$

**06/08/21 06:00:26 PM**

*~/Library/SMS/Attachments/96/06
/8574DF49-ED5A-49E8-
ADA4-576765FC8C22
/IMG_7197.jpeg, ~/Library
/SMS/Attachments/8a/10/49F07ECC-
D864-470C-951C-07480C438792
/IMG_7198.jpeg, ~/Library
/SMS/Attachments/85/05/DF8A81E1-
FA8D-4CE6-A69A-AA64650C0074
/IMG_7199.jpeg*

~/Library/SMS/Attachments/96/06
/8574DF49-ED5A-49E8-
ADA4-576765FC8C22/IMG_7197.jpeg

~/Library/SMS/Attachments/8a/10
/49F07ECC-D864-470C-
951C-07480C438792/IMG_7198.jpeg

~/Library/SMS/Attachments/85/05
/DF8A81E1-FA8D-4CE6-A69A-
AA64650C0074/IMG_7199.jpeg

J$

**06/08/21 06:16:42 PM**

*~/Library/SMS/Attachments/45/05
/ED01CE3C-
3AA2-4195-8D45-9132BB24F142
/Coinbase Wallet.jpeg*

~/Library/SMS/Attachments/45/05
/ED01CE3C-
3AA2-4195-8D45-9132BB24F142
/Coinbase Wallet.jpeg

J$

**06/08/21 06:25:10 PM**

*~/Library/SMS/Attachments/ef/15
/FD459425-2CBF-4766-
A80E-6F0977A2204B/Coinbase
Wallet.jpeg*

~/Library/SMS/Attachments/ef/15
/FD459425-2CBF-4766-
A80E-6F0977A2204B/Coinbase
Wallet.jpeg

J$

**06/08/21 06:50:14 PM**
And I don't ever wanna hear my name
mentioned from either one of your
mouths in a car with partners of mine
or in a lie saying that I sold
I'm not gonna stand for it don't piss me
off don't make me get ugly we are
minutes away and I'm not bullshitting

Confidential Treatment Requested by GP & Emax Holdings, LLC

J$

**06/08/21 06:50:56 PM**
Because Kim will post in one phone call but it will not be one of your liking nobody is going to ruin my name especially when I've been so good and I've been so happy working together until now

I lined up so many things for this week they are all on ice

J$

**06/08/21 07:01:28 PM**
I'm so upset and humiliated

J$

**06/08/21 07:09:59 PM**
And hurt because I thought we were a team. I opened my heart and went all in.

Giovanni Cell (owner)

**06/08/21 07:12:10 PM**
We are a team and I consider you a friend I am doing my best but to keep coming up with coin and money is starting to hurt us. I sent you all the coins back bc I wanted to make things right with you.

Confidential Treatment Requested by GP & Emax Holdings, LLC

████ J$

**06/08/21 07:15:31 PM**
It's not about money I don't want the
████ I sent it back it's about loyalty
respect and love

I'm cashing Kim out from my own
money now which is a huge hit for me

It's simple
The ████ I laid out for the hat and I
pulled ████ not ████ that difference
comes it me now as a penalty so
nobody shit talks me ever again - I
said ████ (even thought ████ was
for the gloves) so ████ EMax

Show me with your coins now that
you're serious to fix this and fix my
situation

Talk is cheap

Then we can proceed and talk in a
healthy manner

Your actions today will determine my
current actions and future involvement

This is my last message about this

Too much emotional stress and drama

████ J$

**06/08/21 07:17:49 PM**
Be a man and tell me you are not
doing this or just do it - remember one
thing I can be your best friend or
biggest foe and I prefer friend even
though I have been mistreated terrible
these past days.

Confidential Treatment Requested by GP & Emax Holdings, LLC

J$

**06/08/21 08:01:39 PM**
I'm not going to pull a Jas on you. Will not harm you not my style and I can't hurt Kamil. All I'm saying is that I no longer have any relationship with the coin and I don't vouch. Floyd also getting pressure and I can't keep vouching so this is the post I will have him do. If you think it's too harsh send a different text and I'll push it through

Floyd about to post

To my fans thank you for coming out to support me many of you noticed my trunks displayed a company called Ethereummax I want to clarify that I do not endorse the coin in any way shape or form and I know nothing about it all I know is a promotional company was paid and asked me to wear it.

