# EXHIBIT B

```
                                                      Page 29
 1              MR. SCHAFLER:  I join.
 2   BY MR. JASNOCH:
 3       Q.   Was that a no, sir?
 4       A.   That is no.
 5       Q.   Okay.  Please -- I know it's a lot with
 6   everyone chiming in, but please wait for me to
 7   finish my question, and please wait for the
 8   defense attorneys to interpose their objections
 9   just for the -- keep the transcript clean,
10   please.
11           When you discussed with Mr. Rechnitz the
12   mechanics of purchasing tokens around the time
13   of the celebrity promotions, did he ever use
14   the phrase "pump and dump"?
15              MR. SCHAFLER:  Objection, vague,
16   leading.
17              THE WITNESS:  Yes.  When I mentioned
18   before the one evening he asked to come to my
19   house, Jona Rechnitz asked to come to my home
20   and discuss in detail, and he said:  I need to
21   convince you to get in on this.  You're leaving
22   money on the table.  He's got all of these
23   famous lines.  And he went into detail about
24   how the coin gets promoted, and when it pops
25   up, you can sell it.  At that point, to show
```

```
                                                      Page 30
 1   me, he said some celebrity just posted it.  And
 2   he goes -- and he pulled out his phone in front
 3   of me, and he goes:  I have my own crypto
 4   account.  And he's looking at it and he goes:
 5   It just popped up X percentage.  It's
 6   skyrocketing.  It's going up.  And he hits --
 7   he goes:  I'm going to hit sell now.  And goes:
 8   Right there.  I just made -- he points his
 9   phone to me:  I just made about ██████
10   ██████████████  right there.  He goes --
11   and then he was all excited.  He stood up.  He
12   was sitting in a gray chair right in front of
13   me.  Stood up and then put his fingers in the
14   air and started doing a circular dance.  He
15   goes:  This is the easiest thing in the world,
16   called, pump and dump, Joe.  Pump and dump.
17   And he does a circle dance.  He goes:  Pump and
18   dump, pump and dump, pump and dump.  And then
19   he sits down.
20   BY MR. JASNOCH:
21       Q.   Did he ever refer to EthereumMax as a
22   garbage crypto?
23              MR. SCHAFLER:  Objection.
24              MR. SLADEK DE LA CAL:  Objection,
25   leading.
```

```
                                                      Page 31
 1              THE WITNESS:  Not that I recall.
 2   BY MR. JASNOCH:
 3       Q.   About how many times did he offer you
 4   the chance to join in or requested that you
 5   join in?
 6       A.   Somewhere between four, five, six times.
 7       Q.   And when he showed you his account, do
 8   you know what type of -- what type of wallet it
 9   was, whether it was a coin-based wallet or
10   another crypto service?
11              MR. SCHAFLER:  Objection, leading
12   misstates the testimony.
13              THE WITNESS:  No.  I do not know.
14   BY MR. JASNOCH:
15       Q.   Okay.  Did he explain ever how he knew
16   when the celebrity posts would go live?
17       A.   He didn't explain it.  He knew, but he
18   never explained to me.
19       Q.   I'd like to get into the Floyd
20   Mayweather-Logan Paul boxing match.  Did you
21   have any dealings with Mr. Rechnitz related to
22   the Mayweather-Paul boxing match?
23              MR. COLE:  I'll object -- this is
24   Kevin Cole for Mr. Englanoff -- just on grounds
25   to the extent it's overbroad and beyond the
```

```
                                                      Page 32
 1   scope of Rule 45 for purposes of today's
 2   deposition.
 3              But you can still answer.
 4              MR. SCHAFLER:  Objection, leading,
 5   vague.
 6              THE WITNESS:  One of my entities was
 7   asked by Jona and Floyd to invest in buying
 8   tickets to the event for that fight, and we
 9   purchased $1.4 million worth of tickets for
10   that fight.
11   BY MR. JASNOCH:
12       Q.   And did you attend that fight in Miami?
13       A.   I did.
14       Q.   And were you in the locker room with
15   Mr. Mayweather and Mr. Rechnitz before the
16   fight?
17       A.   I was.
18       Q.   And can you describe the scene that was
19   going on at that time?
20              MR. SCHAFLER:  Objection, vague.
21              THE WITNESS:  This is about an hour
22   before the fight.  And there was Floyd, who was
23   warming up and kind of joking with the crowd
24   and a number of people that were there in.  And
25   there was probably a few hundred people that
```