# EXHIBIT C

**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 4 | Date Range: 6/6/2021 |

**Outline of Conversations**



    ██████ • 4 messages on 6/6/2021 • Kim Kardashian ████████ • _$!<Other>!$_ ████████

**Messages in chronological order** (times are shown in GMT -07:00)

💬 ██████████████

KK    **Kim Kardashian** <██████████████>                                    6/6/2021, 8:34 PM
      These coins were a scam
      I'm
      Not into them

KK    **Kim Kardashian** <██████████████>                                    6/6/2021, 8:34 PM
      Less than half

KK    **Kim Kardashian** <██████████████>                                    6/6/2021, 8:34 PM
      I thought u said they would go up Sunday

KK    **Kim Kardashian** <██████████████>                                    6/6/2021, 8:47 PM
      Liked "He just wore them chill a day of not up by Tuesday I'll buy them from you my pleasure - no scam"

CONFIDENTIAL