# EXHIBIT D

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 18 | Date Range: 7/6/2021 |

## Outline of Conversations



▪ 18 messages on 7/6/2021 ▪ Jona Rechnitz <​​​​​​​> ▪ Kim Kardashian <​​​​​​​> ▪ _$!<Other>!$_ <​​​​​​​>

**Messages in chronological order** (times are shown in GMT -07:00)

| | | |
|---|---|---|
| 💬 | ▇▇▇▇▇▇▇▇ | |
| KK | **Kim Kardashian** <▇▇▇▇▇▇> | 7/6/2021, 08:01 |
| | I would love to cash out and just get the money | |
| KK | **Kim Kardashian** <▇▇▇▇▇▇> | 7/6/2021, 08:01 |
| | It's at ▇ | |
| KK | **Kim Kardashian** <▇▇▇▇▇▇> | 7/6/2021, 08:01 |
| | So just let me know how to proceed | |
| JR | **Jona Rechnitz** <▇▇▇▇▇▇> | 7/6/2021, 08:06 |
| | I'll handle when I'm back home tomorrow with you not a problem | |
| KK | **Kim Kardashian** <▇▇▇▇▇▇> | 7/6/2021, 08:10 |
| | Liked "I'll handle when I'm back home tomorrow with you not a problem" | |
| JR | **Jona Rechnitz** <▇▇▇▇▇▇> | 7/6/2021, 21:08 |
| | I'll call you tomorrow regarding the coin. Gn | |
| KK | **Kim Kardashian** <▇▇▇▇▇▇> | 7/6/2021, 21:15 |
| | Liked "I'll call you tomorrow regarding the coin. Gn" | |
| JR | **Jona Rechnitz** <▇▇▇▇▇▇> | 7/6/2021, 21:34 |
| | It might be a scam either way in cashing you out tomorrow. My gut isn't sure in this company | |
| JR | **Jona Rechnitz** <▇▇▇▇▇▇> | 7/6/2021, 21:34 |
| | I'll know more by tomorrow. | |
| KK | **Kim Kardashian** <▇▇▇▇▇▇> | 7/6/2021, 21:41 |
| | Ok i def don't want to ever be involved in anything like this again please | |
| KK | **Kim Kardashian** <▇▇▇▇▇▇> | 7/6/2021, 21:41 |
| | Should i cash out<br>It's at ▇ | |
| JR | **Jona Rechnitz** <▇▇▇▇▇▇> | 7/6/2021, 21:47 |
| | No | |
| JR | **Jona Rechnitz** <▇▇▇▇▇▇> | 7/6/2021, 21:47 |
| | I got you | |
| JR | **Jona Rechnitz** <▇▇▇▇▇▇> | 7/6/2021, 21:49 |
| | Tomorrow I'll handle | |
| JR | **Jona Rechnitz** <▇▇▇▇▇▇> | 7/6/2021, 21:49 |
| | Floyd wore them on his shorts | |
| JR | **Jona Rechnitz** <▇▇▇▇▇▇> | 7/6/2021, 21:49 |
| | Not scam | |

| | | |
|---|---|---|
| JR | **Jona Rechnitz** <​█████████​> <br> But I'm annoyed it didn't go up yet | 7/6/2021, 21:49 |
| KK | **Kim Kardashian** <​█████████​> <br> Same | 7/6/2021, 21:52 |

CONFIDENTIAL