# EXHIBIT E

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 48 | Date Range: 14/6/2021 |

## Outline of Conversations



▪ 48 messages on 14/6/2021 • Jona Rechnitz <▬▬▬> • Kim Kardashian <▬▬▬> • _$!<Other>!$_ <▬▬▬>

**Messages in chronological order** (times are shown in GMT -07:00)

| | | | |
|---|---|---|---|
| 💬 | | | |
| JR | Jona Rechnitz <​█​> | | 14/6/2021, 12:06 |
| | Let me know if this is acceptable or if you need any changes | | |

*Attachment: ~/Library/SMS/Attachments/58/08/1095FD39-63D2-4336-8723-D11ABF5F5720/KimberlyKardashian-emax-Indemnity Agreement.pdf (121 KB)*

| | | | |
|---|---|---|---|
| JR | Jona Rechnitz <​█​> | | 14/6/2021, 17:49 |
| | Did you get the indemnity | | |
| KK | Kim Kardashian <​█​> | | 14/6/2021, 17:56 |
| | Yes thank you | | |



Redacted

# Redacted

CONFIDENTIAL
JR000464

# Redacted

KK  **Kim Kardashian** <​​███████████>  14/6/2021, 20:04
I didn't say that crypto post has gotten me a lot of bad business and trouble and people saying really bad things about me and what a scam it is so I really don't want you to even bring deals to me anymore like this because I just I'm busy number one studying and I'm just too influential to be bringing people things that aren't fully vetted by my team so if there's ever a deal send it to my attorney but I can't keep doing deals like this it was really bad for my reputation in the crypto space and a lot of people in that space called me to tell me what a scam it was

KK  **Kim Kardashian** <​​███████████>  14/6/2021, 20:04
The highest of level people

KK  **Kim Kardashian** <​​███████████>  14/6/2021, 20:04
A really bad look

KK  **Kim Kardashian** <​​███████████>  14/6/2021, 20:06
So just from now on if there's ever a deal even if it's a simple Instagram post it's not simple because my reputation is on the line and people really trust me and if I do deals that I don't fully believe in and it seems like an easy Instagram post it ruins my reputation so everything Hass to go through my attorney Todd from now on please

KK  **Kim Kardashian** <​​███████████>  14/6/2021, 20:07
I really do appreciate you thinking of me but I just want to make sure everything is done proper through the proper channels so the whole team can properly vet it  and  things aren't last minute

KK  **Kim Kardashian** <​​███████████>  14/6/2021, 20:15
I'm not mad or anything just want to involve the team w more time to plan it all out

JR  **Jona Rechnitz** <​​███████████>  14/6/2021, 20:18
I read these quickly.
I believe it's legitimate
Everything I do for you comes from a good place. In My heart.
I already felt uncomfortable with you on your last message
I completely understand your opinion and will respect it
I appreciate what you wrote
It makes sense
Let's stick to jewlery and friendship
Anything else through Todd

KK  **Kim Kardashian** <​​███████████>  14/6/2021, 20:28
I know that for sure that's why i feel comfortable telling you
I know everything comes from the heart with you

KK  **Kim Kardashian** <​​███████████>  14/6/2021, 20:28
Loved "I read these quickly.
I believe it's legitimate
Everything I do for you comes from a good place. In My heart.
I already felt uncomfortable with you on your last message
I completely understand your opinion and will respect it
I appreciate what you wrote
It makes sense
Let's stick to jewlery and friendship
Anything else through Todd
"

JR  **Jona Rechnitz** <​​███████████>  14/6/2021, 20:28
Thx

| | | |
|---|---|---|
| JR | **Jona Rechnitz** <█████████><br>I won't blow you up lol<br>We're good | 14/6/2021, 20:29 |
| KK | **Kim Kardashian** <█████████><br>Yeah nothing I'm upset about or anything like that! I really do appreciate u and all you've done for me | 14/6/2021, 20:29 |
| KK | **Kim Kardashian** <█████████><br>Laughed at "I won't blow you up lol<br>We're good " | 14/6/2021, 20:31 |
| KK | **Kim Kardashian** <█████████><br>I sent that other text to everyone lol | 14/6/2021, 20:31 |
| JR | **Jona Rechnitz** <█████████><br>Not me ?🙍 | 14/6/2021, 20:32 |
| KK | **Kim Kardashian** <█████████><br>That Im changing my number | 14/6/2021, 20:33 |
| KK | **Kim Kardashian** <█████████><br>To all my friends just warning them | 14/6/2021, 20:33 |
| JR | **Jona Rechnitz** <█████████><br>🙏 | 14/6/2021, 20:34 |

CONFIDENTIAL