# EXHIBIT F



CONFIDENTIAL

EXMPLS_000001

CONFIDENTIAL

Plaintiff: Michael Buckley
Wallet Address: [redacted]

| Transaction Hash | Date | Transactior | TokenValue | Consideration | ContractAddress | TokenName | TokenSymbol |
|---|---|---|---|---|---|---|---|
| [redacted] | 5/22/2021 | [redacted] | | [redacted] | | | |
| | 5/22/2021 | | | | | | |
| | 5/25/2021 | | | | | | |
| | 5/26/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 6/18/2021 | | | | | | |
| | 7/18/2021 | | | | | | |

Plaintiff: Tunisia Brignol
Wallet Address: [redacted]

| Transaction Hash | Date | Transactior | TokenValue | Consideration | ContractAddress | TokenName | TokenSymbol |
|---|---|---|---|---|---|---|---|
| [redacted] | 5/15/2021 | [redacted] | | [redacted] | | | |
| | 5/16/2021 | | | | | | |
| | 5/16/2021 | | | | | | |
| | 5/16/2021 | | | | | | |
| | 5/23/2021 | | | | | | |
| | 5/25/2021 | | | | | | |
| | 5/26/2021 | | | | | | |
| | 5/27/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/29/2021 | | | | | | |
| | 5/29/2021 | | | | | | |
| | 5/29/2021 | | | | | | |
| | 5/29/2021 | | | | | | |
| | 5/29/2021 | | | | | | |
| | 5/31/2021 | | | | | | |
| | 5/31/2021 | | | | | | |
| | 5/31/2021 | | | | | | |
| | 6/8/2021 | | | | | | |

Plaintiff: Ryan Huegerich
Wallet Address: [redacted]

| Transaction Hash | Date | Transactior | TokenValue | Consideration | ContractAddress | TokenName | TokenSymbol |
|---|---|---|---|---|---|---|---|
| [redacted] | 5/24/2021 | [redacted] | | [redacted] | | | |
| | 5/25/2021 | | | | | | |
| | 5/26/2021 | | | | | | |
| | 6/6/2021 | | | | | | |
| | 10/1/2021 | | | | | | |
| | 10/1/2021 | | | | | | |

Plaintiff: Neil Shah
Wallet Address: [redacted]

| Transaction Hash | Date | Transactior | TokenValue | Consideration | ContractAddress | TokenName | TokenSymbol |
|---|---|---|---|---|---|---|---|
| [redacted] | 5/30/2021 | [redacted] | | [redacted] | | | |
| | 6/1/2021 | | | | | | |
| | 6/3/2021 | | | | | | |
| | 6/11/2021 | | | | | | |

Plaintiff: Jon Semerjian
Wallet Address: [redacted]

| Transaction Hash | Date | Transactior | TokenValue | Consideration | ContractAddress | TokenName | TokenSymbol |
|---|---|---|---|---|---|---|---|
| [redacted] | 5/31/2021 | [redacted] | | [redacted] | | | |
| | 6/1/2021 | | | | | | |
| | 6/4/2021 | | | | | | |

Plaintiff: Nabil Nahlah
Wallet Address: [redacted] [redacted]

CONFIDENTIAL

| Transaction Hash | Date | Transactior | TokenValue | Consideration | ContractAddress | TokenName | TokenSymbol |
|---|---|---|---|---|---|---|---|
| [redacted] | 5/17/2021 | [redacted] | | [redacted] | | | |
| | 5/25/2021 | | | | | | |
| | 5/26/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/28/2021 | | | | | | |
| | 5/29/2021 | | | | | | |
| | 5/29/2021 | | | | | | |
| | 6/4/2021 | | | | | | |
| | 6/4/2021 | | | | | | |
| | 6/5/2021 | | | | | | |
| | 6/6/2021 | | | | | | |
| | 6/6/2021 | | | | | | |
| | 6/8/2021 | | | | | | |
| | 6/8/2021 | | | | | | |
| | 6/10/2021 | | | | | | |
| | 6/10/2021 | | | | | | |
| | 6/18/2021 | | | | | | |
| | 6/21/2021 | | | | | | |
| | 6/25/2021 | | | | | | |
| | 6/29/2021 | | | | | | |
| | 6/29/2021 | | | | | | |
| | 7/4/2021 | | | | | | |
| | 7/15/2021 | | | | | | |
| | 9/10/2021 | | | | | | |
| | 10/28/2021 | | | | | | |
| | 10/28/2021 | | | | | | |

| | |
|---|---|
| Plaintiff | Christopher DeLuca |
| Wallet Address | [redacted] |

| Transaction Hash | Date | Transactior | TokenValue | Consideration | ContractAddress | TokenName | TokenSymbol |
|---|---|---|---|---|---|---|---|
| [redacted] | 6/2/2021 | [redacted] | | [redacted] | | | |
| | 6/5/2021 | | | | | | |
| | 6/5/2021 | | | | | | |

| | |
|---|---|
| Plaintiff | Till Freeman |
| Wallet Address | [redacted] |

| Transaction Hash | Date | Transactior | TokenValue | Consideration | ContractAddress | TokenName | TokenSymbol |
|---|---|---|---|---|---|---|---|
| [redacted] | 6/2/2021 | [redacted] | | [redacted] | | | |
| | 6/2/2021 | | | | | | |
| | 6/7/2021 | | | | | | |

