# EXHIBIT G

EMXPLS_000002

**CONFIDENTIAL**



| Plaintiff | Marko Ciklic | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wallet Address | ▮▮▮▮▮ | | | | | | | |
| Transaction Hash | Date | Transaction | TokenValue | Consideration | ContractAddress | | TokenName | TokenSymbol |
| ▮▮▮▮▮ | 5/29/2021 | ▮ | | | ▮▮▮▮▮ | | | |
|  | 5/29/2021 |  |  |  |  |  |  |  |
|  | 5/29/2021 |  |  |  |  |  |  |  |
|  | 5/30/2021 |  |  |  |  |  |  |  |

| Plaintiff | Milan Puda | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wallet Address | ▮▮▮▮▮ | | | | | | | |
| Transaction Hash | Date | Transaction | TokenValue | Consideration | ContractAddress | | TokenName | TokenSymbol |
| ▮▮▮▮▮ | 5/31/2021 | ▮ | | | ▮▮▮▮▮ | | | |

CONFIDENTIAL