John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-236-0508

*Attorney for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:22-cv-00163-MWF-SK<br><br>**NOTICE OF ERRATA**<br><br>Judge: Honorable Michael W. Fitzgerald<br>Date: June 16, 2025<br>Time: 10:00 a.m.<br>Place: First Street Courthouse, Courtroom 5A<br><br>Complaint Filed: January 7, 2022<br>Trial Date: January 27, 2026 |
|---|---|

1   Plaintiffs Ryan Huegerich, Jonathan Semerjian, Nabil Nahlah, Till Freeman, Marko Ciklic, Tunisia Brignol, Milan Puda, Neil Shah, Michael Buckley, and Christopher DeLuca ("Plaintiffs"), by and through their undersigned counsel respectfully submit this errata for Docket Nos. 258, 259, 260, 261, 263-8, and 271-7, which were filed on May 28, 2025 and June 9, 2025.

In preparing their reply briefs in support of class certification, Plaintiffs cited to portions of the transcript of the deposition of Dr. Sabrina Howell but mistakenly cited to the "rough" copy of the deposition transcript. As a result of these incorrect citations, the exhibit with the excerpted portions (Exhibit H) was incorrectly compiled from the final transcript.

Docket No. 263 contains the Declaration of John T. Jasnoch in support of the Replies in Response to Defendants' Opposition and in Further Support of Plaintiffs' Motion for Class Certification and exhibits thereto, including Exhibit H, is the exhibit with the incorrectly-compiled Howell transcript excerpts (ECF No. 263-8).

Docket No. 258 contains the Reply in Response to Defendant Kardashian's Opposition and in Further Support of Plaintiffs' Motion for Class Certification which includes the incorrect citations to the Howell transcript.

Docket No. 259 contains the Reply in Response to Defendant Mayweather's Opposition and in Further Support of Plaintiffs' Motion for Class Certification which includes the incorrect citations to the Howell transcript.

Docket No. 260 contains the Reply in Response to Defendant Perone's Opposition and in Further Support of Plaintiffs' Motion for Class Certification which includes the incorrect citations to the Howell transcript.

Docket No. 261 contains the Reply in Response to Defendant Rechnitz's Opposition and in Further Support of Plaintiffs' Motion for Class Certification which includes the incorrect citations to the Howell transcript.

Plaintiffs are concurrently filing corrected filings with the corrected cites and corrected Exhibit H with the proper excerpted pages of the Howell transcript.

1 | Dated: June 11, 2025

Respectfully submitted,

/s/  *John T. Jasnoch*
John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-236-0508

*Attorney for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, John T. Jasnoch, hereby certify that on June 11, 2025, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on June 11, 2025 at San Diego, California

*/s/John T. Jasnoch*