SCOTT+SCOTT ATTORNEYS AT LAW LLP
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-236-0508
jjasnoch@scott-scott.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:22-cv-00163-MWF-SK<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE** |

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE

Case No. 2:22-cv-00163-MWF-SK

Plaintiffs Ryan Huegerich, Jonathan Semerjian, Nabil Nahlah, Till Freeman, Marko Ciklic, Tunisia Brignol, Milan Puda, Neil Shah, Michael Buckley, and Christopher DeLuca ("Plaintiffs") together with Defendants Giovanni Perone, EMAX Holdings LLC, Jona Rechnitz, Kimberly Kardashian, Paul Pierce, and Floyd Mayweather, Jr. ("Defendants" and, collectively with Plaintiffs, the "Parties"), through their respective counsel of record, submit this stipulated request to extend the current deadlines in the Court's case management schedule for the reasons set forth below:

**WHEREAS**, on January 23, 2024 the Court issued its ORDER RE JURY TRIAL setting dates for case milestones through trial, ECF No. 213;

**WHEREAS**, on October 7, 2024 the Court issued its ORDER GRANTING STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE extending the dates for case milestones through trial, ECF No. 233;

**WHEREAS,** the Parties respectfully submit that the existence of ongoing regulatory investigations regarding certain defendants has impacted ongoing discovery and the scheduling of depositions;

**WHEREAS,** Plaintiffs' Motion for Class Certification is fully briefed and submitted;

**WHEREAS,** the Parties respectfully submit that the Court's forthcoming order on the Motion for Class Certification could significantly impact the contours of fact and expert discovery;

**WHEREAS**, the Parties have met and conferred regarding the existing deadlines in the Court's ORDER GRANTING STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE and respectfully request a modification of the case deadlines, as proposed in the chart below;

**WHEREAS**, there has been one prior extension of the deadlines set forth in the Court's ORDER GRANTING STIPULATION TO MODIFY CASE

MANAGEMENT SCHEDULE;

**WHEREAS**, this requested extension is not made for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to the respective Parties and no case management issues or inefficiencies for the Court will arise;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, by and through their respective counsel, and respectfully requested that the following case management deadlines be modified as set forth below:

| Event | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Non-expert Discovery Cut-off | September 19, 2025 | March 19. 2026 |
| Expert Disclosure (Initial) | July 22, 2025 | January 22, 2026 |
| Expert Disclosure (Rebuttal) | September 12, 2025 | March 12, 2026 |
| Expert Discovery Cut-off | October 6, 2025 | April 6, 2026 |
| Last Day to Hear Motions | October 20, 2025 | April 20, 2026 |
| Last Day to Conduct ADR Proceeding | October 31, 2025 | January 30, 2026 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | December 15, 2025 | June 18, 2026 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine | December 22, 2025 | June 26, 2026 |
| Final Pretrial Conference and Hearing on Motions in Limine | January 12, 2026, at 11:00 a.m. | July 13, 2026, at 11:00 a.m. |
| Trial Date (Plaintiff Est. 7 to 10 Days; Defendants Est. 14 to 17 Days) | January 27, 2026 at 8:30 a.m. | July 27, 2026 at 8:30 a.m. |

**IT IS SO STIPULATED**.

DATED: July 15, 2025　　**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

s/ *John T. Jasnoch*
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-236-0508
jjasnoch@scott-scott.com

*Lead Counsel for Plaintiffs and the Proposed Class*

DATED: July 15, 2025　　**THE FREEDMAN FIRM PC**

s/ *Michael G. Freedman*
Michael G. Freedman
1801 Century Park East, Suite 450
Los Angeles, CA 90067
michael@thefreedmanfirm.com

*Counsel for Defendants Giovanni Perone and EMAX Holdings, LLC*

DATED: July 15, 2025　　**COOLEY LLP**

s/ *Maximilian Sladek De La Cal*
Maximilian Sladek De La Cal
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Tel: 310-883-6400
Fax: 310-883-6500
msladekdelacal@cooley.com

*Counsel for Defendant Kimberly Kardashian*

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE　　4　　Case No. 2:22-cv-00163-MWF-SK

| | |
|---|---|
| 1<br>2 DATED: July 15, 2025 | **QUINN EMANUEL UQUHART AND SULLIVAN LLP** |
| | s/ *Steven G. Madison* |
| 3 | Steven G Madison |
| | 865 South Figueroa Street 10th Floor |
| 4 | Los Angeles, CA 90017 |
| 5 | Tel: 213-443-3000 |
| | Fax: 213-443-3096 |
| 6 | Email: stevemadison@quinnemanuel.com |
| 7 | |
| 8 | *Counsel for Defendant Paul Pierce* |
| 9 DATED: July 15, 2025 | **SPERTUS, LANDES & JOSEPHS, LLP** |
| 10 | s/ *Samuel A. Josephs* |
| | Samuel A. Josephs |
| 11 | Mario Nguyen |
| 12 | 617 West 7th Street, Suite 200 |
| | Los Angeles, CA 90017 |
| 13 | Tel: 213-205-6520 |
| 14 | sjosephs@spertuslaw.com |
| | mnguyen@spertuslaw.com |
| 15 | |
| 16 | *Counsel for Defendant Floyd Mayweather, Jr.* |
| 17 | |
| 18 DATED: July 15, 2025 | **COHEN WILLIAMS LLP** |
| 19 | s/ *Michael Schafler* |
| | Michael V. Schafler |
| 20 | Neil Scot Jahss |
| 21 | Brittany L. Lane |
| | 724 South Spring Street 9th Floor |
| 22 | Los Angeles, CA 90014 |
| 23 | Tel: 213-232-5146 |
| | Fax: 213-232-5167 |
| 24 | mschafler@cohen-williams.com |
| 25 | njahss@cohen-williams.com |
| | blane@cohen-williams.com |
| 26 | |
| 27 | *Counsel for Defendant Jona Rechnitz* |

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE     5     Case No. 2:22-cv-00163-MWF-SK

**ATTESTATION**

I, John T. Jasnoch, hereby attest that all other signatories listed above and on whose behalf this filing is submitted concur in this filing's content and have authorized me to file on their behalf.

*/s/ John T. Jasnoch*
John T. Jasnoch

**CERTIFICATE OF SERVICE**

I, John T. Jasnoch, hereby certify that on July 15, 2025, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on July 15, 2025, in San Diego, California.

*/s/ John T. Jasnoch*
John T. Jasnoch