NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE ETHEREUMMAX INVESTOR LITIGATION, | Case No. CV 22-163-MWF(SKx) |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS. | ORDER GRANTING STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE |

The Court, having considered the parties' Stipulation to Modify Case Management Schedule (Docket No. 282) and finding good cause, ORDERS as follows:

| EVENT | Current Deadline | New Deadline |
|---|---|---|
| Non-expert Discovery Cut-off | September 19, 2025 | March 19, 2026 |
| Expert Disclosure (Initial) | July 22, 2025 | January 22, 2026 |
| Expert Disclosure (Rebuttal) | September 12, 2025 | March 12, 2026 |
| Expert Discovery Cut-off | October 6, 2025 | April 6, 2026 |
| Last Day to Hear Motions | October 20, 2025 | April 20, 2026 |
| Last Day to Conduct ADR Proceeding | October 31, 2025 | January 30, 2026 |

| EVENT | Current Deadline | New Deadline |
|---|---|---|
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | December 15, 2025 | June 15, 2026 |
| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict forms, and Oppositions to Motions in Limine | December 22, 2025 | June 22, 2026 |
| Final Pretrial Conference and Hearing on Motions in Limine | January 12, 2026 | July 6, 2026, at 11:00 a.m. |
| Jury Trial (Plaintiff Est. 7-10 Days; Defendants Est. 14 to 17 Days) | January 27, 2026 | July 28, 2026, at 8:30 a.m. |

A trial of ten (10) Court days or more requires prescreening of a jury panel. No later than **seven (7) weeks** prior to the Final Pretrial Conference, counsel must file **joint** notice of the then current estimate for trial, including the number of hours for testimony (see also Order Re Jury Trial, ¶ II(A)(4)). Failure to timely file the notice may result in continuance of the trial to allow sufficient time for a jury panel to be prescreened.

**IT IS SO ORDERED.**

Dated: July 15, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge