SPERTUS, JOSEPHS & MINNICK, LLP
Samuel A. Josephs (SBN 355543)
sjosephs@spertuslaw.com
Mario Hoang Nguyen (SBN 284035)
mnguyen@spertuslaw.com
617 West 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520

*Attorneys for Defendant Floyd Mayweather, Jr.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 2:22-cv-163-MWF-SK<br><br>**DECLARATION OF SAMUEL A. JOSEPHS IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br><br>Date: Oct. 20, 2025<br>Time: 10 a.m.<br>Ctrm: 5A<br>Judge: Hon. Michael W. Fitzgerald |

*DECL. OF SAMUEL A. JOSEPHS*

I, Samuel A. Josephs, declare as follows:

1. I am a partner at Spertus, Josephs & Minnick, LLP ("SJM"), am duly licensed to practice law in the State of California, and am admitted to this Court. My firm is counsel of record to Defendant Floyd Mayweather, Jr. ("Mr. Mayweather"), in this matter. I submit this Declaration in support of SJM's Motion to Withdraw as Counsel. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. SJM entered into an engagement agreement with Mr. Mayweather on April 14, 2025. The engagement agreement includes standard provisions requiring clients to cooperate with SJM and to make timely payment of invoices for legal services.

3. SJM entered its appearance in this case on April 18, 2025, approximately two weeks prior to the deadline to oppose Plaintiffs' Motion for Class Certification. ECF Nos. 246–47.

4. Since drafting and filing the opposition to Plaintiffs' Motion for Class Certification, SJM has not been able to effectively communicate with Mr. Mayweather. For example, I emailed numerous requests to Mr. Mayweather for purposes of his defense in this case. Despite these multiple requests, Mr. Mayweather has not responded or otherwise fulfilled these requests.

5. This material breakdown in communication between SJM and Mr. Mayweather has prevented SJM from effectively representing Mr. Mayweather going forward because it cannot reasonably advise Mr. Mayweather, obtain his authority to take certain actions in the matter, make strategy decisions, or respond to discovery.

6. SJM has made numerous attempts to communicate with Mr. Mayweather prior to seeking to withdraw, but has not been able to communicate with him. In addition to numerous similar emails, I recently sent Mr. Mayweather an email on August 26, 2025, again on August 31, 2025, and again on September

*DECL. OF SAMUEL A. JOSEPHS*

21, 2025, notifying Mr. Mayweather of the breach of his representation agreement with SJM and informing him that SJM would seek to withdraw from representing him in this case unless communication between SJM and Mr. Mayweather improved. To date, Mr. Mayweather has not responded to these emails. Therefore, SJM presently has no alternative but to seek withdrawal as counsel in this matter.

7. SJM has complied with all requirements under Local Rule 83-2.3.2. Specifically, SJM provided written notice and a draft copy of this motion reasonably in advance to Mr. Mayweather via email on August 31, 2025. SJM also provided notice of this motion reasonably in advance to all parties in this case via email on September 22, 2025.

8. SJM's withdrawal as counsel for Mr. Mayweather will not unduly delay the resolution of this case or prejudice the rights of Mr. Mayweather either.

9. On July 15, 2025, the Court modified the scheduling order, setting the trial date for July 28, 2026, over 10 months from now. ECF No. 284. The fact discovery deadline is March 19, 2026, and the expert discovery deadline is April 6, 2026. *Id.*

10. Given the case management schedule in this case, there is ample time for Mr. Mayweather to find new counsel or decide to represent himself in order to avoid any prejudice.

11. To the extent the Court requires any additional documentation, explanation and/or support for the Motion to Withdraw as Counsel, SJM can provide such information *in camera* to preserve client confidences.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 22, 2025

By: _____
SAMUEL A. JOSEPHS