Michael V Schafler (Bar No. 212164)
Email: mschafler@cohen-williams.com
Brittany L. Lane (Bar No. 323440)
Email: blane@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendant Jona Rechnitz

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION, | Case No. 2:22-cv-00163-MWF-SK<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE**<br><br>*Filed concurrently with [Proposed] Order*<br><br>Judge:  Michael W. Fitzgerald<br><br>Trial Date:   July 28, 2026<br>Action Filed: January 7, 2022 |

1  Plaintiffs Ryan Huegerich, Jonathan Semerjian, Nabil Nahlah, Till Freeman,
2 Marko Ciklic, Tunisia Brignol, Milan Puda, Neil Shah, Michael Buckley, and
3 Christopher DeLuca ("Plaintiffs") together with Defendants Giovanni Perone, EMAX
4 Holdings LLC, Jona Rechnitz, Kimberly Kardashian, and Paul Pierce ("Stipulating
5 Defendants" and, collectively with Plaintiffs, the "Parties"), through their respective
6 counsel of record, submit this stipulated request to extend the current deadlines in the
7 Court's case management schedule for the reasons set forth below:

8  **WHEREAS**, on January 23, 2024, the Court issued its Order re Jury Trial (ECF
9 No. 213), setting dates for case milestones through trial;

10  **WHEREAS**, on October 7, 2024, the Court issued its Order Granting Stipulation
11 To Modify Case Management Schedule (ECF No. 233), extending the dates for case
12 milestones through trial;

13  **WHEREAS**, on July 15, 2025, the Court issued its Order Granting Stipulation to
14 Modify Case Management Schedule (ECF No. 284), extending the dates for case
15 milestones through trial;

16  **WHEREAS**, on August 6, 2025, the Court issued its Order re: Motion to Certify
17 Class (ECF No. 288), granting in part Plaintiffs' Motion to Certify Class as to the
18 proposed state subclasses, but denying the motion as to a nationwide class;

19  **WHEREAS**, the Court's Order re: Motion to Certify Class impacted the contours
20 of expert and fact discovery;

21  **WHEREAS**, the Parties respectfully submit that the existence of government
22 investigations has impacted discovery and the scheduling of depositions;

23  **WHEREAS**, the Parties have met and conferred regarding the existing deadlines
24 and trial date and respectfully request a modification of those deadlines and dates, as
25 proposed in the chart below;

26  **WHEREAS**, there have been two prior extensions of the deadlines and trial date;

27
28

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE

**WHEREAS**, this requested extension is not made for the purpose of delay, promotes judicial efficiency, will not cause prejudice to the respective Parties, and no case management issues or inefficiencies for the Court will arise;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, by and through their respective counsel, and respectfully requested that the following case management deadlines be modified as set forth below:

| Event | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Non-expert Discovery Cut-off | March 19, 2026 | October 15, 2026 |
| Expert Disclosure (Initial) | January 22, 2026 | August 20, 2026 |
| Expert Disclosure (Rebuttal) | March 12, 2026 | October 8, 2026 |
| Expert Discovery Cut-off | April 6, 2026 | November 2, 2026 |
| Last Day to Hear Motions | April 20, 2026 | November 16, 2026 |
| Last Day to Conduct ADR Proceeding | January 30, 2026 | August 28, 2026 |
| File Memorandum of Contentions and Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | June 15, 2026 | January 8, 2027 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine | June 22, 2026 | January 15, 2027 |
| Final Pretrial Conference and Hearing on Motions in Limine | July 6, 2026, at 11:00 a.m. | February 1, 2027, at 11:00 a.m. |
| Trial Date (Plaintiff Est. 7 to 10 Days; Defendants Est. 14 to 17 Days) | July 28, 2026 at 8:30 a.m. | February 23, 2027, at 8:30 a.m. |

**IT IS SO STIPULATED.**

*[Signatures on following page.]*

| | | |
|---|---|---|
| 1 | DATED: November 17, 2025 | **COHEN WILLIAMS LLP** |
| 2 | | /s/ Brittany L. Lane |
| | | Michael V Schafler |
| 3 | | Brittany L. Lane |
| 4 | | 724 South Spring Street 9th Floor |
| | | Los Angeles, CA 90014 |
| 5 | | Tel: 213-232-5146 |
| 6 | | Fax: 213-232-5167 |
| | | mschafler@cohen-williams.com |
| 7 | | blane@cohen-williams.com |
| 8 | | |
| 9 | | *Counsel for Defendant Jona Rechnitz* |
| 10 | DATED: November 17, 2025 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 11 | | /s/ John T. Jasnoch |
| 12 | | John T. Jasnoch |
| 13 | | 600 W. Broadway, Suite 3300 |
| | | San Diego, CA 92101 |
| 14 | | Tel.: 619-233-4565 |
| 15 | | Fax: 619-236-0508 |
| | | jjasnoch@scott-scott.com |
| 16 | | |
| 17 | | *Lead Counsel for Plaintiffs and the Proposed Class* |
| 18 | | |
| 19 | DATED: November 17, 2025 | **THE FREEDMAN FIRM PC** |
| 20 | | /s/ Michael G. Freedman |
| 21 | | Michael G. Freedman |
| | | 1801 Century Park East, Suite 450 |
| 22 | | Los Angeles, CA 90067 |
| 23 | | michael@thefreedmanfirm.com |
| 24 | | *Counsel for Defendants Giovanni Perone and EMAX Holdings, LLC* |
| 25 | | |
| 26 | // | |
| 27 | // // | |
| 28 | // | |

| | | |
|---|---|---|
| 1 | DATED:  November 17, 2025 | **COOLEY LLP** |
| 2 | | /s/ Michelle C. Doolin |
| 3 | | Michelle C. Doolin |
| | | 10265 Science Center Drive |
| 4 | | San Diego, CA 92121 |
| 5 | | Tel.: 858-550-6000 |
| | | Fax: 858-550-6420 |
| 6 | | mdoolin@cooley.com |

Maximilian Sladek De La Cal
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Tel: 310-883-6400
Fax: 310-883-6500
msladekdelacal@cooley.com

*Counsel for Defendant Kimberly Kardashian*

DATED:  November 17, 2025     **QUINN EMANUEL URQUHART & SULLIVAN LLP**

/s/ Steven G. Madison
Steven G Madison
Peter Wahl Jones
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3096
Email: stevemadison@quinnemanuel.com
Email: peterjones@quinnemanuel.com

*Counsel for Defendant Paul Pierce*

---

4
STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE