# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION, | Case No. 2:22-cv-00163-MWF-SK<br><br>**ORDER GRANTING STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE** |

The Court, having considered the Parties' Stipulation to Modify Case Management Schedule, and finding good cause, ORDERS as follows:

| Event | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Non-expert Discovery Cut-off | March 19, 2026 | October 15, 2026 |
| Expert Disclosure (Initial) | January 22, 2026 | August 20, 2026 |
| Expert Disclosure (Rebuttal) | March 12, 2026 | October 8, 2026 |
| Expert Discovery Cut-off | April 6, 2026 | November 2, 2026 |
| Last Day to Hear Motions | April 20, 2026 | November 16, 2026 |
| Last Day to Conduct ADR Proceeding | January 30, 2026 | August 28, 2026 |
| File Memorandum of Contentions and Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | June 15, 2026 | January 8, 2027 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine | June 22, 2026 | January 15, 2027 |
| Final Pretrial Conference and Hearing on Motions in Limine | July 6, 2026, at 11:00 a.m. | February 1, 2027, at 11:00 a.m. |
| Trial Date (Plaintiff Est. 7 to 10 Days; Defendants Est. 14 to 17 Days) | July 28, 2026 at 8:30 a.m. | February 23, 2027, at 8:30 a.m. |

A trial of ten (10) Court days or more requires prescreening of a jury panel. No later than **seven (7) weeks** prior to the Final Pretrial Conference, counsel must file **joint** notice of the then current estimate for trial, including the number of hours for testimony (see also Order Re Jury Trial, ¶ II(A)(4)). Failure to timely file the notice may result in continuance of the trial to allow sufficient time for a jury panel to be prescreened.

**IT IS SO ORDERED.**

Dated:   November 18, 2025

Honorable Michael W. Fitzgerald
United States District Judge