UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-163-MWF (SKx)                    Date: April 16, 2026

Title        In Re Ethereummax Investor Litigation

Present:  The Honorable:  Steve Kim, United States Magistrate Judge

|  Connie Chung  |  n/a  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDER GRANTING CLASS PLAINTIFFS'
UNOPPOSED MOTION TO COMPEL DEFENDANT FLOYD
MAYWEATHER TO RESPOND TO DISCOVERY [ECF 299]**

Class Plaintiffs move to compel further written responses and document productions by Defendant Floyd Mayweather to their first set of document requests and interrogatories.  That discovery was served as early as 2024.  But Defendant has evidently provided incomplete, inadequate, improper, or no written responses; produced very few responsive documents; and provided no privilege logs.  On top of all that, because of numerous withdrawals of retained counsel, Defendant has also apparently failed to participate in the prefiling meet and confer and joint stipulation process required by Local Rule 37.  And now Defendant, whether for himself or through counsel, has not timely opposed the motion to compel.  Thus, the court has no basis to find that the Class Plaintiffs motion is not well-taken in whole or in part, nor does the court have any cause to view Defendant's noncompliance with his discovery obligations as substantially justified.

For all these reasons, the Class Plaintiffs' unopposed motion to compel must be, and now is, GRANTED.  *See also* L.R. 7-12.  Within 21 days of this order, Defendant Mayweather must respond in full and serve verified responses without objections to the Class Plaintiffs' interrogatories, and he must also produce without objections any remaining responsive documents (along with a privilege log for any responsive documents protected by the attorney-client privilege or attorney work product doctrine) requested by the Class Plaintiffs.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-163-MWF (SKx)                                Date: April 16, 2026

Title         In Re Ethereummax Investor Litigation

Defendant Mayweather is warned that failure to comply with this order or any other federal and local rules of civil discovery may lead to sanctions with no further notice.  *See* Fed. R. Civ. P. 37; L.R. 37-4.  Those sanctions may include not only monetary ones entered by this court or the district judge on properly noticed motion, but also dispositive (or near-dispositive) evidentiary, instructional, and terminating sanctions requested by the Class Plaintiffs to the district judge in accordance with the operative Rule 16 scheduling orders—including any pretrial case management or conference orders governing dispositive motions or motions in limine.

Meanwhile, the hearing on this motion set for April 22, 2026 is vacated.

IT IS SO ORDERED.