SPERTUS, JOSEPHS & MINNICK, LLP
Samuel A. Josephs (SBN 355543)
sjosephs@spertuslaw.com
Mario Hoang Nguyen (SBN 284035)
mnguyen@spertuslaw.com
617 West 7th Street, Suite 200
Los Angeles, California 90017
Telephone:   (213) 205-6520

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS | Lead Case No. 2:22-cv-163-MWF-SK <br><br> **DECLARATION REGARDING ORDER REQUIRING SPERTUS, JOSEPHS & MINNICK, LLP, TO EFFECTUATE SERVICE ON DEFENDANT MAYWEATHER FOLLOWING WITHDRAWAL AS COUNSEL** <br><br> Complaint Filed:   Jan. 7, 2022 |

In connection with the Court's Order at ECF No. 293 regarding service of the Court's Order Granting Motion to Withdraw as Counsel [ECF No. 291], Spertus, Josephs & Minnick, LLP, prior counsel for Defendant Floyd Mayweather, files this Declaration Regarding Order Requiring Spertus, Josephs & Minnick, LLP, to Effectuate Service on Defendant Mayweather Following Withdrawal as Counsel.

*Spertus, Josephs & Minnick, LLP*
*1990 South Bundy Drive, Suite 705*
*Los Angeles, CA 90025*
*Telephone (310) 826-4700; Facsimile (310) 826-4711*

*DECL. REGARDING SERVICE FOLLOWING WITHDRAWAL*

I, Samuel A. Josephs, declare as follows:

1. I am a partner at Spertus, Josephs & Minnick, LLP ("SJM" or the "Firm"), duly licensed to practice law in the State of California, and admitted to practice in this Court. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently to them.

2. The Firm, specifically Mario Hoang Nguyen and I, previously served as counsel of record for Defendant Mr. Floyd Mayweather Jr. ("Mr. Mayweather"), in this matter, until the Court granted the Firm's Motion to Withdraw as Counsel for Mr. Mayweather on October 16, 2025, ECF No. 291 (the "Withdrawal Order").

3. Although the Court granted the Firm's Motion to Withdraw as Counsel, the Withdrawal Order directed the Firm's attorneys to provide a copy of the Withdrawal Order to Mr. Mayweather and file a respective proof of service with the Court.

4. On October 16, 2025, I emailed a copy of the Withdrawal Order to Mr. Mayweather's personal email address that I used to correspond with him throughout the time the Firm represented him.

5. On October 16, 2025, I also emailed a copy of the Withdrawal Order to attorney Richard Wright, who I understand to be counsel to Mr. Mayweather in other matters and who Mr. Mayweather had previously directed me to discuss matters regarding his representation.

6. On October 20, 2025, I filed with the Court a Declaration Regarding Service of Order Allowing Spertus, Josephs & Minnick, LLP, to Withdraw as Counsel (the "Declaration of Service of the Withdrawal Order"), attesting to the above-described service of the Withdrawal Order on Mr. Mayweather. I also provided Mr. Mayweather and Mr. Wright with copies of the Declaration of Service of the Withdrawal Order by email once I filed it with the Court.

7. I did not list Mr. Mayweather's email address in the Declaration of Service of the Withdrawal Order published on the public docket to protect his

*DECL. REGARDING SERVICE FOLLOWING WITHDRAWAL*

personal privacy, because I understood at the time that Mr. Mayweather would be retaining substitute counsel.

8. On October 21, 2025, the Court found service of the Withdrawal Order insufficient to permit counsel to be terminated from the docket because Mr. Mayweather would not receive notice of filings in this action and the Parties would be unable to serve him with documents, absent his current address, telephone number, and email address, ECF No. 293.

9. Accordingly, the Court ordered the Firm's attorneys to "continue to receive notice of all filings and accept service for Mr. Mayweather" and "continue to provide any such documents to Mr. Mayweather and his representative until such time as a proper proof of service with Mr. Mayweather's contact information is filed, or Mr. Mayweather files a Notice of Appearance, or a new attorney files a Notice of Appearance." ECF No. 293. I have complied with the Court's Order.

10. I am filing this Declaration with the Court to provide the Court with Mr. Mayweather's contact information so that Mr. Mayweather can receive notice of filings in this action and so that the parties can serve him with documents.

11. Since October 21, 2025, Mr. Mayweather has not responded to the Firm's communications, and his new counsel, if any, has not entered an appearance in this action.

12. On May 14, 2026, I again emailed a copy of the Withdrawal Order and the Court's related October 21, 2025, Order to Mr. Mayweather's personal email address (floydmayweather007@yahoo.com). I also sent via postal mail a copy of the two aforementioned orders to Mr. Mayweather's last-known address (3934 Edgemoor Way, Las Vegas, NV 89121-4829)

13. I am filing this Declaration attesting to the above-described service on Mr. Mayweather and providing his personal contact information below to relieve the Firm and its attorneys of the obligation of providing filings in this case to Mr. Mayweather, consistent with the Court's October 21, 2025, Order.

*Spertus, Josephs & Minnick, LLP*
*1990 South Bundy Drive, Suite 705*
*Los Angeles, CA 90025*
*Telephone (310) 826-4700; Facsimile (310) 826-4711*

*DECL. REGARDING SERVICE FOLLOWING WITHDRAWAL*

14.     As explained above, the Court and the Parties in this action may contact Mr. Mayweather at:

Last-Known Telephone Number: (818) 454-2241

Last-Known Email Address: floydmayweather007@yahoo.com

Last-Known Mailing Address: 3934 Edgemoor Way, Las Vegas, NV 89121-4829

15.     On May 14, 2026, prior to filing this Declaration with the Court, I also provided a copy of this Declaration to Mr. Mayweather via email to his personal email address above and via postal mail to his personal address above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 14, 2026

By: _____
        SAMUEL A. JOSEPHS