**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Jona  Rechnitz
9363 Monte Mar Drive
Los Angeles, CA 90035

2:22CV163- MWF

RECEIVED
CLERK, U.S DISTRICT COURT

JUN 3 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JUN 3 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

EP

quadient
FIRST-CLASS MAIL
IMI
$001.90
06/26/2026 ZIP 90012
0434091268156
US POSTAGE

Case: 2:22cv163  Doc: 310

Jona   Rechnitz
9363 Monte Mar Drive
Los Angeles, CA 90035

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Michael G Rhodes
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco CA 94111
, Floyd Mayweather, Jr.
3934 Edgemoor Way
Las Vegas NV 89121-4829
, Jona Rechnitz
9363 Monte Mar Drive
Los Angeles CA 90035
US
--Case Participants: Alison P. Baker (abaker@goodwin.com), Mollie E Chadwick (mchadwick@scott-scott.com), Hal D Cunningham (hcunningham@scott-scott.com), Michelle Doolin (anant.pandadiya@sidley.com, ladowntownefilingnotice@sidley.com, michelle.doolin@sidley.com), Michael Gregory Freedman (michael-freedman-6494@ecf.pacerpro.com, michael@thefreedmanfirm.com), John T. Jasnoch (cbruce@scott-scott.com, efile@scott-scott.com, jjasnoch@scott-scott.com, mchadwick@scott-scott.com, mwaligurski@scott-scott.com, scott-scott@ecf.courtdrive.com, smasson@scott-scott.com, tharo@scott-scott.com), Peter Wahl Jones (peterjones@quinnemanuel.com), Corey E. Klein (cklein@kbkfirm.com, kyamashita@kbkfirm.com), Travis LeBlanc (efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, tleblanc@cooley.com), Caroline A Lebel (clebel@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, iwong@cooley.com), Steven G Madison (stevemadison@quinnemanuel.com), Nima H Mohebbi (ekarzen@sidley.com, nima.mohebbi@sidley.com), Robby Lee Ray Saldana (rsaldana@cooley.com), Phillip Shaverdian (pshaverdian@sidley.com), Maximilian Sladek De La Cal (efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, msladekdelacal@cooley.com), Joel R Weiner (courtalertlax@katten.com, joel.weiner@katten.com), Andrew M. Zeitlin (azeitlin@goodwin.com, gbaldwin@goodwin.com), Judge Michael W. Fitzgerald (crd_fitzgerald@cacd.uscourts.gov), Magistrate Judge Steve Kim (crd_kim@cacd.uscourts.gov)
--Non Case Participants: Ronald N. Richards (ron@ronaldrichards.com)
--No Notice Sent:
Message-Id:<42932871@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-00163-MWF-SK In Re Ethereummax Investor Litigation Order on Request to Substitute Attorney Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 6/25/2026 at 3:23 PM PDT and filed on 6/25/2026

**Case Name:**         In Re Ethereummax Investor Litigation

**Case Number:**       2:22-cv-00163-MWF-SK

**Filer:**

**Document Number:**   310

**Docket Text:**
**ORDER ON REQUEST FOR APPROVAL OF WITHDRAWAL OF ATTORNEY by Judge
Michael W. Fitzgerald: granting [309] Request to Substitute Attorney. (chk)**

**2:22-cv-00163-MWF-SK Notice has been electronically mailed to:**
Peter Wahl Jones      peterjones@quinnemanuel.com
Caroline A Lebel      clebel@cooley.com, iwong@cooley.com, efilingnotice@cooley.com,
efiling-notice@ecf.pacerpro.com
Michelle Doolin      anant.pandadiya@sidley.com, ladowntownefilingnotice@sidley.com,
michelle.doolin@sidley.com
Hal D Cunningham      hcunningham@scott-scott.com
Steven G Madison      stevemadison@quinnemanuel.com
Nima H Mohebbi      nima.mohebbi@sidley.com, ekarzen@sidley.com
John T. Jasnoch      mwaligurski@scott-scott.com, tharo@scott-scott.com,
mchadwick@scott-scott.com, smasson@scott-scott.com, jjasnoch@scott-scott.com,
scott-scott@ecf.courtdrive.com, efile@scott-scott.com, cbruce@scott-scott.com
Travis LeBlanc      efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com, tleblanc@cooley.com

Maximilian Sladek De La Cal      msladekdelacal@cooley.com, efilingnotice@cooley.com,
efiling-notice@ecf.pacerpro.com
Andrew M. Zeitlin      gbaldwin@goodwin.com, azeitlin@goodwin.com
Corey E. Klein      cklein@kbkfirm.com, kyamashita@kbkfirm.com
Phillip Shaverdian      pshaverdian@sidley.com
Robby Lee Ray Saldana      rsaldana@cooley.com
Alison P. Baker      abaker@goodwin.com
Michael Gregory Freedman      michael@thefreedmanfirm.com,
michael-freedman-6494@ecf.pacerpro.com
Mollie E Chadwick      mchadwick@scott-scott.com
**2:22-cv-00163-MWF-SK Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Michael G Rhodes
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco CA 94111
Floyd Mayweather, Jr.
3934 Edgemoor Way
Las Vegas NV 89121-4829
Jona Rechnitz
9363 Monte Mar Drive
Los Angeles CA 90035
US