**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
John T. Jasnoch
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-236-0508
jjasnoch@scott-scott.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION, | Case No. 2:22-cv-00163-MWF-SK |
| | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE** |
| | *Filed concurrently with [Proposed] Order* |
| | Judge:  Michael W. Fitzgerald |
| | Trial Date:      February 23, 2027 |
| | Action Filed:  January 7, 2022 |

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE

Plaintiffs Ryan Huegerich, Jonathan Semerjian, Nabil Nahlah, Till Freeman, Marko Ciklic, Tunisia Brignol, Milan Puda, Neil Shah, Michael Buckley, and Christopher DeLuca ("Plaintiffs") together with Defendants Giovanni Perone, EMAX Holdings LLC, Kimberly Kardashian, and Paul Pierce, ("Defendants" and, collectively with Plaintiffs, the "Parties"), through their respective counsel of record, submit this stipulated request to extend the current deadlines in the Court's case management schedule for the reasons set forth below:

**WHEREAS**, on January 23, 2024, the Court issued its Order re Jury Trial (ECF No. 213), setting dates for case milestones through trial;

**WHEREAS**, on October 7, 2024, the Court issued its Order Granting Stipulation To Modify Case Management Schedule (ECF No. 233), extending the dates for case milestones through trial;

**WHEREAS**, on July 15, 2025, the Court issued its Order Granting Stipulation to Modify Case Management Schedule (ECF No. 284), extending the dates for case milestones through trial;

**WHEREAS**, on August 6, 2025, the Court issued its Order re: Motion to Certify Class (ECF No. 288), granting in part Plaintiffs' Motion to Certify Class as to the proposed state subclasses, but denying the motion as to a nationwide class;

**WHEREAS**, on November 18, 2025, the Court issued its Order Granting Stipulation to Modify Case Management Schedule (ECF No. 296), extending the dates for case milestones through trial.

**WHEREAS**, the Parties respectfully submit that the existence of government investigations has impacted discovery and the scheduling of depositions;

**WHEREAS,** Plaintiffs respectfully submit that the withdrawal of counsel of certain defendants and their proceeding *pro se* has further impacted discovery and the scheduling of depositions;

**WHEREAS**, the stipulating Parties have met and conferred regarding the existing deadlines and trial date and respectfully request a modification of those deadlines and dates, as proposed in the chart below;

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE

**WHEREAS**, there has been three prior extensions of the deadlines and trial date;

**WHEREAS**, this requested extension is not made for the purpose of delay, promotes judicial efficiency, will not cause prejudice to the respective Parties, and no case management issues or inefficiencies for the Court will arise;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, by and through their respective counsel, and respectfully requested that the following case management deadlines be modified as set forth below:

| Event | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Non-expert Discovery Cut-off | October 15, 2026 | February 15, 2027 |
| Expert Disclosure (Initial) | August 20, 2026 | December 18, 2026 |
| Expert Disclosure (Rebuttal) | October 8, 2026 | February 8, 2027 |
| Expert Discovery Cut-off | November 2, 2026 | March 2, 2027 |
| Last Day to Hear Motions | November 16, 2026 | March 22, 2027 |
| File Memorandum of Contentions and Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | January 8, 2027 | June 4, 2027 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine | January 15, 2027 | June 11, 2027 |
| Final Pretrial Conference and Hearing on Motions in Limine | February 1, 2027, at 11:00 a.m. | June 25, 2027, at 11:00 a.m. |
| Trial Date (Plaintiff Est. 7 to 10 Days; Defendants Est. 14 to 17 Days) | February 23, 2027, at 8:30 a.m. | July 20, 2027, at 8:30 a.m. |

**IT IS SO STIPULATED.**

*[Signatures on following page.]*

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE

DATED:  August 3, 2026                **SCOTT+SCOTT ATTORNEYS AT LAW LLP**


                                       */s/ John T. Jasnoch*
                                       John T. Jasnoch
                                       600 W. Broadway, Suite 3300
                                       San Diego, CA 92101
                                       Tel.: 619-233-4565
                                       Fax: 619-236-0508
                                       jjasnoch@scott-scott.com

                                       *Class Counsel*


DATED:  August 3, 2026                **THE FREEDMAN FIRM PC**


                                       */s/ Michael G. Freedman*
                                       Michael G. Freedman
                                       1801 Century Park East, Suite 450
                                       Los Angeles, CA 90067
                                       michael@thefreedmanfirm.com


                                       *Counsel for Defendants Giovanni Perone and EMAX Holdings, LLC*


DATED:  August 3, 2026                **SIDLEY AUSTIN LLP**


                                       */s/ Michelle C. Doolin*
                                       Michelle C. Doolin
                                       12230 El Camino Real Suite 300
                                       San Diego, CA 92130
                                       Tel.: 858-398-0182
                                       Fax: 858-229-1797
                                       Michelle.doolin@sidley.com


                                       *Counsel for Defendant Kimberly Kardashian*

3
STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE

DATED: August 3, 2026

QUINN EMANUEL URQUHART & SULLIVAN LLP

*/s/ Steven G. Madison*

Steven G Madison
Peter Wahl Jones
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3000
Fax: 213-443-3096
Email: stevemadison@quinnemanuel.com
Email: peterjones@quinnemanuel.com

*Counsel for Defendant Paul Pierce*

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE

**ATTESTATION**

I, John T. Jasnoch, hereby attest that all other signatories listed above and on whose behalf this filing is submitted concur in this filing's content and have authorized me to file on their behalf.

*/s/ John T. Jasnoch*
John T. Jasnoch

**CERTIFICATE OF SERVICE**

I, John T. Jasnoch, hereby certify that on August 3, 2026, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on August 3, 2026, in San Diego, California.

*/s/ John T. Jasnoch*
John T. Jasnoch

---

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE