**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ETHEREUMMAX INVESTOR LITIGATION, | Case No. 2:22-cv-00163-MWF(SKx)<br><br>**ORDER GRANTING STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE** |

1

The Court has considered the Parties' Stipulation to Modify Case Management Schedule.  (Docket No. 313)  For good cause shown, the Court ORDERS as follows:

| Event | Current Deadlines | New Deadlines |
|---|---|---|
| Non-expert Discovery Cut-off | October 15, 2026 | February 19, 2027 |
| Expert Disclosure (Initial) | August 20, 2026 | December 18, 2026 |
| Expert Disclosure (Rebuttal) | October 8, 2026 | February 12, 2027 |
| Expert Discovery Cut-off | November 2, 2026 | March 5, 2027 |
| Last Day to Hear Motions | November 16, 2026 | March 31, 2027 |
| Last Day to Conduct ADR Proceeding | January 30, 2026 | April 23, 2027 |
| File Memorandum of Contentions and Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | January 8, 2027 | June 9, 2027 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine | January 15, 2027 | June 16, 2027 |
| Final Pretrial Conference and Hearing on Motions in Limine | February 1, 2027, at 11:00 a.m. | June 30, 2027, at 11:00 a.m. |
| Trial Date (Plaintiff Est. 7 to 10 Days; Defendants Est. 14 to 17 Days) | February 23, 2027, at 8:30 a.m. | July 20, 2027, at 8:30 a.m. |

A trial of ten (10) Court days or more requires prescreening of a jury panel.  No later than **seven (7) weeks** prior to the Final Pretrial Conference, counsel must file **joint** notice of the then current estimate for trial, including the number of hours for testimony (see also Order Re Jury Trial, ¶II(A)(4)).  Failure to timely file the notice may result in continuance of the trial to allow sufficient time for a jury panel to be prescreened.

**IT IS SO ORDERED.**

Dated:    August 4, 2026

MICHAEL W. FITZGERALD
United States District Judge