Kamil - Money Man

**06/08/21 08:04:32 PM**
I'm with Gio and let's do a call 1 convo and that's it

J$

**06/08/21 08:06:37 PM**
Guys I'm wiped

J$

**06/08/21 08:06:47 PM**
Met my Rabbi. I'm at peace

Giovanni Cell (owner)

**06/08/21 08:08:53 PM**
We want to make peace with you

J$

**06/08/21 08:09:02 PM**
We have peace

J$

**06/08/21 08:09:12 PM**
You're not my enemy

J$

**06/08/21 08:09:17 PM**
You're not my friend

J$

**06/08/21 08:09:23 PM**
You're good leave it

J$

**06/08/21 08:10:47 PM**
I need to distance myself and just make sure my people are distances with as little damage to you as possible. The fun is ruined for me. I tried to tell you what needed to be done and I wasted hours on the phone for this past few days. Then your guy Matt ...

Kamil - Money Man

**06/08/21 08:10:54 PM**
I just spoke to Gio

Kamil - Money Man

**06/08/21 08:10:59 PM**
He wants to make it write

Kamil - Money Man

**06/08/21 08:11:01 PM**
We wanna do a call

J$

**06/08/21 08:11:06 PM**
Send me your Floyd comments

J$

**06/08/21 08:11:08 PM**
It's right

GP-SEC-030513

▌J$

**06/08/21 08:11:10 PM**
We are Gucci

▌J$

**06/08/21 08:11:13 PM**
For real

▌J$

**06/08/21 08:11:17 PM**
I don't want money

▌J$

**06/08/21 08:11:24 PM**
I want to part ways without harming Kamil

▌J$

**06/08/21 08:11:25 PM**
That's all

▌J$

**06/08/21 08:11:28 PM**
I'm at peace

▌J$

**06/08/21 08:11:32 PM**
Make comments to Floyd post

▌J$

**06/08/21 08:11:40 PM**
I'll have Kim do something light and similar

▌J$

**06/08/21 08:11:43 PM**
Same with Paul

Confidential Treatment Requested by GP & Emax Holdings, LLC

 J$

**06/08/21 08:11:51 PM**
So you don't get hurt. That's the last thing I want

J$

**06/08/21 08:12:00 PM**
Gio knew what needed to be done I made it clear.

J$

**06/08/21 08:14:14 PM**
I'm giving you an hour to get me comments to the post if you don't respond this is what will be listed on IG so get your comments in

Giovanni Cell (owner)

**06/08/21 08:14:32 PM**
Can we please speak Jona?

J$

**06/08/21 08:14:44 PM**
Why do you keep wanting to speak every conversation I'm talking to the wall

Giovanni Cell (owner)

**06/08/21 08:14:55 PM**
I'd like to put an unrest to bed and be friends and partners again and be done with this

GP-SEC-030515

J$

**06/08/21 08:17:16 PM**
There's nothing left to say I already
told you and gave you a chance

I appreciate this but what's done is
done just let me be a piece and I have
a drama free week just one week
without Emax drama

No Jazz no market volatility no bad
mouthing me no arguing

The fun is sucked out of me it was
really fun when Kamil and I were
working together in Los Angeles from
the moment I landed in Miami it wasn't

I gave your wife a gift you sold it for
half

I gave you a ride to the fight I was
badmouthed in the car

I bought you gloves as a gift I was told
I sold

All this makes me feel like a loser bro

Kamil - Money Man

**06/08/21 08:18:02 PM**
Gio is trying to make it right

J$

**06/08/21 08:18:19 PM**
Please stop saying that Kamil

J$

**06/08/21 08:18:29 PM**
This issue has been exhausted

J$

**06/08/21 08:18:34 PM**
Talk is cheap

J$

**06/08/21 08:19:19 PM**
Should I ship you the bag or to Kamil ?
He may end up buying it for █████████

J$

**06/08/21 08:20:01 PM**

*~/Library/SMS/Attachments/c7/07
/5A80BBE5-
F83E-48F6-9606-4F74DBCBFFD0
/Screenshot 2021-06-08 at 5.19.50
PM.jpeg*

~/Library/SMS/Attachments/c7/07
/5A80BBE5-
F83E-48F6-9606-4F74DBCBFFD0
/Screenshot 2021-06-08 at 5.19.50
PM.jpeg

J$

**06/08/21 08:20:15 PM**
I won't bad mouth you don't worry

Kamil - Money Man

**06/08/21 08:21:51 PM**

J$

**06/08/21 08:22:43 PM**
What's that you want me to send my
coins to you now also?

J$

**06/08/21 08:23:16 PM**
This ain't about money. It's the
principal.

J$

**06/08/21 08:23:30 PM**
I feel like a sucker and a loser

Confidential Treatment Requested by GP & Emax Holdings, LLC

Giovanni Cell (owner)

**06/08/21 08:24:10 PM**
Jona would you accept a call from
me?

J$

**06/08/21 08:25:16 PM**
I will always accept a call but it will
most likely back fire. Talk is cheap. I'm
past being upset and embarrassed.
beyond humiliated. I don't think talking
will have any good outcome now.

Just send me the language for the
post you can live with like the Grutman
type. Thx

J$

**06/08/21 08:27:59 PM**
How else will I learn I've been fucked
today besides these 3 things? Any
other surprises for me

J$

**06/08/21 08:41:29 PM**
Gio and Kamil
I just returned all my coins I own
including commissions I was paid

J$

**06/08/21 08:41:34 PM**

*~/Library/SMS/Attachments/3f/15
/810AD01C-ED77-4FEC-8F55-
FBC3FA44B678/IMG_7209.jpeg*

~/Library/SMS/Attachments/3f/15
/810AD01C-ED77-4FEC-8F55-
FBC3FA44B678/IMG_7209.jpeg

J$

**06/08/21 08:41:36 PM**
Be well

▮▮▮▮▮▮ J$

**06/08/21 08:42:11 PM**
I just lost this money and you didn't
make it right. Talk is cheap.
Now I'll handle things.
This is not kamil fault or my fault. It's
all on you Gio

▮▮▮▮▮▮ J$

**06/08/21 08:42:13 PM**


▮▮▮▮▮▮ J$

**06/08/21 08:48:05 PM**
Enjoy

▮▮▮▮▮▮ J$

**06/08/21 08:48:12 PM**

*~/Library/SMS/Attachments/55/05*
*/201D39BC-7255-46E4-AC65-*
*CF4E61591B4B/IMG_7208.jpeg,*
*~/Library/SMS/Attachments/3f/15*
*/383CCC3C-*
*23E4-4F99-8ED6-2D9A488ECF4C*
*/IMG_7209.jpeg*

~/Library/SMS/Attachments/55/05
/201D39BC-7255-46E4-AC65-
CF4E61591B4B/IMG_7208.jpeg

~/Library/SMS/Attachments/3f/15
/383CCC3C-
23E4-4F99-8ED6-2D9A488ECF4C
/IMG_7209.jpeg

▮▮▮▮▮▮ J$

**06/08/21 08:48:29 PM**
Money is more important to you then
relationships. Your actions have
spoken.

GP-SEC-030519



Giovanni Cell (owner)

**06/08/21 08:49:23 PM**
Jona I am doing everything possible in my power to make things right with you that's why I sent all the coins back to you

Giovanni Cell (owner)

**06/08/21 08:49:37 PM**
I was also willing to send the ███ eth to you

Giovanni Cell (owner)

**06/08/21 08:49:46 PM**
I want to be on good terms with you

Confidential Treatment Requested by GP & Emax Holdings, LLC

███████████ J$

**06/08/21 08:53:08 PM**

You sent me back my own coins? The ones you didn't calculate right? Because you were in a rush for your ███ like I was skipping town? The ones worth ███? After I said it should go Up first? The ones that got talked about in the car and in the store? You did me no favors whatsoever. Those were my coins. All you did was returned them. The ███ eth is money I laid out too for the hat as he walked into the press conference - again you're doing me no favors.

I was clear so everyone learns that the difference between ███ and what I actually sold is your tax and Matt's tax so you all learn and remember not to talk shit.

I gave you adequate time to send that. You didn't.

Your actions have spoken.

Keep all my money now. Good for you. You got me for ███.

I don't want shit from you or these coins. You're so fucking disrespectful.

███████████ J$

**06/08/21 08:53:39 PM**

*~/Library/SMS/Attachments/75/05 /AB14A30E-E339-4249-BF34- FE6DF89F003A/Screenshot 2021-06-08 at 5.53.30 PM.jpeg*

~/Library/SMS/Attachments/75/05 /AB14A30E-E339-4249-BF34- FE6DF89F003A/Screenshot 2021-06-08 at 5.53.30 PM.jpeg

Confidential Treatment Requested by GP & Emax Holdings, LLC

J$

**06/08/21 08:53:59 PM**

*~/Library/SMS/Attachments/cc/12*
*/382907EC-7542-462A-8DED-*
*AC5F56F67743/Screenshot*
*2021-06-08 at 5.53.50 PM.jpeg*

~/Library/SMS/Attachments/cc/12
/382907EC-7542-462A-8DED-
AC5F56F67743/Screenshot
2021-06-08 at 5.53.50 PM.jpeg

J$

**06/08/21 08:54:18 PM**

*~/Library/SMS/Attachments/ed/13*
*/1DD54B82-852B-*
*46D4-8F22-3878F15ACAAF*
*/Screenshot 2021-06-08 at 5.54.11*
*PM.jpeg*

~/Library/SMS/Attachments/ed/13
/1DD54B82-852B-
46D4-8F22-3878F15ACAAF
/Screenshot 2021-06-08 at 5.54.11
PM.jpeg

J$

**06/08/21 08:54:38 PM**


J$

**06/08/21 08:55:17 PM**
Fuck you all

J$

**06/08/21 08:55:19 PM**
I'm done

Confidential Treatment Requested by GP & Emax Holdings, LLC

J$

**06/08/21 08:55:31 PM**
Don't ever contact me again

J$

**06/08/21 08:57:58 PM**

*~/Library/SMS/Attachments/34/04*
*/1DC161A9-8423-451B-*
*803E-71B480FC95EC/Screenshot*
*2021-06-08 at 5.57.23 PM.jpeg*

~/Library/SMS/Attachments/34/04
/1DC161A9-8423-451B-
803E-71B480FC95EC/Screenshot
2021-06-08 at 5.57.23 PM.jpeg

J$

**06/08/21 11:27:59 PM**

*~/Library/SMS/Attachments/a8/08*
*/9BD538F5-4CB9-4715-*
*AC03-2DBD0CBB0C24/Screenshot*
*2021-06-08 at 8.27.46 PM.jpeg*

~/Library/SMS/Attachments/a8/08
/9BD538F5-4CB9-4715-
AC03-2DBD0CBB0C24/Screenshot
2021-06-08 at 8.27.46 PM.jpeg

J$

**06/08/21 11:28:13 PM**

*~/Library/SMS/Attachments/69/09*
*/00015AF3-51A0-4384-A546-*
*F7E8232FEC35/Screenshot*
*2021-06-08 at 8.28.02 PM.jpeg*

~/Library/SMS/Attachments/69/09
/00015AF3-51A0-4384-A546-
F7E8232FEC35/Screenshot
2021-06-08 at 8.28.02 PM.jpeg

GP-SEC-030523

J$

**06/08/21 11:29:28 PM**

*~/Library/SMS/Attachments/31/01
/E9ACA455-A025-4BE0-854B-
DAF1C41BC540/Screenshot
2021-06-08 at 8.29.15 PM.jpeg*

~/Library/SMS/Attachments/31/01
/E9ACA455-A025-4BE0-854B-
DAF1C41BC540/Screenshot
2021-06-08 at 8.29.15 PM.jpeg

J$

**06/08/21 11:32:00 PM**
This is the guy who runs her IG
*~/Library/SMS/Attachments/bf/15
/306A6209-2E81-4645-
A815-5381E945CD6E/Screenshot
2021-06-08 at 8.31.37 PM.jpeg*

~/Library/SMS/Attachments/bf/15
/306A6209-2E81-4645-
A815-5381E945CD6E/Screenshot
2021-06-08 at 8.31.37 PM.jpeg

J$

**06/08/21 11:32:23 PM**

*~/Library/SMS/Attachments/97/07
/54CA1A84-44BF-42CC-AF46-
E6B229C9547A/Screenshot
2021-06-08 at 8.32.03 PM.jpeg*

~/Library/SMS/Attachments/97/07
/54CA1A84-44BF-42CC-AF46-
E6B229C9547A/Screenshot
2021-06-08 at 8.32.03 PM.jpeg

J$

**06/08/21 11:34:25 PM**

*~/Library/SMS/Attachments/35/05*
*/C08BE96A-7447-40A2-A25E-*
*D46607357B14/Screenshot*
*2021-06-08 at 8.34.10 PM.jpeg*

~/Library/SMS/Attachments/35/05
/C08BE96A-7447-40A2-A25E-
D46607357B14/Screenshot
2021-06-08 at 8.34.10 PM.jpeg

J$

**06/08/21 11:35:20 PM**
You Pushed me to the limit

Unless I play boss with you this
doesn't happen I see

I sent you the coins when I had no
restrictions nothing will change if you
want to ask me a request you are
welcome to after I have the coins

J$

**06/08/21 11:35:23 PM**
1 min

J$

**06/08/21 11:35:27 PM**
Swear on my kids

J$

**06/08/21 11:35:30 PM**
You have 1 min

Confidential Treatment Requested by GP & Emax Holdings, LLC

▮▮▮▮▮ J$

**06/08/21 11:36:39 PM**
To all my social media followers. I reposted a photo congratulating Dave Grutman for accepting ethereummax as a form of payment and his nightclubs. Since then new information has arisen causing Dave to disassociate. I too can no longer be involved with this crypto as there may be problems with its management and infrastructure.

▮▮▮▮▮ Giovanni Cell (owner)

**06/08/21 11:36:54 PM**
As g

▮▮▮▮▮ Giovanni Cell (owner)

**06/08/21 11:36:58 PM**
Sent

▮▮▮▮▮ Giovanni Cell (owner)

**06/08/21 11:37:12 PM**
Please confirm receipt

▮▮▮▮▮ J$

**06/08/21 11:37:47 PM**

*~/Library/SMS/Attachments/dc/12/9B9B6693-88F9-4E92-AB6D-6EA0474CA160/Coinbase Wallet.jpeg*

~/Library/SMS/Attachments/dc/12/9B9B6693-88F9-4E92-AB6D-6EA0474CA160/Coinbase Wallet.jpeg

▮▮▮▮▮ J$

**06/08/21 11:38:08 PM**
It's short ▮▮▮▮▮
And ▮▮▮▮▮ eth

Confidential Treatment Requested by GP & Emax Holdings, LLC

███████ J$

**06/08/21 11:38:32 PM**
Keep the fucking eth magic deal is off
I'll get you the other ███

███████ J$

**06/08/21 11:38:42 PM**
I don't want the ███ you Indian gave
ne

███████ J$

**06/08/21 11:38:43 PM**
Fuck it

███████ J$

**06/08/21 11:39:57 PM**
You forced me to the corner

███████ J$

**06/08/21 11:40:04 PM**
And that's the only way I got paid now
what a shame bro

███████ Giovanni Cell (owner)

**06/08/21 11:42:12 PM**
Jona I called you before you did any
of those tactics to offer you all your
coins back

███████ Giovanni Cell (owner)

**06/08/21 11:42:35 PM**
And I sent the full amount it may have
fallen slightly in price right after I sent
it to you

███████ Giovanni Cell (owner)

**06/08/21 11:42:51 PM**
Definitely wasn't shorting you after
sending you everything back

Confidential Treatment Requested by GP & Emax Holdings, LLC

Giovanni Cell (owner)

**06/08/21 11:42:59 PM**
Why would I do that

Giovanni Cell (owner)

**06/08/21 11:43:23 PM**
If I didn't want to make peace with
you I wouldn't have sent the full
amount to you I wouldn't have sent
anything

J$

**06/08/21 11:43:30 PM**
███ vs ███

J$

**06/08/21 11:44:36 PM**
Look at the screenshot

Giovanni Cell (owner)

**06/08/21 11:45:02 PM**
There is a tax on each transaction

Giovanni Cell (owner)

**06/08/21 11:45:06 PM**
I told you that

Giovanni Cell (owner)

**06/08/21 11:45:20 PM**
Which is why I wanted to do this at
the time that it was done

J$

**06/08/21 11:45:24 PM**
Not my problem

J$

**06/08/21 11:45:32 PM**
I'm done discussing this

GP-SEC-030528

■■■■■■ J$

**06/08/21 11:45:57 PM**
Send the ■ or don't
Send the ■ eth or don't
You will sleep In the bed that you
make

■■■■■■ Giovanni Cell (owner)

**06/08/21 11:46:05 PM**
But honestly Jona I am trying to make
this right with you and you are trying
to ruin me after paying you millions of
dollars

■■■■■■ J$

**06/08/21 11:46:06 PM**
You pushed me too far and over
negotiated

■■■■■■ J$

**06/08/21 11:46:58 PM**
If I tried to ruin you then you would be
reined already you drove me to this
point you need to stop and pause and
realize you overdid it with me

■■■■■■ Giovanni Cell (owner)

**06/08/21 11:48:13 PM**
You really made this whole adventure
which I tried to make something huge
for everyone not fun at all and pushed
me to want to leave the project

■■■■■■ Giovanni Cell (owner)

**06/08/21 11:48:19 PM**
I have a lot to think about

■■■■■■ Giovanni Cell (owner)

**06/08/21 11:48:25 PM**
Guess I'm out

Confidential Treatment Requested by GP & Emax Holdings, LLC

J$

**06/08/21 11:48:32 PM**
Ok bye

J$

**06/08/21 11:48:35 PM**
Take my coins

J$

**06/08/21 11:48:38 PM**
I'll send them back

J$

**06/08/21 11:48:39 PM**
Ditto

J$

**06/08/21 11:48:56 PM**
Please confirm you receiving them in
two minutes

J$

**06/08/21 11:48:59 PM**
I don't want it

Kamil - Money Man

**06/08/21 11:49:04 PM**
No

Kamil - Money Man

**06/08/21 11:49:05 PM**
Stop

J$

**06/08/21 11:49:07 PM**
You only look at yourself

Kamil - Money Man

**06/08/21 11:49:11 PM**
Sending shit back and forth

Confidential Treatment Requested by GP & Emax Holdings, LLC

J$

**06/08/21 11:49:15 PM**
Put yourself in my shoes

Kamil - Money Man

**06/08/21 11:49:17 PM**
Send it to Levi

J$

**06/08/21 11:49:19 PM**
I don't want it anymore

Kamil - Money Man

**06/08/21 11:49:24 PM**
Bro this is ridiculous

J$

**06/08/21 11:49:26 PM**
Sending to Gio now and deleting my
wallet

J$

**06/08/21 11:49:30 PM**
And blocking Gio

J$

**06/08/21 11:49:33 PM**
And handling business

Kamil - Money Man

**06/08/21 11:49:35 PM**
We are all good here and I see a good
future e

Kamil - Money Man

**06/08/21 11:49:40 PM**
So much money to make

Kamil - Money Man

**06/08/21 11:49:48 PM**
Stop Jona

Confidential Treatment Requested by GP & Emax Holdings, LLC

▇▇▇▇▇▇ J$

**06/08/21 11:49:59 PM**
It's ok kamil I'm the bad guy Gio is the
victim

▇▇▇▇▇▇ J$

**06/08/21 11:50:01 PM**
All good

▇▇▇▇▇▇ J$

**06/08/21 11:50:37 PM**
You won't make a move in miami ever
again when I'm done with you Not a
restaraunt not a party not anything.
You're so disrespectful and over did it

▇▇▇▇▇▇ Kamil - Money Man

**06/08/21 11:50:39 PM**
You aren't the bad guy

▇▇▇▇▇▇ J$

**06/08/21 11:50:43 PM**
You pushed me to the edge

▇▇▇▇▇▇ Kamil - Money Man

**06/08/21 11:50:47 PM**
There is just misunderstanding here

▇▇▇▇▇▇ J$

**06/08/21 11:50:48 PM**
And now blame me again

▇▇▇▇▇▇ J$

**06/08/21 11:50:52 PM**
Kamil fix it now

▇▇▇▇▇▇ Kamil - Money Man

**06/08/21 11:50:55 PM**
Jona you feel like u are getting played

Confidential Treatment Requested by GP & Emax Holdings, LLC

Kamil - Money Man

**06/08/21 11:51:02 PM**
Gio feels like he is getting played

J$

**06/08/21 11:51:06 PM**
I'm missing

eth

End of story

J$

**06/08/21 11:51:10 PM**
Make it happen noe

Kamil - Money Man

**06/08/21 11:51:14 PM**
We are all fam here and had a good
weekend

Kamil - Money Man

**06/08/21 11:51:21 PM**
We went to war for eachother

Kamil - Money Man

**06/08/21 11:51:34 PM**
Like fighting over pennies when we
can make dollars

J$

**06/08/21 11:51:41 PM**
I'll fix Grutman and cool off then I'll
think about next steps

I'm ride or die and you know that but I
got pushed to the edge with shit talk
and over negotiations

J$

**06/08/21 11:51:52 PM**
Then told one condition? F that

GP-SEC-030533

Kamil - Money Man

**06/08/21 11:51:57 PM**
Jona let's the money ride

J$

**06/08/21 11:54:38 PM**
Where's the ▮ eth?
Where's my ▮ EMax?

J$

**06/08/21 11:59:20 PM**
Everything I promised to do I have
done including the ▮ on Sunday so
why worry and press on the ▮ so
much when it was done? Why
question magic Johnson? I'm a man if
my word and came through in
everything.

Confidential Treatment Requested by GP & Emax Holdings, LLC